**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **PRM Realty Group, LLC**                               Case No.

                                                               Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D.W. Zwirn Real Estate Credit Partners, LLC<br>745 Fifth Avenue<br>New York, NY 10151 | | Gurantee on Loan | | **$28,004,679.00** |
| SPCP Group, LLC<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830-6353 | | Guarantee on Loan | | **$20,500,000.00** |
| Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street, Suite 100<br>White Plains, NY 10606 | | Guarantee on Loan | | **$20,500,000.00** |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | **$16,747,787.00** |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | **$15,225,213.00** |
| Capital One, National Association<br>14651 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>Attn: Dustin Lewis | | Guarantee on Loan | | **$6,500,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **PRM Realty Group, LLC**　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NRFC WA Holdings II, LLC<br>433 East Colinas Boulevard<br>Suite 100<br>Irving, TX 75039 | | Guarantee on Loan | | $5,500,000.00 |
| LaSalle Bank, N.A.,<br>a national banking association<br>135 South LaSalle Street<br>Chicago, IL 60603<br>Attn: Thomas Popovics | | Guarantee of Debt | | $3,850,000.00 |
| Hancock Bank<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 | | Guarantee on Loan | | $3,840,000.00 |
| Compass Bank<br>8080 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206 | | Guarantee on Loan | | $3,300,000.00 |
| BFI Capital, LLC<br>50 Main Street, #1000<br>White Plains, NY 10606 | | Guarantee on Loan | | $3,111,630.98 |
| FirstBank Puerto Rico<br>Attn: Commercial Loan Department<br>P.O. Box 309600<br>St. Thomas, USVI 00803 | | Guarantee on Loan | | $2,600,000.00 |
| The Bank of New York Trust Company, N.A.<br>2 North LaSalle Street, Suite 1020<br>Chicago, IL 60602<br>Attn: Roxane J. Ellwanger | | Guarantee of Debt | | $2,435,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **PRM Realty Group, LLC**    Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606 | | Loan to PRM Realty | | $2,100,000.00 |
| Pilot Pointe Development, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582 | | Guarantee of Loan | | $1,700,000.00 |
| Bar Pilot Land, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582 | | Guarantee of Loan | | $1,700,000.00 |
| Bank of America, as successor by merger<br>to LaSalle Bank National Association<br>135 South LaSalle Street, Suite 1225 | | Line of Credit | | $1,656,096.00 |
| Compass Bank<br>8080 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206 | | Guarantee on Loan | | $1,275,300.00 |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | $800,000.00 |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | $600,000.00 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:  **PRM Realty Group, LLC**                                             Case No.

                                                                              Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  **President of PRM Mgmt of Illinois, Mgr**  of the  **Corporation**  named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **01/06/2010**                              Signature:  **/s/ Peter R. Morris**
                                                              *Peter R. Morris*
                                                              **President of PRM Mgmt of Illinois, Mgr**