**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **PRM Realty Group, LLC**   CASE NO **10-30241-BJH-11**

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  01/12/2010   Signature  /s/ Peter R. Morris
                             *Peter R. Morris*
                             *President of PRM Mgmt of Illinois, Mgr*

Date _____   Signature _____

1st Metropolitan Translations
30 South Wacker Dr., Suite 2200
Chicago, IL 60606

A-America Self-Storage
115 Lipoa Street
Kihei, HI 96753

Abrams, Fensterman, Eisman
1111 Marcus Avenue, #107
Lake Success, NY 11042

Advance Messenger Service
485 North Milwaukee Avenue
Chicago, IL 60610

Ajilon Professional Staffing
Dept. CH 14031
Palatine, IL 60055-4031

Alexander Rorke
920 Edgemere Court
Evanston, IL 60202

Anita Kessler
27W145 Carrel Street
Winfield, IL 60190

APEX Printer Repair LLC
333 N. Michigan Avenue, Suite 832
Chicago, IL 60601

ARFUND
c/o Susan R. Shapiro
250 South Wacker Dr., Suite 800
Chicago, IL 60606

AT&T  
P.O. Box 100635  
Atlanta, GA 30384-0635

AT&T  
P.O. Box 8212  
Aurora, IL 60572

Audi FInancial Services  
P.O.Box 17497  
Baltimore, MD 21297-1497

Aura Amar  
4122 N. Claremont  
Chicago, IL 60618

Auto Art  
3124 West Lake Avenue  
Glenview, IL 60026

Baker Hostetler  
666 Fifth Avenue  
New York, NY 10103-0001

Bank of America  
Portfolio & Special SVCS-RELLC4  
P.O. Box 515351  
Los Angeles, CA 90051-6651

Bank of America N.A., Trustee  
Attn:  Thomas Popovics  
135 South LaSalle Street  
Chicago, IL 60603

Bank of America, as successor by merger  
to LaSalle Bank National Association  
135 South LaSalle Street, Suite 1225  
Chicago, IL 60603

Bar Pilot Land, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582


Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604


BFI Capital, LLC
50 Main Street, #1000
White Plains, NY 10606


Binny's Beverage Depot
Gold Standard Enterprises
8935 N. Milwaukee Avenue
Niles, IL 60714


Blue Cross Blue Shield
Healthcare Services Corporation
P.O. Box 1186
Chicago, IL 60690-1186


Bosse & Pharis Associates, Inc.
606 Blanco Street
Austin, TX 78703


Bridge Funding, Inc.
Attn: Lawrence Linksman
50 Main Street, Suite 100
White Plains, NY 10606


Bridge Funding, Inc.
Attn: Lawrence Linksman
50 Main Street
White Plains, NY 10606


Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131

Bruce Tizes
9011 West Sahara Avenue, Suite 105-113
Las Vega, NV 89117

Candace Wells
55 East Superior Stret, 3rd Floor
Chicago, IL 60611

Capital One, National Association
14651 Dallas Parkway, Suite 300
Dallas, TX 75254
Attn: Dustin Lewis

Carol Billie Oshana
Oshana Law
180 N. LaSalle Street, Suite 1450
Chicago, IL 60601

Cemetery Planning Resource Alliance
7921 Southpark Plaza, Suite 106
Littleton, CO 80120

Charles Adair
103 East George Street
Wheaton, IL 60187

Charles M. Cobbe/Claude D. Smith
Cavazos, Hendricks, Poirot
 & Smitham, P.C.
900 Jackson Street, 570 Founders Square
Dallas, TX 75202

Chicago Office Technology Group
Attn: Ann Marie
4 Territorial Court
Bolingbrook, IL 60440

Chicago Records Management
10545 Waveland Avenue
Franklin Park, Il 60131

Cingular Wireless  
P.O. Box 6451  
Carol Stream, IL 60197

Clovis Tobias  
Nasareth Estate #8  
St. Thomas, USVI 00802

Cohen, Seglias, Pallas, Greenhall  
 & Furman, P.C.  
P.O. Box 59449  
Philadelphia, PA 19102

Compass Bank  
8080 N. Central Expressway  
Suite 400  
Dallas, TX 75206

Corporation Service Company  
2711 Centerville Road  
Suite 400  
Wilmington, DE 19808

CPRA Studio, LLC  
7921 Southpark Plaza, Suite 106  
Littljohn, CO 80120

CT Corporations System  
111 8th Avenue  
13th Floor  
New York, NY 10011

Cypress Communications  
P.O. Box 536796  
Atlanta, GA 30353-6796

D'Agostino, Levine, Landesman  
3345 Seventh Avenue  
23rd Floor  
New York, NY 10001

D.B. Zwirn Real Estate Credit
   Partners, LLC
745 Fifth Avenue
New York, NY 10151


