**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Case no. 10-30241-bjh11 |
| | ) Chapter 11 |
| PRM Realty Group, LLC | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |

_____

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**
_____

PURSUANT TO Federal Rules of Bankruptcy Procedure 9010(b) Thomas J. Huzjak of Huzjak Law Office, LLC, hereby enters his appearance in this matter on behalf of Cemetery Planning Resource Alliance, LLC, a Creditor herein and hereby requests pursuant to Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case and all papers served in this case be provided to and served upon the following:

>Thomas J. Huzjak
>Huzjak Law Office, LLC
>4582 South Ulster Street Parkway
>Suite 650
>Denver, CO  80237
>Telephone: 303-741-4647
>Fax: 720-488-3232
>E-mail: tj@huzjaklaw.com

Dated this 8th day of February, 2010.    HUZJAK LAW OFFICE, LLC

By:  /s/ *Thomas J. Huzjak*
Thomas J. Huzjak, Colorado Atty Reg  #9030
4582 South Ulster Street Parkway
Suite 650
Denver, CO  80237
Telephone: 303-741-4647
Facsimile: 720-488-3232
E-mail: tj@huzjaklaw.com
ATTORNEY FOR CEMETERY PLANNING
RESOURCE ALLIANCE, LLC

## CERTIFICATE OF MAILING

       I hereby certify that on this 8th day of February, 2010, the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was filed with the Court and served upon all parties of interest as of this date via electronic notice through the CM/ECF system. True and correct copies of same were served also via the United States mail, proper postage prepaid, addressed to each of the following:

U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

Gerrit M. Pronske
Pronske & Patel, P.C.
2200 Ross Avenue
Suite 5350
Dallas, TX 75201

     _/s/*Thomas J. Huzjak*____
     Thomas J. Huzjak