Steven C. Metzger
Texas State Bar No. 13982500
Metzger & McDonald PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Attorneys for Stonehill Realty Capital, Inc.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRM REALTY GROUP LLC | § | CASE NO. 10-30241-bjh-11 |
| | § | |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002
### AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017 AND 9007

COMES NOW STEVEN C. METZGER AND METZGER & MCDONALD PLLC, pursuant to Bankruptcy Rules 9010(b), 2002, 3017(a), 9007 and files this Notice of Appearance and request for service of documents as counsel for STONEHILL REALTY CAPITAL, INC., a party in interest in the captioned proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following at the office, postal address and telephone numbers listed below:

Steven C. Metzger, Esq.
Metzger & McDonald PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Email: smetzger@pmklaw.com

The request encompasses all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules including, without limitation, notices of Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise which effects or seeks to affect the above case. Further, the undersigned requests that such counsel be provided with a copy of any Chapter 11 or 13 Plan submitted or to be submitted prior to its approval.

This Notice of Appearance shall not be construed as authorization to serve counsel for Stonehill Realty Capital, Inc. with any summons and complaint or any service of process under Bankruptcy Rules 7001, *et seq.* The undersigned additionally requests that the Debtor, Trustee and Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated this 2nd day of March, 2010.

Respectfully submitted,

/S/ STEVEN C. METZGER

Steven C. Metzger
Texas State Bar No. 13982500
METZGER & McDONALD PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Email: smetzger@pmklaw.com

ATTORNEYS FOR STONEHILL REALTY CAPITAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for all copies was filed electronically on March 2, 2010. Service was accomplished by the method and to the following as indicated.

/s/ Steven C. Metzger
Steven C. Metzger

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**Debtor**
PRM Realty Group LLC
150 N. Wacker Dr., Suite 1120
Chicago, Illinois 60606-1611

**Debtor's Attorney**
Gerrit M. Pronske
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Email: gpronske@pronskepatel.com

**U.S. Trustee**
U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496

and to those persons listed on Exhibit "A."

Label Matrix for local noticing
0539-3
Case 10-30241-bjh11
Northern District of Texas
Dallas
Sun Feb 28 14:04:10 CST 2010

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Cemetery Planning Resource Alliance, LLC
Huzjak Law Office, LLC
4582 S. Ulster Street
Suite 650
Denver, CO 80237-2562

1st Metropolitan Translations
30 South Wacker Dr., Suite 2200
Chicago, IL 60606-7452

SVF North Wacker Chicago, LLC
c/o Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

A-America Self-Storage
115 Lipoa Street
Kihei, HI 96753-8182

APEX Printer Repair LLC
333 N. Michigan Avenue, Suite 832
Chicago, IL 60601-3961

APPLE FINANCIAL SERVICES
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

ARFUND
CO Susan R. Shapiro
250 South Wacker Dr., Suite 800
Chicago, IL 60606-5888

AT & T
P.O. Box 100635
Atlanta, GA 30384-0635

AT & T
P.O. Box 8212
Aurora, IL 60572-8212

Abrams, Fensterman, Eisman
1111 Marcus Avenue, No. 107
Lake Success, NY 11042-1034

Advance Messenger Service
485 North Milwaukee Avenue
Chicago, IL 60654-8356

Ajilon Professional Staffing
Dept. CH 14031
Palatine, IL 60055-4031

Alexander Rorke
920 Edgemere Court
Evanston, IL 60202-1429

Anita Kessler
27W145 Carrel Street
Winfield, IL 60190-1007

Audi Financial Services
P.O. Box 17497
Baltimore, MD 21297-1497

Aura Amar
4122 N. Claremont
Chicago, IL 60618-2920

Auto Art
3124 West Lake Avenue
Glenview, IL 60026-1207

BFI Capital, LLC
50 Main Street, No. 1000
White Plains, NY 10606-1900

Baker Hostetler
666 Fifth Avenue
New York, NY 10103-0001

Bank of America
LaSalle Bank NA
135 South LaSalle Street, Suite 1225
Chicago, IL 60603-4146

