Richard M. Maseles, Mo. Bar #58243
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PRM REALTY GROUP, LLC, | ) Case No. 10-30241 |
| | ) Chapter 11 |
| | ) |
| Debtor(s). | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at ndtx@dor.mo.gov or at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn: Richard M. Maseles, P.O. Box 475, Jefferson City, MO 65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Chris Koster, Attorney General
State of Missouri

**By: /s/ Richard M. Maseles**
Richard M. Maseles, Mo. Bar #58243
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

                                (573) 751-5531   FAX (573) 751-7232
                                Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon all those who receive electronic notification on March 12, 2010.


**/s/ Richard M. Maseles**