Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
**Pronske & Patel, P.C.**
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 – Telephone
(214) 658-6509 – Facsimile
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

PROPOSED COUNSEL FOR PRM REALTY GROUP, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **PRM REALTY GROUP, LLC** | § | CASE NO. 10-30241-BJH-11 |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines was served, via U.S. Mail, first class, on the parties listed therein, on the dates listed below:

| | |
|---|---|
| Giovanna Rizza<br>2040 N. Evergreen<br>Arlington Hts, IL 60004 | 3/2/10 |
| Charter Pacific Securities<br>Attn: Robert Setzer<br>1065 E. Hillsdale Blvd., Suite 105<br>Foster City, CA 94404 | 3/2/10 |
| NTC & Co. FBO: Gillan Dorner<br>P.O. Box 5508<br>Denver, CO 80217 | 3/4/10 |

| | |
|---|---|
| Synergy Investment Group<br>Attn: Jonathan L. Mayo<br>10935 SE 177th Place, Suite 201<br>Summerfield, FL 34491 | 3/4/10 |
| Roger Sperry<br>P.O. Box 487<br>Louisiana, MO 63353 | 3/4/10 |
| Charter Pacific Securities<br>Attn: Robyn Lee<br>1065 E. Hillsdale Blvd., Suite 105<br>Foster City, CA 94404 | 3/8/10 |
| Direct Capital Securities, Inc.<br>Attn: Cindy Chiu<br>244 Calle Concordia<br>San Dimas, CA 91773 | 3/9/10 |
| Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002 | 3/9/10 |

Dated: March 23, 2010.

Respectfully submitted,

By: /s/ Gerrit M. Pronske
Gerrit M. Pronske
Texas Bar No. 16351640
Rakhee V. Patel
Texas Bar No. 00797213
Melanie P. Goolsby
Texas Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com