*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amazon Contruction, Inc.**<br>5 Sand Island Access Road, Bldg. 920-139<br>Honolulu, HI 96819 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Hauling**<br>REMARKS: | | | | $8,039.50 |
| ACCT #:<br>**American Funeral Consultants**<br>16 Plattekill Avenue<br>New Paltz, NY 12561 | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Services**<br>REMARKS: | | | | $2,125.00 |
| ACCT #:<br>**Bagelpipe, LLC**<br>118 N. Clinton St., Suite LL366<br>Chicago, IL 60661 | | DATE INCURRED:<br>CONSIDERATION:<br>**Advances made on behalf of Debtor**<br>REMARKS: | | | | $406,169.09 |
| ACCT #:<br>**Belt Collins Hawaii, Ltd.**<br>2153 N. King Street, #200<br>Honolulu, HI 96819 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $172,195.85 |
| ACCT #:<br>**Cemetery Planning Resource Alliance**<br>7921 South Park Plaza<br>Littleton, CO 80120 | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Land Planning**<br>REMARKS: | | | | $43,452.56 |
| ACCT #:<br>**Cohen, Seglias, Pallas, Greenhall<br>  & Furman, P.C./Attn:  Steven Usdin**<br>30 South 17th St., 19th Floor<br>Philadelphia, PA 19103 | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | $4,426.91 |

                                                                    Subtotal >    $636,408.91

                                                                    Total >
                                           **(Use only on last page of the completed Schedule F.)**
_____**3**_____ continuation sheets attached    **(Report also on Summary of Schedules and, if applicable, on the
                                           Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
Case 10-30241-hdh11    Doc 131    Filed 06/14/10    Entered 06/14/10 11:50:50    Desc
Main Document    Page 2 of 5

In re **PMP II, LLC**    Case No. **10-30252**
(if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Collier Monroe**<br>**220 S. King Street, #1800**<br>**Honolulu, HI 96809** | | DATE INCURRED:<br>CONSIDERATION:<br>**Broker's Commission - Leased Space**<br>REMARKS: | | | | $3,838.94 |
| ACCT #:<br>**Communication Pacific**<br>**Topa Financial Center**<br>**745 Fort Street**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Marketing & Media**<br>REMARKS: | | | | $29,798.88 |
| ACCT #:<br>**Durrant Media Five, Inc.**<br>**Attn: Mary Brandt**<br>**P.O. Box 509**<br>**Dubuque, IA 52004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $20,471.78 |
| ACCT #:<br>**Hawaii Construction Management**<br>**1015 Aoloa Plaza, #463**<br>**Kailua, HI 96734** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Pre-Construction**<br>REMARKS: | | | | $24,500.00 |
| ACCT #:<br>**Legacy Management & Accounting Service**<br>**400 N. Ashley Dr., Suite 1900**<br>**Tampa, FL 33602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | $3,750.00 |
| ACCT #:<br>**Magnum Mortgage, LLC**<br>**Attn: Susan Rutledge**<br>**P.O. Box 26298**<br>**Honolulu, Hawaii 96825** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | $12,827.70 |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $95,187.30

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
Case 10-30241-hdh11    Doc 131    Filed 06/14/10    Entered 06/14/10 11:50:50    Desc
Main Document    Page 3 of 5

In re **PMP II, LLC**    Case No. **10-30252**
(if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Marks Paneth & Schron** <br> **622 Third Avenue, 7th Floor** <br> **New York, NY 10017** | | DATE INCURRED: <br> CONSIDERATION: <br> **Accounting Services** <br> REMARKS: | | | | $2,850.00 |
| ACCT #: <br> **McCorriston, Miller, Mukai, LLP** <br> **5 Waterfront Plaza, 4th Floor** <br> **500 Ala Moana Boulevard** <br> **Honolulu, HI 98813** | | DATE INCURRED: <br> CONSIDERATION: <br> **Legal Fees** <br> REMARKS: | | | | $109,232.02 |
| ACCT #: <br> **Peter R. Morris** <br> **118 N. Clinton St., Suite LL366** <br> **Chicago, IL 60661** | | DATE INCURRED: <br> CONSIDERATION: <br> **Advances made on behalf of Debtor** <br> REMARKS: | | | | $123,043.76 |
| ACCT #: <br> **PRM Realty Group, LLC** <br> **118 N. Clinton St., Suite LL366** <br> **Chicago, IL 60661** | | DATE INCURRED: <br> CONSIDERATION: <br> **Advances made on behalf of Debtor** <br> REMARKS: | | | | $711,123.71 |
| ACCT #: <br> **Progressive Telecom, LLC** <br> **518 Holokahana Lane** <br> **Honolulu, HI 96817** | | DATE INCURRED: <br> CONSIDERATION: <br> **Telephone Installation** <br> REMARKS: | | | | $2,494.48 |
| ACCT #: <br> **Prudential Locations, LLC** <br> **617 Kapahulu Avenue, Suite 102** <br> **Honolulu, HI 96816** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lease - Bishop Street** <br> REMARKS: | | | | $9,100.00 |

Sheet no. ____2____ of ____3____ continuation sheets attached to  Subtotal >   **$957,843.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
Case 10-30241-hdh11    Doc 131    Filed 06/14/10    Entered 06/14/10 11:50:50    Desc
Main Document    Page 4 of 5

In re **PMP II, LLC**                                         Case No. **10-30252**
                                                                   (if known)

*AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard Rahn**<br>**1212 Nu'uanu Avenue, #3605**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Fees**<br>REMARKS: | | | | $5,739.46 |
| ACCT #:<br>**Royal Contracting Company**<br>**677 Ahua Street**<br>**Honolulu, HI 96819** | | DATE INCURRED:<br>CONSIDERATION:<br>**Construction Services**<br>REMARKS: | | | | $38,033.73 |
| ACCT #:<br>**Sarles & Ouimet, L.L.P.**<br>**Attn: Patrick Martin Ouimet**<br>**555 West Jackson Blvd., Suite 700**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | $526,399.50 |
| ACCT #:<br>**URS Corporation, Dept 1028**<br>**P.O. Box 121028**<br>**Dallas, TX 75212-1028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | | $3,734.81 |
| ACCT #:<br>**Zieman, Speegle, Jackson & Hoffman, LLC**<br>**Attn: Jerome E. Speegle**<br>**P.O. Box 11**<br>**Mobile, AL 36601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $703.56 |

Sheet no. **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $574,611.06 |
| Total > | $2,264,051.24 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **PMP II, LLC**                                                              Case No.  **10-30252**
                                                                                              (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____***See attached Exhibit "A"***_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**5**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____        Signature _____
                                                        ***Peter R. Morris, Chairman***
                                                        ***See attached Exhibit "A"***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*