D.S. Guccione, LLC
850 West Jackson Boulevard
Suite 400
Chicago, IL 60607


D.S.A. Services
P.O. Box 60547
Staten Island, NY 10306


Daniel Wade
223 N. Western Avenue
Park Ridge, IL 60068


Derek Kim
55 S. Judd Street, #1101
Honolulu, HI 96817


Digital Printing Services, Inc.
9201 Bond
Overland Park, KS 66214


Edison Construction Company
6959 Milwaukee Avenue
Niles, IL 60714


Edward B. Reynolds, Jr.
Dudley Clark & Chan/Solomon Pearl
Blum Heymann & Stich
9720 Estate Thomas (Havensight), Suite 1
St. Thomas, USVI 00802


Elkins, P.L.C.
201 St. Charles Avenue, Suite 4400
New Orleans, LA 70170

Ellen M. Walker
Granoff, Walker & Forlenza, P.C.
747 Third Avenue, Suite 4C
New York, NY 10017


Emerald Maintenance Services
1244-A Hala Drive
Honolulu, HI 96817


Estate of Donal S. Shannon
c/o Ellen Shannon
155 North Harbor Drive, Unit 4601
Chicago, IL 60601


FirstBank Puerto Rico
Attn: Commercial Loan Department
P.O. Box 309600
St. Thomas, USVI 00803


Foley & Lardner
Attn: Jay Erens
321 North Clark Street
Chicago, Il 60610


GE Capital
P.O. Box 740420
Atlanta, GA 30374-0420


GE Capital Pasadena
P.O. Box 31001-0273
Pasadena, CA 91110-0273


George H.T. Dudley
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, USVI 00804


Gerald B. Lurie
Chen Nelson Roberts Ltd.
203 North LaSalle Street, 15th Floor
Chicago, IL 60606

Granoff, Walker & Forlenza
757 Third Avenue
New York, NY 10017


Greenberg Traurig
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Attn:  Mark Levinson


Group 70 International
925 Bethel Street
5th Floor
Honolulu, HI 96813


Guy Ackermann
Plante & Moran
225 West Washinigton Avenue, Suite 400
Chicago, IL 60606


Hancock Bank
Attn:  Jerry M. Broughton
6312 Picadilly Square Dr., Suite 3
Mobile, AL 36609


Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601


Hawaii National Bank
45 North King Street
Honolulu, HI 96817


Hawaii Registered Legal Agent
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813


Hawaiian Telecom
P.O. Box 30770
Honolulu, HI 96820-0770

Heartsill Ragon  
Gill Elrod Owen & Sherman, P.A.  
425 W. Capitol Avenue, Suite 3801  
Little Rock, AR 72201

Herrick Feinstein LLP  
2 Park Avenue  
New York, NY 10016

HKM Architects & Planners  
43 South Vail Avenue  
Arlington Heights, IL 60005

Huzjak Law Office  
4582 South Ulster Street Parkway  
Denver, CO 80237

Infinisource  
15 East Washington Street  
Coldwater, MI 49036-0889

Interact Capial Equities  
636 Rolling Hills Road  
Vista, CA 92083

James Joseph Platz & Company  
1133 Broadway, Suite 1215  
New York, NY 10010

Jennifer L. Roselius  
Hand Arendall  
11 N. Water Street, Suite 30200  
Mobile, AL 36602

JGA Consultants  
3 Woolen Court  
North Salem, NY 10560

John Meyer Consulting, P.C.  
c/o Welby, Brady & Greenblatt, LLP  
Attn:  Thomas H. Elby  
11 Martine Avenue  
White Plains, NY 10606  

Jones Lang LaSalle Americas, Inc.  
153 East 53rd Street  
New York, NY  
Attn:  Bart R. Steinfeld  

Kusaka Consulting LLC  
5151 Nonou Road  
Kapaa, HI 96746  

Lake Valhalla Civic Association  
Valhalla Highlands  
P.O. Box 311  
Cold Spring, NY 10516  

Lance Gotthoffer/Panos Katsambas  
Reed Smith LLP  
599 Lexington Avenue, 22nd Floor  
New York, NY 10022  

LaSalle Bank, N.A.,  
a national banking association  
135 South LaSalle Street  
Chicago, IL 60603  
Attn:  Thomas Popovics  

Laser App Software  
3190 Shelby Street  
Building D-100  
Ontario, CA 91764  

Letitia Vela  
1301 Lusitana  
Apartment 301  
Honolulu, HI 96813  

Listmart Inc.  
171 English Landing Dr, Suite 200  
Parkville, MO 64152

Macke Water Systems
P.O. Box 545
Wheeling, IL 60090

Madison Strategies
111 Marcus Avenue, Suite 107
Lake Success, NY 11042

Mahadeva, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601

Marks Paneth & Schron
622 Third Avenue, 7th Floor
New York, NY 10017

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

Maywood Printing Company
10211 East 18th Street
Independence, MO 64052

McCorriston Miller Mukai LLP
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813