Bank of America
Portfolio & Special SVCS-RELLC4
P.O. Box 515351
Los Angeles, CA 90051-6651

Bank of America N.A., Trustee
Attn: Thomas Popovics
135 South LaSalle Street
Chicago, IL 60603-4157

Bank of America, N.A.
135 S. LaSalle Street
Chicago, IL 60603-4157

Bank of America, N.A., as successor by merge
to LaSalle Bank, N.A. (as Trustee)
135 S. LaSalle Street
Chicago, IL 60603-4177

Bank of New York Mellon Trust Company, N.A.
c/o Ira L. Herman and
Demetra L. Liggins
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3902

Bar Pilot Land, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582-5228

Bar Pilot Land, LLC
CO Lyndel Anne Mason
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson St, Ste 570
Dallas, TX 75202-2413

Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604-3508

| | | |
|---|---|---|
| Benowich Law, LLP<br>c/o Leonard Benowich<br>1025 Westchester Avenue<br>White Plains, NY 10604-3508 | Binnys Beverage Depot<br>Gold Standard Enterprises<br>8935 N. Milwaukee Avenue<br>Niles, IL 60714-1736 | Blue Cross Blue Shield<br>Healthcare Services Corporation<br>P.O. Box 1186<br>Chicago, IL 60690-1186 |
| Bosse & Pharis Associates, Inc.<br>606 Blanco Street<br>Austin, TX 78703-5308 | Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606-1901 | Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street, Suite 100<br>White Plains, NY 10606-1901 |
| Broad and Cassel<br>One Biscayne Tower, 21st Floor<br>2 South Biscayne Boulevard<br>Miami, FL 33131-1806 | Bruce Tizes<br>9011 West Sahara Avenue, Suite 105-113<br>Las Vega, NV 89117-4800 | CPRA Studio, LLC<br>7921 Southpark Plaza, Suite 106<br>Littljohn, CO 80120-4506 |
| CT Corporations System<br>111 8th Avenue<br>13th Floor<br>New York, NY 10011-5213 | Candace Wells<br>55 East Superior Street, 3rd Floor<br>Chicago, IL 60611-3926 | Capital One, NA<br>Attn: Dustin Lewis<br>14651 Dallas Parkway, Suite 300<br>Dallas, TX 75254-8863 |
| Carol Billie Oshana<br>Oshana Law<br>180 N. LaSalle Street, Suite 1450<br>Chicago, IL 60601-2614 | Cemetery Planning Resource Alliance<br>7921 Southpark Plaza, Suite 106<br>Littleton, CO 80120-4506 | Charles Adair<br>103 East George Street<br>Wheaton, IL 60189-6447 |
| Charles M. Cobbe-Claude D. Smith<br>Cavazos, Hendricks, Poirot & Smitham, PC<br>900 Jackson Street<br>570 Founders Square<br>Dallas, TX 75202 | Chicago Office Technology Group<br>Attn: Ann Marie<br>4 Territorial Court<br>Bolingbrook, IL 60440-3558 | Chicago Records Management<br>10545 Waveland Avenue<br>Franklin Park, IL 60131-1219 |
| Cingular Wireless<br>P.O. Box 6451<br>Carol Stream, IL 60197-6451 | Clovis Tobias<br>Nasareth Estate No. 8<br>St. Thomas, VI 00802 | Cohen, Seglias, Pallas, Greenhall & Furman,<br>P.O. Box 59449<br>Philadelphia, PA 19102-9449 |
| Compass Bank<br>8080 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206-1811 | Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808-1646 | Cypress Communications<br>P.O. Box 536796<br>Atlanta, GA 30353-6796 |
| D.B. Zwirn Real Estate Credit Partners, LLC<br>745 Fifth Avenue<br>New York, NY 10151-0099 | D.S. Guccione, LLC<br>850 West Jackson Boulevard<br>Suite 400<br>Chicago, IL 60607-3025 | D.S.A. Services<br>P.O. Box 60547<br>Staten Island, NY 10306-0547 |
| DAgostino, Levine, Landesman<br>3345 Seventh Avenue<br>23rd Floor<br>New York, NY 10001 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | Daniel Wade<br>223 N. Western Avenue<br>Park Ridge, IL 60068-3133 |