Merchants Commercial Bank
Port of Sale Mall
Suite 15
St. Thomas, USVI 00802
Attn:  Jimmy Bethea

Metropolitan National Bank
425 W. Capitol Avenue
Little Rock, AR 72201

Michael S. Baim
Chaet Kaplan
30 North LaSalle Street, Suite 1520
Chicago, IL 60602


Michael's Personal Computing
P.O. Box 130
Alea, HI 96701-0130


Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800


Newman & Newman, P.C.
One McKinley Square
Boston, MA 02109


Nick Dreher/Keith Yamada/Keoni Schulz
Cades Schutte LLLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813


NRFC WA Holdings II, LLC
433 East Colinas Boulevard
Suite 100
Irving, TX 75039


OfficeMax
P.O. Box 79515
City of Industry, CA 91716


PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951


Pahio Marketing, Inc.
3970 Wylie Road
Princeville, Kauai, HI 96722

Pahio Resorts
3970 Wyllie Road
Princeville, Kuai, HI 96722

Pilot Pointe Development, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582

Plante & Moran
225 West Washington, Suite 400
Chicago, IL 60606

Private Bank & Trust Company, as
Custodian for Phillip Rootberg IRA
10 North Dearborn Street
Chicago, IL 60602

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

R.K. Hagan
Hagan & Associates
200 East Randolph Dr., Suite 4322
Chicago, IL 60601

Rebecca Morrisey
455 East 4th Street
Hinsdale, IL 60521

Regions Bank
104 St. Francis Street
6th Floor Annex
ALMB60134M
Mobile, AL 36602

Richard A. Wright/Kirkland E. Reid
Jones, Walker, Waechter, Poitevant,
 Carrerre & Denegre, L.P.P.
254 State Street
Mobile, AL 36603

Richard Morris
3516 Stackinghay Drive
Naperville, IL 60564


Ross Security Consultants, Inc.
Suite 68 Central Sqauare
Central Avenue and Route 9
Linwood, NJ 08221


Rubenstein Associates
1345 Avenue of the Americas
New York, NY 10105-0109


Ryan Stahl
1627 N. Burling
Rear Coach
Chicago, Il 60614


Ryann McCarthy
336 Cantitoe Road
Bedford Hills, NY 10507


Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020


Sawyer, Jeffrey and Julie
4486 Barfield Road
Memphis, TN 38117


Scott E. Jensen
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Dr., Suite 101
Chicago, IL 60606


Shane Hackett
171 English Landing Drive
Kansas City, MO 64152

Solomon & Tanenbaum
707 Westchester Avenue, Suite 205
White Plains, NY 10604


Sovereign Bank
P.O. Box 13098
Reading, PA 19612-3098


SPCP Group, LLC
Two Greenwich Plaza, 1st Floor
Greenwich, CT 06830-6353


Spencer S. Hall
6244 Route 82
Standfordville, NY 12581


Spire Consulting Group, LLC
Attn:  Accounts Receivable
One Congress Plaza
111 Congress Avenue, Suite 400
Austin, TX 78701


Stein, Ray & Harris, LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606


Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603


Straggas & Associates
5000 Birch Street, Suite 420
Newport, CA 92660


Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

SVF North Wacker Chicago, LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101


SVF North Wacker Chicago, LLC
c/o Transwestern Commercial
 Services, LLC
150 N. Wacker Dr.
Chicago, IL 60604-1101


Tabet DiVito Rothstein
The Rookery Building
209 South LaSalle Street, 7th Floor
Chicago, Il 60604


The Bank of New York Trust
 Company, N.A.
2 North LaSalle Street, Suite 1020
Chicago, IL 60602
Attn: Richard Tarnas


The Galter Foundation
55 East Superior Street
Chicago, IL 60611


The Lavarone Law Firm
11 South LaSalle Street, Suite 1600
Chicago, IL 60603


The Ritz Carlton Dev. Co. Inc.
P.O. Box 382028
Pittsburgh, PA 15250-8028


The Ritz-Carlton Development
P.O. Box 382056
Pittsburgh, PA 15250-8056


The Schechtman Group
888 West Sixth Street, 2nd Floor
Los Angeles, CA 90017

Thomas LaPerch
18 Baltic Place
Brewster, NY 10509


Thompson Print & Mailing Solutions
5818 Rocky Point Drive
San Antonio, TX 78249


Thomson West
P.O. Box 6292
Carol Stream, IL 60197-6292


Tishler & Wald
200 South Wacker Drive, Suite 300
Chicago, IL 60606


Trovato Group
2307 Parmenter, Suite 200
Middleton, WI 53562


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


Verizon Wireless
2401 Mall Drive
north Charleston, SC 29406


Vicky Gunning
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201


Western Associates Inc.
124 East Main Street
P.O. Box 297
Marion, KA 66861-0297

Zieman, Speegle, Jackson
Five Dauphin Street, Suite 301
P.O. Box 11
Mobile, AL 36601