| | | |
|---|---|---|
| Derek Kim<br>55 S. Judd Street, No. 1101<br>Honolulu, HI 96817-2610 | Digital Printing Services, Inc.<br>9201 Bond<br>Overland Park, KS 66214-1728 | Edison Construction Company<br>6959 Milwaukee Avenue<br>Niles, IL 60714-4421 |
| Edward B. Reynolds, Jr.<br>Dudley Clark & Chan-Solomon Pearl<br>Blum Heymann & Stich<br>9720 Estate Thomas -Havensight, Suite 1<br>St. Thomas, VI 00802 | Elkins, P.L.C.<br>201 St. Charles Avenue, Suite 4400<br>New Orleans, LA 70170-4400 | Ellen M. Walker<br>Granoff, Walker & Forlenza, P.C.<br>747 Third Avenue, Suite 4C<br>New York, NY 10017-2803 |
| Emerald Maintenance Services<br>1244-A Hala Drive<br>Honolulu, HI 96817-2022 | Eng-land, Inc.<br>171 English Lending Dr. Ste 200<br>Parkville, MO 64152-5030 | Estate of Donal S. Shannon<br>CO Ellen Shannon<br>155 North Harbor Drive, Unit 4601<br>Chicago, IL 60601-7376 |
| FirstBank Puerto Rico<br>Attn: Commercial Loan Department<br>P.O. Box 309600<br>St. Thomas, VI 00803-9600 | Foley & Lardner<br>Attn: Jay Erens<br>321 North Clark Street<br>Chicago, IL 60654-4714 | GE Capital<br>P.O. Box 740420<br>Atlanta, GA 30374-0420 |
| GE Capital Pasadena<br>P.O. Box 31001-0273<br>Pasadena, CA 91110-0273 | General Electric Capital Corp<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | George H.T. Dudley<br>Dudley, Topper and Feuerzeig, LLP<br>1000 Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, VI 00804-0756 |
| Gerald B. Lurie<br>Chen Nelson Roberts Ltd.<br>203 North LaSalle Street, 15th Floor<br>Chicago, IL 60601-1228 | Granoff, Walker & Forlenza<br>757 Third Avenue<br>New York, NY 10017-2013 | Greenberg Traurig<br>Attn: Mark Levinson<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404-5524 |
| Group 70 International<br>925 Bethel Street<br>5th Floor<br>Honolulu, HI 96813-4398 | Guy Ackermann<br>Plante & Moran<br>225 West Washington Avenue, Suite 400<br>Chicago, IL 60606-3814 | H.M. Ray, III<br>McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002-3018 |
| HKM Architects & Planners<br>43 South Vail Avenue<br>Arlington Heights, IL 60005-1840 | Hancock Bank<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609-5143 | Hand Arendall LLC<br>PO Box 123<br>Mobile, AL 36601-0123 |
| Hand Arendall LLC<br>Attn: Jennifer S. Morgan<br>P. O. Box 123<br>Mobile, AL 36601-0123 | Hawaii National Bank<br>45 North King Street<br>Honolulu, HI 96817-5182 | Hawaii Registered Legal Agent<br>5 Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813-4920 |
| Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu, HI 96820-0770 | Heartsill Ragon<br>Gill Elrod Owen & Sherman, P.A.<br>425 W. Capitol Avenue, Suite 3801<br>Little Rock, AR 72201-3460 | Herrick Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 |

Huzjak Law Office
4582 South Ulster Street Parkway
Denver, CO 80237-2632

InfoSource
15 East Washington Street
Coldwater, MI 49036-1981

Interact Capital Equities
636 Rolling Hills Road
Vista, CA 92081-7502


Internal Revenue Service
1100 Commerce Street
MAIL CODE 5027 DAL
Dallas, TX 75242-1001

JGA Consultants
3 Woolen Court
North Salem, NY 10560-3417

James Joseph Platz & Company
1133 Broadway, Suite 1215
New York, NY 10010-7970


Jen-Hsun Huang
c/o Christopher J. Muzzi
Moseley Biehl Tsugawa Lau & Muzzi LLLC
Aleakea Corporate Tower
1100 Alakea St., 23rd Floor
Honolulu, HI 96813-2826

Jennifer L. Roselius
Hand Arendall
11 N. Water Street, Suite 30200
Mobile, AL 36602-3809

John Meyer Consulting, P.C.
CO Welby, Brady & Greenblatt, LLP
Attn: Thomas H. Elby
11 Martine Avenue
White Plains, NY 10606-1934

Jones Lang LaSalle Americas, Inc.
Attn: Bart R. Steinfeld
153 East 53rd Street
New York, NY 10022-4611

Jones Lang LaSalle Americas, Inc.
CO Joseph D. Frank
Frank-cker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654-6465

Kusaka Consulting LLC
5151 Nonou Road
Kapaa, HI 96746-1261


LaSalle Bank, N.A.
Attn: Thomas Popovics
135 South LaSalle Street
Chicago, IL 60603-4489

Lake Valhalla Civic Association
Valhalla Highlands
P.O. Box 311
Cold Spring, NY 10516-0311

Lance Gotthoffer-Panos Katsambas
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022-6030


Laser App Software
3190 Shelby Street
Building D-100
Ontario, CA 91764-6562

Letitia Vela
1301 Lusitana
Apartment 301
Honolulu, HI 96813-2464

Listmart Inc.
171 English Landing Dr, Suite 200
Parkville, MO 64152-5030


Lori Huang
c/o Christopher J. Muzzi
Moseley Biehl Tsugawa Lau & Muzzi LLLC
Aleakea Corporate Tower
1100 Alakea St., 23rd Floor
Honolulu, HI 96813-2826

Macke Water Systems
P.O. Box 545
Wheeling, IL 60090-0545

Madison Strategies
111 Marcus Avenue, Suite 107
Lake Success, NY 11040-3406

Mahadeva, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601-1832

Marks Paneth & Schron
622 Third Avenue, 7th Floor
New York, NY 10017-6701

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054-1727


Maywood Printing Company
10211 East 18th Street
Independence, MO 64052-1913

McCorriston Miller Mukai LLP
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813-4920

Merchants Commercial Bank
Attn: Jimmy Bethea
Port of Sale Mall Suite 15
St. Thomas, VI 00802


Metropolitan National Bank
425 W. Capitol Avenue
Little Rock, AR 72201-3405

Michael S. Baim
Chaet Kaplan
30 North LaSalle Street, Suite 1520
Chicago, IL 60602-3387

Michaels Personal Computing
P.O. Box 130
Alea, HI 96701-0130

| | | |
|---|---|---|
| NRFC WA Holdings II, LLC<br>433 East Colinas Boulevard<br>Suite 100<br>Irving, TX 75039-5516 | Neopost, Ltd<br>P.O. Box 45800<br>San Francisco, CA 94145-0800 | Newman & Newman, P.C.<br>One McKinley Square<br>Boston, MA 02109-2630 |
| Nick Dreher-Keith Yamada-Keoni Schulz<br>Cades Schutte LLLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4298 | OfficeMax<br>P.O. Box 79515<br>City of Industry, CA 91716-9515 | PACER Service Center<br>P.O. Box 70951<br>Charlotte, NC 28272-0951 |
| PRM Realty Group, LLC<br>150 North Wacker Dr., Suite 1120<br>Chicago, IL 60606-1602 | Pahio Marketing, Inc.<br>3970 Wylie Road<br>Princeville, Kauai, HI 96722-5506 | Pahio Resorts<br>3970 Wyllie Road<br>Princeville, Kuai, HI 96722-5506 |
| Pilot Pointe Development, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582-5228 | Pilots Pointe Development, LLC<br>CO Lyndel Anne Mason<br>Cavazos Hendricks Poirot & Smitham, PC<br>900 Jackson St, Ste 570<br>Dallas, TX 75202-2413 | Plante & Moran<br>225 West Washington, Suite 400<br>Chicago, IL 60606-3814 |
| Private Bank & Trust Company, as<br>Custodian for Phillip Rootberg IRA<br>10 North Dearborn Street<br>Chicago, IL 60602-4276 | Quill<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | R.K. Hagan<br>Hagan & Associates<br>200 East Randolph Dr., Suite 4322<br>Chicago, IL 60601-6436 |
| Rebecca Morrisey<br>455 East 4th Street<br>Hinsdale, IL 60521 | Regions Bank<br>104 St. Francis Street<br>6th Floor Annex<br>ALMB60134M<br>Mobile, AL 36602-3422 | Richard A. Wright-Kirkland B. Reid<br>Jones, Walker, Waechter, Poitevant,<br>Carrerre & Denegre, L.P.P.<br>254 State Street<br>Mobile, AL 36603-6474 |
| Richard Morris<br>3516 Stackinghay Drive<br>Naperville, IL 60564-8336 | Ross Security Consultants, Inc.<br>Suite 68 Central Sqauare<br>Central Avenue and Route 9<br>Linwood, NJ 08221-2025 | Rubenstein Associates<br>1345 Avenue of the Americas<br>New York, NY 10105-0109 |
| Ryan Stahl<br>1627 N. Burling<br>Rear Coach<br>Chicago, Il 60614-7551 | Ryann McCarthy<br>336 Cantitoe Road<br>Bedford Hills, NY 10507-2512 | SPCP Group, L.L.C.<br>Silver Point Capital<br>2 Greenwich Plaza<br>Greenwich, CT 06830-6353 |
| SPCP Group, LLC<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830-6353 | SVF North Wacker Chicago, LLC<br>CO CT Corporation System<br>208 S. LaSalle Street, Suite 814<br>Chicago, IL 60604-1135 | SVF North Wacker Chicago, LLC<br>CO Transwestern Commercial<br>Services, LLC<br>150 N. Wacker Dr.<br>Chicago, IL 60606-1611 |
| SVF North Wacker Chicago, LLC<br>c/o Howard Marc Spector<br>Spector & Johnson, PLLC<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251-1329 | SVF North Wacker Chicago, LLC<br>c/o Michael L. Tuchin<br>Klee, Tuchin, Bogdanoff & Stern, LLP<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles, CA 90067-6022 | Salans<br>Rockefeller Center<br>620 Fifth Avenue<br>New York, NY 10020-2402 |

| | | |
|---|---|---|
| Sawyer, Jeffrey and Julie<br>4486 Barfield Road<br>Memphis, TN 38117-2418 | Scott D. Jensen<br>Murray, Jensen & Wilson, Ltd.<br>101 N. Wacker Dr., Suite 101<br>Chicago, IL 60606-1714 | Shane Hackett<br>171 English Landing Drive<br>Kansas City, MO 64152-5027 |
| Solomon & Tanenbaum<br>707 Westchester Avenue, Suite 205<br>White Plains, NY 10604-3154 | Sovereign Bank<br>P.O. Box 13098<br>Reading, PA 19612-3098 | Spencer S. Hall<br>6244 Route 82<br>Standfordville, NY 12581-5803 |
| Spire Consulting Group, LLC<br>Attn: Accounts Receivable<br>One Congress Plaza<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701-4143 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Sprint Nextel Distribution<br>Attn Bankruptcy Dept<br>PO Box 3326<br>Englewood CO 80155-3326 |
| Stein, Ray & Harris, LLP<br>222 West Adams Street<br>Suite 1800<br>Chicago, IL 60606-5305 | Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603-1208 | Straggas & Associates<br>5000 Birch Street, Suite 420<br>Newport, CA 92660-8127 |
| Stutman, Treister & Glatt<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-6001 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265-0638 | Tabet DiVito Rothstein<br>The Rookery Building<br>209 South LaSalle Street, 7th Floor<br>Chicago, IL 60604-1219 |
| The Bank of New York Trust Company, N.A.<br>Attn: Richard Tarnas<br>2 North LaSalle Street, Suite 1020<br>Chicago, IL 60602-3685 | The Galter Foundation<br>55 East Superior Street<br>Chicago, IL 60611-3880 | The Lavarone Law Firm<br>11 South LaSalle Street, Suite 1600<br>Chicago, IL 60603-1215 |
| The Ritz Carlton Dev. Co. Inc.<br>P.O. Box 382028<br>Pittsburgh, PA 15250-8028 | The Ritz-Carlton Development<br>P.O. Box 382056<br>Pittsburgh, PA 15250-8056 | The Schechtman Group<br>888 West Sixth Street, 2nd Floor<br>Los Angeles, CA 90017-2703 |
| Thomas J. Huzjak, Esq.<br>Huzjak Law Office, LLC<br>4582 S. Ulster Street<br>Suite 650<br>Denver, CO 80237-2562 | Thomas LaPerch<br>18 Baltic Place<br>Brewster, NY 10509-4313 | Thomas West<br>c/o Tom M. Caneff<br>610 Opperman Dr., D6-11-3710<br>Eagan, MN 55123-1340 |
| Thompson Print & Mailing Solutions<br>5818 Rocky Point Drive<br>San Antonio, TX 78249-3406 | Thomson West<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Tishler & Wald<br>200 South Wacker Drive, Suite 300<br>Chicago, IL 60606-5845 |
| (c)TROVATO GROUP<br>2307 PARMENTER ST STE 100<br>MIDDLETON WI 53562-2646 | Verizon Wireless<br>2401 Mall Drive<br>North Charleston, SC 29406-6516 | Vicky Gunning<br>Locke Liddell & Sapp LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 |

| | | |
|---|---|---|
| Warren H. Smith & Associates, P.C.<br>325 N. St Paul Street<br>Republic Center, Suite 1250<br>Dallas, TX 75201-3801 | Western Associates Inc.<br>124 East Main Street<br>P.O. Box 297<br>Marion, KS 66861-0297 | Zieman, Speegle, Jackson<br>Five Dauphin Street, Suite 301<br>P.O. Box 11<br>Mobile, AL 36601-0011 |
| Gerrit M. Pronske<br>Pronske & Patel, P.C.<br>2200 Ross Avenue<br>Suite 5350<br>Dallas, TX 75201-7903 | Jen-Hsun Huang | Lori Huang |
| Melanie Pearce Goolsby<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Trovato Group
2307 Parmenter, Suite 200
Middleton, WI 53562


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AICCO, Inc. | (u)Bank of New York Mellon Trust Company, N.A | (u)Benowich Law, LLP |
| (u)Hancock Bank | (u)Hunton & Williams LLP | (u)Bank of America, N.A. |
| (u)Bar Pilot Land, LLC | (d)Cemetery Planning Resource Alliance, LLC<br>7921 Southpark Plaza<br>Suite 106<br>Littleton, CO 80120-4506 | (u)Dallas County |
| (u)Jones Lang LaSalle Americas, Inc. | (u)Pilots Pointe Development, LLC | End of Label Matrix<br>Mailable recipients   187<br>Bypassed recipients    11<br>Total                 198 |