*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**1st Metropolitan Translations**<br>**30 South Wacker Dr., Suite 2200**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Translation Services**<br>REMARKS: | | | | $1,725.85 |
| ACCT #:<br>**A-America Self-Storage**<br>**115 Lipoa Street**<br>**Kihei, HI 96753** | | DATE INCURRED:<br>CONSIDERATION:<br>**Storage Fees**<br>REMARKS: | | | X | $19,769.34 |
| ACCT #:<br>**Abrams, Fensterman, Eisman**<br>**1111 Marcus Avenue, #107**<br>**Lake Success, NY 11042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $9,418.21 |
| ACCT #:<br>**Advance Messenger Service**<br>**485 North Milwaukee Avenue**<br>**Chicago, IL 60610** | | DATE INCURRED:<br>CONSIDERATION:<br>**Messenger Services**<br>REMARKS: | | | | $122.35 |
| ACCT #:<br>**Agostino and Elizabeth Von Hassel**<br>**399 Park Avenue, 26th Floor**<br>**New York, NY 10022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Alleged Loan/Consulting**<br>REMARKS: | | | X | Unknown |
| ACCT #:<br>**Ajilon Professional Staffing**<br>**Dept. CH 14031**<br>**Palatine, IL 60055-4031** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employment Staffing**<br>REMARKS: | | | X | $8,600.00 |
| | | | | | Subtotal > | $39,635.75 |
| | | | | | Total > | |

_____77_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Ajilon Professional Staffing** | | **Michael S. Baim Chaet Kaplan 30 North LaSalle Street, Suite 1520 Chicago, IL 60602** | | | | **Notice Only** |
| ACCT #: **AKM Assoc., Inc. 635 Mariners Blvd., Suite 205 San Mateo, CA 94404** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$35,000.00** |
| **Representing: AKM Assoc., Inc.** | | **Charter Pacific Securities Attn: Robert Sester 146 Grand St. Redwood City, CA 94062** | | | | **Notice Only** |
| ACCT #: **Alan Statman 441 Vine Street Suite 3700 Cincinnati, OH 45202** | | DATE INCURRED: CONSIDERATION: **Rent - Corporate Apartment** REMARKS: | | | X | **$2,149.00** |
| ACCT #: **Amalie Parrott c/o Sunkist Property P.O. Box 8055 St. Thomas, USVI 00801** | | DATE INCURRED: CONSIDERATION: **Expenses** REMARKS: | | | | **$8,575.00** |
| ACCT #: **Angelo M. and Nancy Piciucco 8040 E. Aster Drive Scottsdale, AZ 85260** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$25,000.00** |

Sheet no. _____1_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$70,724.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Angelo M. and Nancy Piciucco | | Sunset Financial Services Attn: Angelo Piciucco 9943 E. Bell Road Scottsdale, AZ 85260 | | | | **Notice Only** |
| ACCT #: Anita Kessler 27 West 145 Carrell Street Winfield, IL 60190 | X | DATE INCURRED: CONSIDERATION: Loan REMARKS: | | | X | $470,177.01 |
| ACCT #: Ann M. Hanson Trust 6928 Tangelwood Road San Diego, CA 92111 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $25,000.00 |
| Representing: Ann M. Hanson Trust | | WFP Securities Attn: Tom English 5186 Carroll Canyon Road San Diego, CA 92121 | | | | **Notice Only** |
| ACCT #: APEX Printer Repair LLC 333 N. Michigan Avev., Suite 832 Chicago, IL 60601 | | DATE INCURRED: CONSIDERATION: Printer Services REMARKS: | | | | $202.60 |
| ACCT #: Apple Financial Services 548 Corporate Dr., Suite 320 Troy, MI 48098 | | DATE INCURRED: CONSIDERATION: Computer Equipment REMARKS: | | | | $2,897.00 |

Sheet no. __2__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $498,276.61

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Apptix Acq. - ASP One, Inc.**<br>**13461 Sunrise Valley Dr.**<br>**Herndon, VA 20171** | | DATE INCURRED:<br>CONSIDERATION:<br>**Email Hosting**<br>REMARKS: | | | | **$8,600.00** |
| ACCT #:<br>**Asil Consulting, LLC**<br>**The Naaman's Buildings, Suite 206**<br>**3501 Silverside Road**<br>**Wilmingon, DE 19810** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Fees**<br>REMARKS: | | | X | **$45,400.00** |
| ACCT #:<br>**AT&T**<br>**P.O. Box 9001309**<br>**Louisville, IL 40290-1309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Services**<br>REMARKS: | | | | **$284.16** |
| ACCT #:<br>**AT&T**<br>**P.O. Box 9001310**<br>**Louisville, KY 40290** | | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Services**<br>REMARKS: | | | | **$39.63** |
| ACCT #:<br>**AT&T**<br>**P.O. Box 78152**<br>**Phoenix, AZ 85062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Calling Cards**<br>REMARKS: | | | | **$928.23** |
| ACCT #:<br>**AT&T Mobility**<br>**P.O. Box 9001**<br>**Minnetonka, MN 55345-9001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Services**<br>REMARKS: | | | X | **$19,684.09** |

Sheet no. _____**3**_____ of _____**77**_____ continuation sheets attached to                                          Subtotal >   **$74,936.11**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Atlas Stationers, Inc.**<br>**227 West Lake Street**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Supplies**<br>REMARKS: | | | | **$257.36** |
| ACCT #:<br>**Auto Art**<br>**3124 West Lake Avenue**<br>**Glenview, IL 60026** | | DATE INCURRED:<br>CONSIDERATION:<br>**Auto Storage Fees**<br>REMARKS: | | | X | **$37,460.00** |
| ACCT #:<br>**Baker & Hostetler, LLP**<br>**45 Rockefeller Plaza**<br>**New York, NY 10111**<br>**Attn:  Andrew M. Drogen** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$20,327.85** |
| ACCT #:<br>**Bank of America, as successor by merger to LaSalle Bank National Association**<br>**c/o Jarrett L. Hale/Hunton & Williams**<br>**1445 Ross Avenue, Suite 3700**<br>**Dallas, TX 75202** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | X | **$1,656,096.00** |
| **Representing:**<br>**Bank of America, as successor by merger** | | **Scott E. Jensen**<br>**Murray, Jensen & Wilson, Ltd.**<br>**101 N. Wacker Dr., Suite 101**<br>**Chicago, IL 60606** | | | | **Notice Only** |
| ACCT #:<br>**Bank of America, N.A.**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS: | | | | **$11,335.52** |

Sheet no. ____**4**____ of ____**77**____ continuation sheets attached to                                    Subtotal >   **$1,725,476.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.

In re   **PRM Realty Group, LLC**   Case No.   **10-30241-BJH-11**
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Bar Pilot Land, LLC** <br> **c/o Lyndel Anne Mason** <br> **900 Jackson St., Suite 570** <br> **Dallas, TX 75202** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guarantee of Loan** <br> REMARKS: | X | | X | $1,700,000.00 |
| Representing: <br> Bar Pilot Land, LLC | | **Charles M. Cobbe/Claude D. Smith** <br> **Cavazos, Hendricks, Poirot** <br> **  & Smitham, P.C.** <br> **900 Jackson Street, 570 Founders Square** <br> **Dallas, TX 75202** | | | | Notice Only |
| ACCT #: <br> **Baxter Smith IV** <br> **2411 S. Hesperides St.** <br> **Tampa, FL 33629** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | $25,000.00 |
| Representing: <br> Baxter Smith IV | | **Brookstone Securities** <br> **Attn:  John Roberts** <br> **31 Bowling Dr., Suite H** <br> **Jackson, TN 38305** | | | | Notice Only |
| ACCT #: <br> **Baxter Smith IV IRA** <br> **2411 S. Hesperides St.** <br> **Tampa, FL 33629** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | $100,000.00 |
| Representing: <br> Baxter Smith IV IRA | | **Brookstone Securities** <br> **Attn:  John Roberts** <br> **31 Bowling Dr., Suite H** <br> **Jackson, TN 38305** | | | | Notice Only |

Sheet no. ___**5**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,825,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Belinda B. Stone, Trustee UTD**<br>**6/27/07 FBO Belinda**<br>**B. Stone Trust**<br>**32452 Searaven Dr.**<br>**Rancho Palos Verdes, CA 90275** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $135,000.00 |
| **Representing:**<br>**Belinda B. Stone, Trustee UTD** | | **Portfolio Advisors Alliance, Inc.**<br>**Attn:  Marcelle Long**<br>**2333 State Street, Suite 102**<br>**Carlsbad, CA 92008** | | | | **Notice Only** |
| ACCT #:<br>**Benefit Services Group, Inc.**<br>**680 Lake Shore Dr.**<br>**Suite 2050**<br>**Chicago, IL 60611** | | DATE INCURRED:<br>CONSIDERATION:<br>**Health Benefits Consulting**<br>REMARKS: | | | | $2,021.50 |
| ACCT #:<br>**Benowich Law, LLP**<br>**1025 Westchester Avenue**<br>**White Plains, NY 10604**<br>**Attn:  Leonard Benowich** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $147,000.00 |
| ACCT #:<br>**Berta M. McKay**<br>**738 Lakewood Dr.**<br>**Sunnyvale, CA 94089** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $50,000.00 |
| **Representing:**<br>**Berta M. McKay** | | **Independent Financial Group**<br>**Attn:  Richard Drisko**<br>**P.O. Box 4318**<br>**El Dorado Hills, CA 95462** | | | | **Notice Only** |

Sheet no. _____**6**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$334,021.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 8 of 82    Case No.    10-30241-BJH-11
(if known)

### *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BFI Capital, LLC**<br>**50 Main Street, #1000**<br>**White Plains, NY 10606** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | | | X | **$3,111,630.98** |
| **Representing:**<br>**BFI Capital, LLC** | | **Ellen M. Walker**<br>**Granoff, Walker & Forlenza, P.C.**<br>**747 Third Avenue, Suite 4C**<br>**New York, NY 10017** | | | | **Notice Only** |
| ACCT #:<br>**Binny's Beverage Depot**<br>**Gold Standard Enterprises**<br>**8935 N. Milwaukee Avenue**<br>**Niles, IL 60714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Beverage Service**<br>REMARKS: | | | | **$155.60** |
| ACCT #:<br>**Blue Cross Blue Shield**<br>**Healthcare Services Corporation**<br>**c/o Michelle A. Mendez/Hunton & Williams**<br>**1445 Ross Ave., Suite 3700**<br>**Dallas, TX 75202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Group Benefits**<br>REMARKS: | | | X | **$72,689.44** |
| ACCT #:<br>**Bosse & Pharis Associates, Inc.**<br>**606 Blanco Street**<br>**Austin, TX 78703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Feasibility Study**<br>REMARKS: | | | | **$1,725.00** |
| ACCT #:<br>**Brian Cave, LLP**<br>**1290 Avenue of The Americas**<br>**New York, NY 10104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **$26,158.45** |

Sheet no. ____7____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$3,212,359.47**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Brian Cave, LLP** | | **Bank of New York Mellan Trust Company** **Two North LaSalle Street, Suite 1020** **Chicago, IL 60602** | | | | **Notice Only** |
| ACCT #: **Bridge Funding, Inc.** **c/o Nolan & Heller, LLP** **Attn:  Francis J. Brennan** **39 N. Pearl St.** **Albany, NY 12207** | X | DATE INCURRED: CONSIDERATION: **Guarantee on Loan** REMARKS: | X | | X | **$26,789,212.00** |
| **Representing:** **Bridge Funding, Inc.** | | **Ellen M. Walker** **Granoff, Walker & Forlenza, P.C.** **747 Third Avenue, Suite 4C** **New York, NY 10017** | | | | **Notice Only** |
| ACCT #: **Bridge Funding, Inc.** **c/o Nolan & Heller, LLP** **Attn:  Francis J. Brennan** **39 N. Pearl St.** **Albany, NY 12207** | X | DATE INCURRED: CONSIDERATION: **Loan to PRM Realty** REMARKS: | | | | **$2,100,000.00** |
| **Representing:** **Bridge Funding, Inc.** | | **Jennifer L. Roselius** **Hand Arendall** **11 N. Water Street, Suite 30200** **Mobile, AL 36602** | | | | **Notice Only** |
| ACCT #: **Broad and Cassel** **One Biscayne Tower, 21st Floor** **2 South Biscayne Boulevard** **Miami, FL 33131** | | DATE INCURRED: CONSIDERATION: **Attorney Fees** REMARKS: | | | X | **$7,573.22** |

Sheet no. ___8___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$28,896,785.22**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **BT Conferencing Video, Inc.** <br> **P.O. Box 951842** <br> **Dallas, TX 75395-1842** | | DATE INCURRED: <br> CONSIDERATION: <br> **Teleconferencing** <br> REMARKS: | | | X | **$6,931.12** |
| ACCT #: <br> **Capital One, National Association** <br> **600 N. Pearl St., Suite 2500** <br> **Dallas, TX 75201** <br> **Attn: Luke Nolan** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guarantee on Loan** <br> REMARKS: | X | | | **$6,500,000.00** |
| **Representing:** <br> **Capital One, National Association** | | **Vicky Gunning** <br> **Locke Liddell & Sapp LLP** <br> **2200 Ross Avenue, Suite 2200** <br> **Dallas, TX 75201** | | | | **Notice Only** |
| ACCT #: <br> **Cemetery Planning Resource Alliance** <br> **7921 Southpark Plaza, Suite 106** <br> **Littleton, CO 80120** | | DATE INCURRED: <br> CONSIDERATION: <br> **Professional Services** <br> REMARKS: | | | X | **$43,452.56** |
| **Representing:** <br> **Cemetery Planning Resource Alliance** | | **Huzjak Law Office** <br> **4582 South Ulster Street Parkway** <br> **Denver, CO 80237** | | | | **Notice Only** |
| ACCT #: <br> **Chancellor Financial Co., Ltd.** <br> **6223 Shenandoah Park Avenue** <br> **Salt Lake City, UT 84121** <br> **Attn: Douglas Todd** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$50,000.00** |

Sheet no. ____**9**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6,600,383.68**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Chancellor Financial Co., Ltd.** | | **Wilson-Davis & Co.** **Attn:  Les V. Anderton** **236 W. Main** **Salt Lake City, UT 84101** | | | | **Notice Only** |
| ACCT #: **Charles Adair** **103 East George Street** **Wheaton, IL 60189-6447** | X | DATE INCURRED: CONSIDERATION: **Pledge of Economic Interest** REMARKS: | | | | **Unknown** |
| ACCT #: **Charles E. Church** **39673 Lahana Way** **Fremont, CA 94538** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | | X | **$25,000.00** |
| **Representing:** **Charles E. Church** | | **Independent Financial Group** **Attn:  Robyn Lee** **1777 Borel Place, Suite 415** **San Mateo, CA 94401** | | | | **Notice Only** |
| ACCT #: **Charlie H. Sehorn** **305 Sycamore Ridge Road NE** **Concord, NC 28025** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | | X | **$50,000.00** |
| **Representing:** **Charlie H. Sehorn** | | **Synergy Investment Group** **Attn:  Philip Whitley/Mark Whiteley** **1914 J. N. Pease Place** **Charlotte, NC 98262** | | | | **Notice Only** |

Sheet no. _____**10**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$75,000.00**

Total > (Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Chicago Office Technology Group**<br>**Attn:  Ann Marie**<br>**4 Territorial Court**<br>**Bolingbrook, IL 60440** | | DATE INCURRED:<br>CONSIDERATION:<br>**Computer Maintenance**<br>REMARKS: | | | | **$7,478.79** |
| ACCT #:<br>**Chicago Records Management**<br>**10545 Waveland Avenue**<br>**Franklin Park, IL 60131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Records Storage**<br>REMARKS: | | | | **$1,280.28** |
| ACCT #:<br>**Cindy C.W. Chiu, Inc. Defined**<br>**  Benefit Plan and Trust**<br>**244 Calle Corcordia**<br>**San Dimas, CA 91773** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Cindy C.W. Chiu, Inc. Defined** | | **Direct Capital Securities, Inc.**<br>**Attn:  Cindy Chiu**<br>**244 Calle Concordia**<br>**San Dimas, CA 91773** | | | | **Notice Only** |
| ACCT #:<br>**Cingular Wireless**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone Service**<br>REMARKS: | | | | **$949.63** |
| ACCT #:<br>**Clovis Tobias**<br>**Nazareth Estate, #8**<br>**St. Thomas, USVI 00802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Contract Employee**<br>REMARKS: | | | | **$6,213.44** |

Sheet no. _____11_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$40,922.14**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.
In re   PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 13 of 82    Case No.   10-30241-BJH-11
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cohen, Seglias, Pallas, Greenhall & Furman, P.C./Attn:  Steven D. Usdin**<br>**30 South 17th Street, 19th Floor**<br>**Philadelphia, PA 19103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $754,255.88 |
| ACCT #:<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $527.76 |
| ACCT #:<br>**Compass Bank**<br>**c/o Kenneth Stohner, Jr.**<br>**Jackson Walker, L.L.P.**<br>**901 Main St., Suite 6000**<br>**Dallas, TX 75202** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | | $3,620,456.00 |
| ACCT #:<br>**Compass Bank**<br>**c/o Kenneth Stohner, Jr.**<br>**Jackson Walker, L.L.P.**<br>**901 Main St., Suite 6000** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | | $1,275,300.00 |
| ACCT #:<br>**Connie Wimer Trust of 12.24.97**<br>**300 Walnut S., #109**<br>**Des Moines, IA 50309** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $150,000.00 |
| **Representing:**<br>**Connie Wimer Trust of 12.24.97** | | **National Securities**<br>**Attn:  Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oakbrook Terrace, IL 60181** | | | | **Notice Only** |

Sheet no. ___**12**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $5,800,539.64

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) – Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 14 of 82

Case No.    10-30241-BJH-11
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Corporation Service Company**<br>**2711 Centerville Road**<br>**Suite 400**<br>**Wilmington, DE 19808** | | DATE INCURRED:<br>CONSIDERATION:<br>**Statutory Representation**<br>REMARKS: | | | | **$9,944.10** |
| ACCT #:<br>**CT Corporations System**<br>**111 8th Avenue**<br>**13th Floor**<br>**New York, NY 10011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Statutory Representation re Prime Residential**<br>REMARKS: | | | | **$540.00** |
| ACCT #:<br>**Cypress Communications**<br>**P.O. Box 536796**<br>**Atlanta, GA 30353-6796** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone Services**<br>REMARKS: | | | | **$5,205.42** |
| ACCT #:<br>**D'Agostino, Levine, Landesman**<br>**3345 Seventh Avenue**<br>**23rd Floor**<br>**New York, NY 10001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$633.35** |
| ACCT #:<br>**D.B. Zwirn Real Estate Credit**<br>**  Partners, LLC/Attn:  Mark Rambler**<br>**1345 Avenue of the Americas**<br>**New York, NY 10105** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Gurantee on Loan**<br>REMARKS: | X | | X | **$31,968,588.00** |
| **Representing:**<br>**D.B. Zwirn Real Estate Credit** | | **Lance Gotthoffer/Panos Katsambas**<br>**Reed Smith LLP**<br>**599 Lexington Avenue, 22nd Floor**<br>**New York, NY 10022** | | | | **Notice Only** |

Sheet no. \_\_\_\_**13**\_\_\_\_ of \_\_\_\_**77**\_\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$31,984,910.87** |
| Total > | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: D.B. Zwirn Real Estate Credit** | | **Nick Dreher/Keith Yamada/Keoni Schulz Cades Schutte LLLP 1000 Bishop Street, Suite 1200 Honolulu, HI 96813** | | | | **Notice Only** |
| ACCT #: **D.S. Guccione, LLC 850 West Jackson Boulevard Suite 400 Chicago, IL 60607** | | DATE INCURRED: CONSIDERATION: **Accounting/Consulting** REMARKS: | | | | **$532,842.47** |
| ACCT #: **D.S.A. Services P.O. Box 60547 Staten Island, NY 10306** | | DATE INCURRED: CONSIDERATION: **Licensing** REMARKS: | | | | **$1,500.00** |
| ACCT #: **Daniel Ochlynski 2829 Westown Parkway, Suite 105 West Des Moines, IA 50266** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **Darrell and Sylvia Gilbaugh JTWROS 8392 SE 168th Trinity Pl. The Villages, FL 32162** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |
| **Representing: Darrell and Sylvia Gilbaugh** | | **Synergy Investment Group Attn: Terri Sandefer 108 S. Old Dixie Hwy Lady Lake, FL 32519** | | | | **Notice Only** |

Sheet no. ___**14**___ of ___**77**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$559,342.47**

Total > (Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**David N. Hardy Revocable Trust**<br>**26 NE 109 St.**<br>**Miami, FL 33161** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| Representing:<br>**David N. Hardy Revocable Trust** | | **Workman Securities Corp.**<br>**Attn:  David Treece**<br>**6500 City West Parkway, Suite 350**<br>**Eden Prairie, MN 55344** | | | | **Notice Only** |
| ACCT #:<br>**Dell Financial**<br>**P.O. Box 81577**<br>**Austin, TX 78708-1577**<br>**Attn:  Correspondence** | | DATE INCURRED:<br>CONSIDERATION:<br>**Financial Services**<br>REMARKS: | | | X | **$12,000.00** |
| ACCT #:<br>**Denis S. Moss**<br>**22702 LaVina Dr.**<br>**Mission Viejo, CA 92691** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| Representing:<br>**Denis S. Moss** | | **Empire Securities**<br>**Attn:  Miki Hashimoto**<br>**3625 Del Amo Boulevard, Suite 185**<br>**Torrance, CA 90503** | | | | **Notice Only** |
| ACCT #:<br>**Derek Kim**<br>**55 S. Judd Street, #1101**<br>**Honolulu, HI 96817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Expenses**<br>REMARKS: | | | X | **$348.69** |

Sheet no. ____15____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$87,348.69**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Derek Kim**<br>**55 Judd St., #1101**<br>**Honolulu, HI 98817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Car Allowance**<br>REMARKS: | | | X | $500.00 |
| ACCT #:<br>**Derrick Hoffman**<br>**212 South Morgan Ave.**<br>**Wheaton, IL 60187** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Expenses**<br>REMARKS: | | | | $2,470.24 |
| ACCT #:<br>**Digital Printing Services, Inc.**<br>**9201 Bond**<br>**Overland Park, KS 66214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Printing Services**<br>REMARKS: | | | | $583.98 |
| ACCT #:<br>**Donald K. Sherwood**<br>**330 Stevens Road**<br>**Binghampton, NY 13903** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $25,000.00 |
| **Representing:**<br>**Donald K. Sherwood** | | **Private Asset Group, Inc.**<br>**Attn: John Hannan**<br>**62 E. Genesee St., 3rd Floor**<br>**Skanatakes, NY 13152** | | | | **Notice Only** |
| ACCT #:<br>**Donald L. Horney and Margo J. Voltz**<br>**1332 S. Country Club Dr.**<br>**Gallup, NM 87301** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $40,000.00 |

Sheet no. \_\_\_\_16\_\_\_\_ of \_\_\_\_77\_\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $68,554.22

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) -- Cont.
In re   PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 18 of 82

Case No.   10-30241-BJH-11
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Donald L. Horney and Margo J. Voltz | | WFP Securities Attn: Warren Horney 6020 Cornerstone Ct. West, #240 San Diego, CA 92121 | | | | Notice Only |
| ACCT #: Douglas M. Todd, DDS, Profit Sharing Plan 6223 Shenandoah Park Ave. Salt Lake City, UT 84121 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $50,000.00 |
| Representing: Douglas M. Todd, DDS, | | Wilson-Davis & Co. Attn: Les V. Anderton 236 W. Main Salt Lake City, UT 84101 | | | | Notice Only |
| ACCT #: Edison Construction Company 6959 Milwaukee Avenue Niles, IL 60714 | | DATE INCURRED: CONSIDERATION: Office Buildout REMARKS: | | | | $7,892.50 |
| ACCT #: Elkins, P.L.C./Attn: Gary J. Elkins 201 St. Charles Avenue, Suite 4400 New Orleans, LA 70170 | | DATE INCURRED: CONSIDERATION: Attorney Fees REMARKS: | | | | $5,081.91 |
| ACCT #: Ellen Shannon 155 North Harbor Dr., Unit 4601 Chicago, IL 60601 | X | DATE INCURRED: CONSIDERATION: Pledge of Economic Interest REMARKS: | | | | $100,000.00 |

Sheet no. ____17____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $162,974.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Emerald Plant Services**<br>**4943 Butterfield Road**<br>**Hillside, IL 60162** | | DATE INCURRED:<br>CONSIDERATION:<br>**Plant Maintenance Services**<br>REMARKS: | | | | **$830.00** |
| ACCT #:<br>**Empire Securities**<br>**c/o Phillip J. Rodriguez**<br>**310 Escondido Avenue**<br>**Vista, CA 92084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | X | **$134,000.00** |
| Representing:<br>**Empire Securities** | | **Greenberg Traurig**<br>**2450 Colorado Avenue, Suite 400E**<br>**Santa Monica, CA 90404**<br>**Attn:  Mark Levinson** | | | | **Notice Only** |
| ACCT #:<br>**Ernie Erenio Bello Revocable Living Trus**<br>**3325 Ala Akulikuli St.**<br>**Honolullu, HI 96818** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | | X | **$25,000.00** |
| Representing:<br>**Ernie Erenio Bello Revocable Living Trus** | | **National Securities**<br>**Attn:  Gordon Yee**<br>**3156 Ulua St.**<br>**Lihue, HI 96766** | | | | **Notice Only** |
| ACCT #:<br>**FedEx Customer Information Services**<br>**as Assignee of FedEx/FedEx Ground**<br>**Attn:  Revenue Recovery/Bankruptcy**<br>**3965 Airways Blvd., Module G, 3rd Floor**<br>**Memphis, TN 38116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Overnight Delivery Services**<br>REMARKS: | | | | **$2,117.00** |

Sheet no. ____18____ of ____77____ continuation sheets attached to                                  Subtotal >    $161,947.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FirstBank Puerto Rico**<br>**Attn:  Commercial Loan Department**<br>**P.O. Box 309600**<br>**St. Thomas, USVI 00803** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | X | **$2,600,000.00** |
| **Representing:**<br>**FirstBank Puerto Rico** | | **George H.T. Dudley**<br>**Dudley, Topper and Feuerzeig, LLP**<br>**1000 Frederiksberg Gade**<br>**P.O. Box 756**<br>**St. Thomas, USVI 00804** | | | | **Notice Only** |
| ACCT #:<br>**Foley & Lardner**<br>**Attn:  Jay Erens**<br>**321 North Clark Street, Suite 2800**<br>**Chicago, Il 60654-5313** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$400,000.00** |
| ACCT #:<br>**Forrest Parry Dixon**<br>**5890 Hemitage Lane**<br>**Argenta, IL 62501** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Forrest Parry Dixon** | | **National Securities**<br>**Attn:  Michael V. Jordan**<br>**200 E. Ohio, 4th Floor**<br>**Chicago, IL 60611** | | | | **Notice Only** |
| ACCT #:<br>**Gary T. Lark**<br>**4911 S. Greenwood Avenue**<br>**Chicago, IL 60615** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |

Sheet no. ___19___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$3,075,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 21 of 82

In re    PRM Realty Group, LLC

Case No.    10-30241-BJH-11
(if known)

*AMENDED*

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Gary T. Lark** | | **National Securities** **Attn:  Larry Bishop** **17 West 220 22nd Street, #410** **Oak Brook Terrace, IL 60181** | | | | **Notice Only** |
| ACCT #: **GE Capital** **P.O. Box 740420** **Atlanta, GA 30374-0420** | | DATE INCURRED: CONSIDERATION: **Office Copiers** REMARKS: | | | | **$25,140.00** |
| ACCT #: **GE Capital Pasadena** **P.O. Box 31001-0273** **Pasadena, CA 91110-0273** | | DATE INCURRED: CONSIDERATION: **Hawaii Office Copiers** REMARKS: | | | | **$626.90** |
| ACCT #: **Gene and Pauline Anderson** **   Revocable Trust** **Sunrise Senior Living** **11889 Skyline Blvd., #232** **Oakland, CA 94619** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$30,000.00** |
| **Representing:** **Gene and Pauline Anderson** | | **Midpoint Financial** **Attn:  Christopher Miller** **2522 Chambers Road, Suite 100** **Tustin, CA 92708** | | | | **Notice Only** |
| ACCT #: **Gene Washington Lin** **14639 LaPlata** **San Diego, CA 92127** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$3,000.00** |

Sheet no. _____20_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$58,766.90**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.
In re  **PRM Realty Group, LLC**

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 22 of 82    Case No.  **10-30241-BJH-11**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: **Gene Washington Lin** | | **WFP Securities** Attn: William F. Frioli 6020 Cornerstone Ct. West, #240 San Diego, CA 92121 | | | | **Notice Only** |
| ACCT #: **Giovanni Rizza 2040 N. Evergreen Arlington Hts, IL 60004** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$25,000.00** |
| Representing: **Giovanni Rizza** | | **National Securities** Attn:  Michael V. Jordan 200 E. Ohio, 4th Floor Chicago, IL 60611 | | | | **Notice Only** |
| ACCT #: **Granoff, Walker & Forlenza 747 Third Avenue New York, NY 10017** | | DATE INCURRED: CONSIDERATION: **Attorney Fees - Wolfe Nursery Subpoena** REMARKS: | | | | **$275.00** |
| ACCT #: **Group 70 International 925 Bethel Street 5th Floor Honolulu, HI 96813** | | DATE INCURRED: CONSIDERATION: **Architectural/Consulting Services** REMARKS: | | | X | **$46,598.13** |
| ACCT #: **Guy Ackermann Plante & Moran 225 West Washington Avenue, Suite 400 Chicago, IL 60606** | | DATE INCURRED: CONSIDERATION: **Accounting Fees** REMARKS: | | | X | **$19,199.99** |

Sheet no. _____21_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$91,073.12**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) -- Cont.

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 23 of 82

In re    PRM Realty Group, LLC
Case No.    10-30241-BJH-11
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Gwen R. Alter Living Trust** <br> **1638 Colonial Dr.** <br> **Green Cove Springs, FL 32043** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$30,000.00** |
| **Representing:** <br> **Gwen R. Alter Living Trust** | | **Synergy Investment Group** <br> **Attn:  Jonathan L. Mayo** <br> **10935 SE 177th Place, Suite 206** <br> **Summerfield, FL 34491** | | | | **Notice Only** |
| ACCT #: <br> **Ha Thi Vuong Living Trust as of 2/28/07** <br> **5355 Via Cartagena** <br> **Yorba Linda, CA 92886** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$25,000.00** |
| **Representing:** <br> **Ha Thi Vuong Living Trust as of 2/28/07** | | **Private Asset Group, Inc.** <br> **Attn:  Ray Kim and Edwin Suzuki** <br> **20241 SW Birth, #100** <br> **Newport Beach, CA 92660** | | | | **Notice Only** |
| ACCT #: <br> **Hancock Bank** <br> **c/o Robert P. Franke** <br> **Strasburger & Price, LLP** <br> **901 Main Street, Suite 4400** <br> **Dallas, TX 75202** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guarantee on Loan** <br> REMARKS: | | | X | **$3,840,000.00** |
| **Representing:** <br> **Hancock Bank** | | **Richard A. Wright/Kirkland E. Reid** <br> **Jones, Walker, Waechter, Poitevant,** <br> **Carrerre & Denegre, L.P.P.** <br> **254 State Street** <br> **Mobile, AL 36603** | | | | **Notice Only** |

Sheet no. __22__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$3,895,000.00** |
| Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) -- Cont.
In re     **PRM Realty Group, LLC**

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 24 of 82    Case No.    **10-30241-BJH-11**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hand Arendall, LLC**<br>**P.O. Box 123**<br>**Mobile, AL 36601**<br>**Attn:  Jennifer S. Morgan** | | DATE INCURRED:<br>CONSIDERATION:<br>**Settlement Payment**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:<br>**Harold R.  Nichol**<br>**2135 N. Dakota**<br>**Ames, IA 50014** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$50,000.00** |
| **Representing:**<br>**Harold R.  Nichol** | | **National Securities**<br>**Attn:  Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oak Brook Terrace, IL 60181** | | | | **Notice Only** |
| ACCT #:<br>**Harris Bank**<br>**201 S. Grove Ave.**<br>**Barrington, IL 60010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS: | | | | **$412.00** |
| ACCT #:<br>**Hawaii Construction Management**<br>**1015 Aoloa Place, #463**<br>**Kailua, HI 96743** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services - Pre-Construction**<br>REMARKS: | | | X | **$24,500.00** |
| ACCT #:<br>**Hawaii National Bank**<br>**45 N. King Street**<br>**Honolulu, HI 96817-5649** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Corporate Credit Card Agreement**<br>REMARKS: | | | | **Unknown** |

Sheet no. _____**23**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$75,912.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hawaii Registered Legal Agent**<br>**5 Waterfront Plaza, 4th Floor**<br>**500 Ala Moana Boulevard**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Statutory Representation**<br>REMARKS: | | | | **$1,047.12** |
| ACCT #:<br>**Hawaiian Telecom**<br>**P.O. Box 30770**<br>**Honolulu, HI 96820-0770** | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone Services - Hawaii Office**<br>REMARKS: | | | | **$539.47** |
| ACCT #:<br>**Helen T. Robinson Trust**<br>**34431 Calle Naranja**<br>**Capistrano Beach, CA 92624** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Helen T. Robinson Trust** | | **WFP Securities**<br>**Attn: Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Herrick Feinstein LLP**<br>**2 Park Avenue**<br>**New York, NY 10016**<br>**Attn: Paul Rubin/Scott E. Mollen** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **$22,672.35** |
| ACCT #:<br>**HKM Architects & Planners**<br>**43 South Vail Avenue**<br>**Arlington Heights, IL 60005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Feasibility Study**<br>REMARKS: | | | | **$2,538.65** |

Sheet no. __24__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$51,797.59**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Infinisource**<br>**15 East Washington Street**<br>**Coldwater, MI 49036-0889** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cobra Expenses**<br>REMARKS: | | | X | $210.00 |
| ACCT #:<br>**Interact Capital Equities**<br>**636 Rolling Hills Road**<br>**Vista, CA 92083** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investment Wholesaler**<br>REMARKS: | | | | $3,000.00 |
| ACCT #:<br>**Interpark**<br>**91144 Collection Center Dr.**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Parking**<br>REMARKS: | | | | $2,312.00 |
| ACCT #:<br>**IRA Resources FBO Istvan Szinai**<br>**12527 Montellano Terrace**<br>**San Diego, CA 92130** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $50,000.00 |
| **Representing:**<br>**IRA Resources FBO Istvan Szinai** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**IRA Resources FBO James C. Boore**<br>**13327 Bronco Way**<br>**Poway, CA 92064** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $5,000.00 |

Sheet no. ___25___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$60,522.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **IRA Resources FBO James C. Boore** | | **WFP Securities** **Attn:  Tom English** **5186 Carroll Canyon Road** **San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #: **IRA Resources FBO Linda D. Hong** **5821 Chaumont Dr.** **San Diego, CA 92114** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |
| **Representing:** **IRA Resources FBO Linda D. Hong** | | **WFP Securities** **Attn:  Matthew Deline** **5186 Carroll Canyon Road** **San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #: **IRA Resources FBO Marc Muchnick** **3325 Windbreak Ct.** **San Diego, CA 92130** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |
| **Representing:** **IRA Resources FBO Marc Muchnick** | | **WFP Securities** **Attn:  Tom English** **5186 Carroll Canyon Road** **San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #: **IRA Resources FBO Tomasz Jagielinski** **7936 Represa Circle** **Carlsbad, CA 92009** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |

Sheet no. _____26_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$75,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: IRA Resources FBO Tomasz Jagielinski | | WFP Securities Attn: Tom English 5186 Carroll Canyon Road San Diego, CA 92121 | | | | Notice Only |
| ACCT #: IRA Resources FBO: William Hernon 6978 Carnatation Dr. Carlsbad, CA 92009 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $42,000.00 |
| Representing: IRA Resources FBO: William Hernon | | WFP Securities Attn: Tom English 5186 Carroll Canyon Road San Diego, CA 92121 | | | | Notice Only |
| ACCT #: Jack Murphy 6235 Squiredell Dr. San Jose, CA 95219 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $65,000.00 |
| Representing: Jack Murphy | | Charter Pacific Securities Attn: Robyn Lee 146 Grand St. Redwood City, CA 94062 | | | | Notice Only |
| ACCT #: Jack Murphy 6235 Squiredell Dr. San Jose, CA 95129 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $75,000.00 |

Sheet no. ___27___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $182,000.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>**Jack Murphy** | | **Independent Financial Group**<br>Attn: Robyn Lee<br>1777 Borel Place, Suite 415<br>San Mateo, CA 94401 | | | | **Notice Only** |
| ACCT #:<br>**Jacqueline Cosby Trustee for the Amended and Restated J. Cosby Living Trust dtd 2/18/05**<br>**1118 3rd St., Apt. #407**<br>**Santa Monica, CA 90403** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| Representing:<br>**Jacqueline Cosby Trustee for the** | | **Private Asset Group, Inc.**<br>Attn: John Hannan<br>62 E. Genesee St., 3rd Floor<br>Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #:<br>**James Ascott**<br>**566 West Lake Street, Suite 100**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Contract Dispute**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**James B. Estes**<br>**925 W. Paul Bond Dr.**<br>**Nogales, AZ 85621** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**James C. Brownlow**<br>**9305 Westpark**<br>**Dallas, TX 75231** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**28**____ of ____**77**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$50,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 30 of 82

Case No.    10-30241-BJH-11
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**James Carafagno, Jr.**<br>**1765 Bowling Green**<br>**Lake Forest, IL 60045** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**James Carafagno, Jr.** | | **National Securities**<br>**Attn: Michael V. Jordan**<br>**200 E. Ohio, 4th Floor**<br>**Chicago, IL 60611** | | | | **Notice Only** |
| ACCT #:<br>**James Carfagno, Jr. and Cynthia Flannery**<br>**1765 Bowling Green Dr.**<br>**Lake Forest, IL 60045** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**James Carfagno, Jr. and Cynthia Flannery** | | **National Securities**<br>**Attn: Michael V. Jordan**<br>**200 E. Ohio, 4th Floor**<br>**Chicago, IL 60611** | | | | **Notice Only** |
| ACCT #:<br>**James Joseph Platz & Company**<br>**1133 Broadway, Suite 1215**<br>**New York, NY 10010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Painting Contractor**<br>REMARKS: | | | | **$2,650.00** |
| ACCT #:<br>**James L. Macfarlane**<br>**2681 Sherwood Dr.**<br>**Salt Lake City, UT 84108** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |

Sheet no. __29__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$127,650.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: James L. Macfarlane | | Wilson-Davis & Co. Attn:  Les V. Anderton 236 W. Main Salt Lake City, UT 84101 | | | | Notice Only |
| ACCT #: Janet I. Coe IRA 19766 W. County Rd. 8 Hudson, CO 80642 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $45,000.00 |
| Representing: Janet I. Coe IRA | | Sunset Financial Services Attn:  Peter Kushar 8366 E. Otero Pl. Centennial, CO 80112 | | | | Notice Only |
| ACCT #: Jeanette Nguyen Living Trust   as of 10/25/06 5835 E. Ridgemont Ct. Orange, CA 92869 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $25,000.00 |
| Representing: Jeanette Nguyen Living Trust | | Private Asset Group, Inc. Attn:  Ray Kim and Edwin Suzuki 20241 SW Birth, #100 Newport Beach, CA 92660 | | | | Notice Only |
| ACCT #: Jeffrey B. Chick 439 Florence Ae. Oneida, NY 13421 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | $100,000.00 |

Sheet no. ____30____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $170,000.00 |
|---|---|---|
| | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Jeffrey B. Chick | | Private Asset Group, Inc. Attn: John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: Jen-Hsun and Lori Huang c/o Christopher J. Muzzi Moseley Biehl Tsugawa Lau & Muzzi 1100 Alakea St., 23rd Floor Honolulu, HI 96813 | X | DATE INCURRED: CONSIDERATION: **Claim for Damages** REMARKS: | | | X | **$9,644,473.79** |
| ACCT #: Jennifer Huang 30780 Oxford Way Union City, CA 94587 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |
| Representing: Jennifer Huang | | Independent Financial Group Attn: Robyn Lee 1777 Borel Place, Suite 415 San Mateo, CA 94401 | | | | **Notice Only** |
| ACCT #: Jennifer Urquhart 2112 Whalen Dr. Point Roberts, WA 98281 | | DATE INCURRED: CONSIDERATION: **Employee Expenses** REMARKS: | | | | **$3,062.28** |
| ACCT #: Jerry R. and Eiko Davidson 315 E. Broadway St., #219 San Graviel, CA 91776 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$25,000.00** |

Sheet no. ____31____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$9,697,536.07**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Jerry R. and Eiko Davidson | | Girard Securities Attn: Kevin Dalzell 12526 High Bluff, #350 San Diego, CA 92130 | | | | **Notice Only** |
| ACCT #: JGA Consultants c/o Nolan & Heller, LLP Attn: Francis J. Brennan 39 N. Pearl St. Albany, NY 12207 | | DATE INCURRED: CONSIDERATION: Advances REMARKS: | | | X | $450,000.00 |
| ACCT #: John and Virginia Tricarico 1686 Rosebury Loop Lady Lake, FL 32162 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $25,000.00 |
| Representing: John and Virginia Tricarico | | Synergy Investment Group Attn: Terri Sandefer 10935 SE 177th Place, Suite 201 Summerfield, FL 34491 | | | | **Notice Only** |
| ACCT #: John Avis 4 Cashman Dr. Hopewell Junction, NY 12533 | | DATE INCURRED: CONSIDERATION: Employee Expenses REMARKS: | | | | $2,144.59 |
| ACCT #: John D. Taylor 917 NE Arleta GDNS Bentonville, AR 72712 | | DATE INCURRED: CONSIDERATION: Notice Only REMARKS: | | | | **Notice Only** |

Sheet no. __32__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$477,144.59**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John H. Davenport**<br>**8615 Blazyk Drive**<br>**Austin, TX 78737** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John M. Papzian**<br>**2016 Greenwich St.**<br>**San Francisco, CA 94123** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | | X | **$25,000.00** |
| **Representing:**<br>**John M. Papzian** | | **Private Asset Group, Inc.**<br>**Attn: Ray Kim and Edwin Suzuki**<br>**20241 SW Birth, #100**<br>**Newport Beach, CA 92660** | | | | **Notice Only** |
| ACCT #:<br>**John M. Zarcone, Jr.**<br>**11 Peekskill Hollow Rd.**<br>**Putnam Valley, NY 10579** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$750.00** |
| ACCT #:<br>**John Max and Joyce D. Price**<br>**1205 South Mildred**<br>**Salem, MD 65560** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | | X | **$25,000.00** |
| **Representing:**<br>**John Max and Joyce D. Price** | | **Sunset Financial Services**<br>**Attn: Jerry Hurt**<br>**P.O. Box 279**<br>**Salem, MO 65560** | | | | **Notice Only** |

Sheet no. ____33____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$50,750.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John Meyer Consulting, P.C.**<br>**c/o Welby, Brady & Greenblatt, LLP**<br>**Attn:  Thomas H. Elby**<br>**11 Martine Avenue**<br>**White Plains, NY 10606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Professional Services**<br>REMARKS: | | | X | **$212,744.37** |
| ACCT #:<br>**Jones Lang LaSalle Americas, Inc.**<br>**c/o Joseph D. Frank**<br>**Frank/Gecker LLP**<br>**325 North LaSalle Street, Suite 625**<br>**Chicago, IL 60613** | | DATE INCURRED:<br>CONSIDERATION:<br>**Real Estate Advisors**<br>REMARKS: | | | X | **$88,517.00** |
| **Representing:**<br>**Jones Lang LaSalle Americas, Inc.** | | **Carol Billie Oshana**<br>**Oshana Law**<br>**180 N. LaSalle Street, Suite 1450**<br>**Chicago, IL 60601** | | | | **Notice Only** |
| ACCT #:<br>**Kansas City Power & Light**<br>**P.O. Box 219330**<br>**Kansas Clty, MO 64121-9330** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$547.10** |
| ACCT #:<br>**Kenneth C. McGrail**<br>**13 Forrest Hill Dr.**<br>**Salem, MO 65560** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Kenneth C. McGrail** | | **Sunset Financial Services**<br>**Attn:  Jerry Hurt**<br>**P.O. Box 279**<br>**Salem, MO 65560** | | | | **Notice Only** |

Sheet no. _____**34**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$326,808.47**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Kurt and Mary Schaubel** <br> **1727 Eucalyptus Avenue** <br> **Encinitas, CA 92024** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$25,000.00** |
| **Representing:** <br> **Kurt and Mary Schaubel** | | **WFP Securities** <br> **Attn:  Tom English** <br> **5186 Carroll Canyon Road** <br> **San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #: <br> **Kusaka Consulting LLC** <br> **5151 Nonou Road** <br> **Kapaa, HI 96746** | | DATE INCURRED: <br> CONSIDERATION: <br> **Professional Services** <br> REMARKS: | | | | **$781.20** |
| ACCT #: <br> **Lake Valhalla Civic Association** <br> **Valhalla Highlands** <br> **P.O. Box 311** <br> **Cold Springs, NY 10516** | | DATE INCURRED: <br> CONSIDERATION: <br> **Civic Association Dues** <br> REMARKS: | | | | **$8,420.00** |
| ACCT #: <br> **LaSalle Bank, N.A.,** <br> **a national banking association** <br> **135 South LaSalle Street** <br> **Chicago, IL 60603** <br> **Attn:  Thomas Popovics** | | DATE INCURRED: <br> CONSIDERATION: <br> **Guarantee of Debt** <br> REMARKS: | | | X | **$3,850,000.00** |
| ACCT #: <br> **LaSalle Global Trust Services** <br> **Accounts Receivable** <br> **3474 Paysphere Circle** <br> **Chicago, IL 60674-0034** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Trustee Fees** <br> REMARKS: | | | | **$7,500.00** |

Sheet no. _____35_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$3,891,701.20**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Laser App Software**<br>**3190 Shelby Street**<br>**Building D-100**<br>**Ontario, CA 91764** | | DATE INCURRED:<br>CONSIDERATION:<br>**Form Programming**<br>REMARKS: | | | | **$200.00** |
| ACCT #:<br>**Legent Clearing BO Gerhard Perthel IRA**<br>**c/o Newbridge Securities #3398-0145**<br>**1451 W. Cypress Creek Rd., Suite 204**<br>**Ft. Lauderdale, FL 33039-1961** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**Legent Clearing BO Gerhard Perthel IRA** | | **Newbridge Securities**<br>**Attn:  Saverio M. Martindonna**<br>**22W481 Cherry Lane**<br>**Glen Ellyn, IL 60137** | | | | **Notice Only** |
| ACCT #:<br>**Leslie Kopshimabuku**<br>**3243 Hinano St.**<br>**Honolulu, HI 96815** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Leslie Kopshimabuku** | | **National Securities**<br>**Attn:  Gordon Yee**<br>**3156 Ulua St.**<br>**Lihue, HI 96766** | | | | **Notice Only** |
| ACCT #:<br>**Leslie Reed**<br>**10040 Heyfield Dr.**<br>**Las Vegas, NV 89134** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |

Sheet no. ____**36**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$125,200.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 38 of 82    Case No.    10-30241-BJH-11
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>Leslie Reed | | Charter Pacific Securities<br>Attn: Robyn Lee<br>146 Grand St.<br>Redwood City, CA 94062 | | | | Notice Only |
| ACCT #:<br>Lewis F. & Koleen T. Bingham<br>183 S. Ridgeview Dr.<br>Bountiful, UT 84010 | X | DATE INCURRED:<br>CONSIDERATION:<br>Guaranty<br>REMARKS: | | X | | $25,000.00 |
| Representing:<br>Lewis F. & Koleen T. Bingham | | Wilson-Davis & Co.<br>Attn: Les V. Anderton<br>236 W. Main<br>Salt Lake City, UT 84101 | | | | Notice Only |
| ACCT #:<br>Linda S. Oshima<br>3227 Palai St.<br>Lihue, HI 96766 | X | DATE INCURRED:<br>CONSIDERATION:<br>Guaranty<br>REMARKS: | | X | | $25,000.00 |
| Representing:<br>Linda S. Oshima | | National Securities<br>Attn: Gordon Yee<br>3156 Ulua St.<br>Lihue, HI 96766 | | | | Notice Only |
| ACCT #:<br>Listmart Inc.<br>171 English Landing Dr, Suite 200<br>Parkville, MO 64152 | | DATE INCURRED:<br>CONSIDERATION:<br>Everest PPM Wholesalers<br>REMARKS: | | | | $722.06 |

Sheet no. ____37____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $50,722.06

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Long Bay Partners, LLC**<br>**150 N. Wacker Dr., Suite 1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | $161,356.81 |
| ACCT #:<br>**Lonnie Nafzgar**<br>**P.O. Box 262**<br>**Graeagle, CA 96103** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $70,000.00 |
| **Representing:**<br>**Lonnie Nafzgar** | | **Charter Pacific Securities**<br>**Attn: Robyn Lee**<br>**146 Grand St.**<br>**Redwood City, CA 94062** | | | | **Notice Only** |
| ACCT #:<br>**M-35, LLC**<br>**150 N. Wacker Dr., Sutie 1120**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | $17,748,674.35 |
| ACCT #:<br>**Macke Water Systems**<br>**P.O. Box 545**<br>**Wheeling, IL 60090** | | DATE INCURRED:<br>CONSIDERATION:<br>**Water Purifier Rental**<br>REMARKS: | | | | $86.29 |
| ACCT #:<br>**Madison Deposition Services**<br>**70 West Madison**<br>**Chicago, IL 60602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Transcription Services**<br>REMARKS: | | | | $450.20 |

Sheet no. ___38___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $17,980,567.65

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Madison Strategies/Bruce Blakeman** <br> **111 Marcus Avenue, Suite 107** <br> **Lake Success, NY 11042** | | DATE INCURRED: <br> CONSIDERATION: <br> **Consulting Fees** <br> REMARKS: | | | | $110,000.00 |
| ACCT #: <br> **Maluhia Development Group, LLC** <br> **118 N. Clinton St., Suite LL366** <br> **Chicago, IL 60651** | | DATE INCURRED: <br> CONSIDERATION: <br> **Payments Made on Behalf of Debtor** <br> REMARKS: | | | | $6,450,027.10 |
| ACCT #: <br> **Maluhia Eight, LLC** <br> **118 N. Clinton St., Suite LL366** <br> **Chicago, IL 60661** | | DATE INCURRED: <br> CONSIDERATION: <br> **Payments Made on Behalf of Debtor** <br> REMARKS: | | | | $1,909,228.50 |
| ACCT #: <br> **Maluhia One, LLC** <br> **118 N. Clinton St., Suite LL366** <br> **Chicago, IL 60661** | | DATE INCURRED: <br> CONSIDERATION: <br> **Payments Made on Behalf of Debtor** <br> REMARKS: | | | | $2,090,970.79 |
| ACCT #: <br> **Manuel Hernan Barron** <br> **P.O. Box 6052** <br> **Albany, CA 94702** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | | X | | $50,000.00 |
| Representing: <br> **Manuel Hernan Barron** | | **Independent Financial Group** <br> **Attn: Robyn Lee** <br> **1777 Borel Place, Suite 415** <br> **San Mateo, CA 94401** | | | | **Notice Only** |

Sheet no. _____**39**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $10,610,226.39

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marilyn M. Moellers IRA**<br>**1074 Tamarack Lane**<br>**Libertyville, IL 60048** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$100,000.00** |
| Representing:<br>**Marilyn M. Moellers IRA** | | **National Securities**<br>**Attn: Michael V. Jordan**<br>**200 E. Ohio, 4th Floor**<br>**Chicago, IL 60611** | | | | **Notice Only** |
| ACCT #:<br>**Mark and Sandra Johnson**<br>**8 Flossmoor**<br>**Dove Canyon, CA 92679** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| Representing:<br>**Mark and Sandra Johnson** | | **Grant Bettingen, Inc.**<br>**Attn: Robert Edward Schultz**<br>**4100 Newport Place, Suite 630**<br>**Newport Beach, CA 92660** | | | | **Notice Only** |
| ACCT #:<br>**Marks Paneth & Schron**<br>**622 Third Avenue, 7th Floor**<br>**New York, NY 10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | **$84,380.00** |
| ACCT #:<br>**Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Copier Leasing**<br>REMARKS: | | | | **$40,000.00** |

Sheet no. __40__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$274,380.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Matsui Chung**<br>**1400 Mauka Tower**<br>**737 Bishop Street**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees billed to McCorriston**<br>REMARKS: | | | | $12,322.84 |
| ACCT #:<br>**Matt and Melissa Bryant**<br>**8506 Kentucky Derby Dr.**<br>**Odessa, FL 35556** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $100,000.00 |
| **Representing:**<br>**Matt and Melissa Bryant** | | **Midpoint Financial Services**<br>**Attn:  Stacey Morimoto**<br>**12526 High Bluff Dr., #350**<br>**San Diego, CA 92130** | | | | **Notice Only** |
| ACCT #:<br>**Matti Vilkkila**<br>**1543 West School Street**<br>**Chicago, IL 60657** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Expenses**<br>REMARKS: | | | | $2,330.69 |
| ACCT #:<br>**Maureen A. Walsh**<br>**9 Dwight Ave.**<br>**Clinton, CA 13323** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $25,000.00 |
| **Representing:**<br>**Maureen A. Walsh** | | **Private Asset Group, Inc.**<br>**Attn:  John Hannan**<br>**62 E. Genesee St., 3rd Floor**<br>**Skanatakes, NY 13152** | | | | **Notice Only** |

Sheet no. ___**41**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$139,653.53**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
Case 10-30241-bjh11   Doc 174   Filed 08/06/10   Entered 08/06/10 12:43:29   Desc
Main Document   Page 43 of 82

In re   **PRM Realty Group, LLC**   Case No.   **10-30241-BJH-11**
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Maywood Printing Company**<br>**10211 East 18th Street**<br>**Independence, MO 64052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Printing Services**<br>REMARKS: | | | | **$4,197.25** |
| ACCT #:<br>**McCorriston Miller Mukai LLP**<br>**5 Waterfront Plaza, 4th Floor**<br>**500 Ala Moana Boulevard**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Merchants Commercial Bank**<br>**9100 Port of Sale Mall**<br>**Suite 15**<br>**St. Thomas, USVI 00802**<br>**Attn: Jimmy Bethea** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$698,366.00** |
| **Representing:**<br>**Merchants Commercial Bank** | | **Edward B. Reynolds, Jr.**<br>**Dudley Clark & Chan/Solomon Pearl**<br>**Blum Heymann & Stich**<br>**9720 Estate Thomas (Havensight), Suite 1**<br>**St. Thomas, USVI 00802** | | | | **Notice Only** |
| ACCT #:<br>**Metropolitan National Bank**<br>**c/o Daniel Beck**<br>**111 Center St., Suite 2200**<br>**Little Rock, AR 72201** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | X | **$16,747,787.00** |
| **Representing:**<br>**Metropolitan National Bank** | | **Heartsill Ragon**<br>**Gill Elrod Owen & Sherman, P.A.**<br>**425 W. Capitol Avenue, Suite 3801**<br>**Little Rock, AR 72201** | | | | **Notice Only** |

Sheet no. ____**42**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$17,450,350.25** |
| Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Metropolitan National Bank**<br>**c/o Daniel Beck**<br>**111 Center St., Suite 2200**<br>**Little Rock, AR 72201** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | X | **$15,225,213.00** |
| Representing:<br>**Metropolitan National Bank** | | **Heartsill Ragon**<br>**Gill Elrod Owen & Sherman, P.A.**<br>**425 W. Capitol Avenue, Suite 3801**<br>**Little Rock, AR 72201** | | | | **Notice Only** |
| ACCT #:<br>**Metropolitan National Bank**<br>**c/o Daniel Beck**<br>**111 Center St., Suite 2200**<br>**Little Rock, AR 72201** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | X | **$800,000.00** |
| ACCT #:<br>**Metropolitan National Bank**<br>**c/o Daniel Beck**<br>**111 Center St., Suite 2200**<br>**Little Rock, AR 72201** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | X | | X | **$600,000.00** |
| Representing:<br>**Metropolitan National Bank** | | **Heartsill Ragon**<br>**Gill Elrod Owen & Sherman, P.A.**<br>**425 W. Capitol Avenue, Suite 3801**<br>**Little Rock, AR 72201** | | | | **Notice Only** |
| ACCT #:<br>**Michael D. Hirsbrunner**<br>**4335 Woodcrest Lane**<br>**Dallas, TX 75206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___43___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$16,625,213.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Michael Deitch - IRA** <br> **830 Bonnie Brae** <br> **River Forest, IL 60303** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$25,000.00** |
| Representing: <br> **Michael Deitch - IRA** | | **National Securities** <br> **Attn:  Michael V. Jordan** <br> **200 E. Ohio, 4th Floor** <br> **Chicago, IL 60611** | | | | **Notice Only** |
| ACCT #: <br> **Michael Meyer** <br> **2075 N. Oakley Avenue, #4** <br> **Chicago, IL 60647** | | DATE INCURRED: <br> CONSIDERATION: <br> **Employee Expenses** <br> REMARKS: | | | | **$2,446.49** |
| ACCT #: <br> **Michael's Personal Computing** <br> **P.O. Box 130** <br> **Alea, HI 96701-0130** | | DATE INCURRED: <br> CONSIDERATION: <br> **Phone Installation** <br> REMARKS: | | | | **$649.21** |
| ACCT #: <br> **Michele Cook** <br> **3677 Caminito Cielo Del Mar** <br> **San Diego, CA 92130** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | X | | | **$25,000.00** |
| Representing: <br> **Michele Cook** | | **WFP Securities** <br> **Attn:  Tom English** <br> **5186 Carroll Canyon Road** <br> **San Diego, CA 92121** | | | | **Notice Only** |

Sheet no. ___**44**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$53,095.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Nancy Cass**<br>**1131 Sand Drift Way**<br>**West Palm Beach, FL 33411** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Expenses**<br>REMARKS: | | | X | **$8,386.03** |
| ACCT #:<br>**National Securities**<br>**Attn:  Michael V. Jordan**<br>**200 East Ohio, 4th Floor**<br>**Chicago, IL 60611** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Neil Garofano**<br>**3 Ivy Road**<br>**Tuxedo Park, NY 10987** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$35,000.00** |
| **Representing:**<br>**Neil Garofano** | | **Sunset Financial Services**<br>**Attn:  Angelo Piciucco**<br>**9943 E. Bell Road**<br>**Scottsdale, AZ 85260** | | | | **Notice Only** |
| ACCT #:<br>**Neopost, Inc.**<br>**P.O. Box 45800**<br>**San Francisco, CA 94145-0800** | | DATE INCURRED:<br>CONSIDERATION:<br>**Postage**<br>REMARKS: | | | | **$1,220.00** |
| ACCT #:<br>**Newman & Newman, P.C.**<br>**One McKinley Square**<br>**Boston, MA 02109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **$16,271.54** |

Sheet no. ____**45**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$60,877.57**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Norman D. Black<br>8088 Graham Rd.<br>Denver, NC 28037 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $205,000.00 |
| Representing:<br>Norman D. Black | | **Sunset Financial Services**<br>**Attn:  Jeffrey L. Lipscomb**<br>**559 Davidson Dateway Dr., #210**<br>**Davidson, NC 28036** | | | | **Notice Only** |
| ACCT #:<br>NRFC WA Holdings II, LLC<br>433 East Las Colinas Boulevard<br>Suite 100<br>Irving, TX 75039 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | | X | | $5,500,000.00 |
| ACCT #:<br>NTC & Co FBO:  Karen Dea<br>305 Lynnbrook Dr.<br>San Ramon, CA 94582 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $25,000.00 |
| Representing:<br>NTC & Co FBO:  Karen Dea | | **Direct Capital Securities, Inc.**<br>**Attn:  Cindy Chiu**<br>**244 Calle Concordia**<br>**San Dimas, CA 91773** | | | | **Notice Only** |
| ACCT #:<br>NTC & Co. FBO Barbara J. Freyburger<br>4218 Tonawanda Creek Rd.<br>North Tonawanda, NY 14120 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $55,000.00 |

Sheet no. ___**46**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$5,785,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>NTC & Co. FBO Barbara J. Freyburger | | Private Asset Group, Inc.<br>Attn: John Hannan<br>62 E. Genesee St., 3rd Floor<br>Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #:<br>**NTC & Co. FBO William E. Davis**<br>**Profit Share Plan**<br>**1130 Wagon Wheel Drive**<br>**Skaneateles, NY 13152** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$45,000.00** |
| Representing:<br>NTC & Co. FBO William E. Davis | | Private Asset Group, Inc.<br>Attn: John Hannan<br>62 E. Genesee St., 3rd Floor<br>Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #:<br>**NTC & Co. FBO: Marina Bodlik**<br>**1074 Elfstone Court**<br>**Westlake Village, CA 91361** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$33,000.00** |
| Representing:<br>NTC & Co. FBO: Marina Bodlik | | Private Asset Group, Inc.<br>Attn: Edwin Suzuki<br>2041 SW Birch, #100<br>Newport Beach, CA 92660 | | | | **Notice Only** |
| ACCT #:<br>**NTC & Co. FBO: Richard P. Raczkowski**<br>**31241 Monterey St.**<br>**Laguna Beach, CA 92651** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$90,000.00** |

Sheet no. ___**47**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$168,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re     PRM Realty Group, LLC

Case 10-30241-bjh11     Doc 174     Filed 08/06/10     Entered 08/06/10 12:43:29     Desc
Main Document     Page 49 of 82

Case No.     10-30241-BJH-11
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: NTC & Co. FBO:  Richard P. Raczkowski | | Private Asset Group, Inc. Attn:  John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC & Co. FBO: Gillan Dorner P.O. Box 5508 Denver, CO 80217 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$40,000.00** |
| Representing: NTC & Co. FBO: Gillan Dorner | | Private Asset Group, Inc. Attn:  John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC & Co. FBO: Patsy Dickerman 650 Buena Vista Way Laguna Beach, CA 92651 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$50,000.00** |
| Representing: NTC & Co. FBO: Patsy Dickerman | | Private Asset Group, Inc. Attn:  John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC & Co. FBO: Thomas W. Didio 53 Leitech Ave. Skaneateles, NY 13152 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$55,000.00** |

Sheet no. _____48_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$145,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: NTC & Co. FBO: Thomas W. Didio | | Private Asset Group, Inc. Attn: John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC and Co. FBO Anthony Scaringe SEP/IRA 6898 Page Hollow Road Fayette, NY 13066 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | **$100,000.00** |
| Representing: NTC and Co. FBO Anthony Scaringe SEP/IRA | | Private Asset Group, Inc. Attn: John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC and Co. FBO Charles R. Brickell SEP/IRA 16 Belcrest Laguna Niguel, CA 92677 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | **$25,000.00** |
| Representing: NTC and Co. FBO Charles R. | | Private Asset Group, Inc. Attn: John Hannan 62 E. Genesee St., 3rd Floor Skanatakes, NY 13152 | | | | **Notice Only** |
| ACCT #: NTC FBO Donald K. Sherwood IRA 330 Stevens Road Binghampton, NY 13903 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | | X | | **$25,000.00** |

Sheet no. **49** of **77** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$150,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>NTC FBO Donald K. Sherwood IRA | | **Private Asset Group, Inc.**<br>**Attn:  John Hannan**<br>**62 E. Genesee St., 3rd Floor**<br>**Skanatakes, NY 13152** | | | | **Notice Only** |
| ACCT #:<br>**NTC FBO James C. Dickerman IRA**<br>**P.O. Box 173859**<br>**Denver, CO 80217** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$100,000.00** |
| Representing:<br>NTC FBO James C. Dickerman IRA | | **Private Asset Group, Inc.**<br>**Attn:  John Hannan**<br>**62 E. Genesee St., 3rd Floor**<br>**Skanatakes, NY 13152** | | | | **Notice Only** |
| ACCT #:<br>**OCBB Custodian fbo:  Kathy Larson**<br>** IRA - D311013**<br>**13738 Old El Camino Real**<br>**San Diego, CA 92130** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| Representing:<br>OCBB Custodian fbo:  Kathy Larson | | **WFP Securities**<br>**Attn: Matt Deline & Jon Good**<br>**6020 Cornerstone Ct. West, #240**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**OfficeMax**<br>**P.O. Box 79515**<br>**City of Industry, CA 91716** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Supplies**<br>REMARKS: | | | | **$66.28** |

Sheet no. ____**50**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$125,066.28**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Orange County Business Bank**<br>**a custodian for Michael L. Coleman**<br>**16912 Arena Dr.**<br>**Ramona, CA 92065** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**Orange County Business Bank** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Orange County Business Bank**<br>**a custodian for Ric E. Sorenson**<br>**8909 Renato St.**<br>**San Diego, CA 92129** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**Orange County Business Bank** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Orange County Business Bank**<br>**  As custoidan for Arthur P. Bergquist**<br>**1350 Calle Colnett**<br>**San Marcos, CA 92069** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Orange County Business Bank** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |

Sheet no. ____51____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$125,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 53 of 82

Case No.    10-30241-BJH-11
(if known)

*AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Orange County Business Bank as custodian for David H. Jones**<br>**847 Sandcastel Dr.**<br>**Cardiff, CA 92007** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$30,000.00** |
| **Representing:**<br>**Orange County Business Bank as** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**PACER Service Center**<br>**P.O. Box 70951**<br>**Charlotte, NC 28272-0951** | | DATE INCURRED:<br>CONSIDERATION:<br>**Court Electronic Records**<br>REMARKS: | | | | **$508.16** |
| ACCT #:<br>**Pacific Guaradian Center**<br>**737 Bishop Street**<br>**Suite 1130**<br>**Honolulu, HI 96813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Rent - Former Hawaii Office**<br>REMARKS: | | | | **$2,220.00** |
| ACCT #:<br>**Pahio Marketing, Inc.**<br>**3970 Wylie Road**<br>**Princeville, Kauai, HI 96722** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Note and Pledge of Proceeds**<br>REMARKS: | | | X | **$52,695.97** |
| ACCT #:<br>**Pang Trust 4/1/2003 Ulander Pang Trustee**<br>**416 Pimlico Dr.**<br>**Walnut Creek, CA 94597** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |

Sheet no. __52__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $135,424.13

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **PRM Realty Group, LLC**                                          Case No.    **10-30241-BJH-11**
                                                                                     (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Pang Trust 4/1/2003 Ulander Pang Trustee** | | **Winnie Yu 2680 Blshop Dr., #150 San Ramon, CA 94583** | | | | **Notice Only** |
| ACCT #: **Paschal Investment Co. 1769 Wasatch Dr. Salt Lake City, UT 84108 Attn:  Herbert M. Paschal** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$50,000.00** |
| **Representing: Paschal Investment Co.** | | **Wilson-Davis & Co. Attn:  Les V. Anderton 236 W. Main Salt Lake City, UT 84101** | | | | **Notice Only** |
| ACCT #: **Paschal Investment Co. 1769 Wasatch Dr. Salt Lake City, UT 84108 Attn:  Herbert M. Paschal** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$75,000.00** |
| **Representing: Paschal Investment Co.** | | **Wilson-Davis & Co. Attn:  Les V. Anderton 236 W. Main Salt Lake City, UT 84101** | | | | **Notice Only** |
| ACCT #: **Patrick W. and Kelli M. Heiser 1266 Stonebridge Dr. Lodi, CA 95242** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$30,000.00** |

Sheet no.    **53**    of    **77**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$155,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Patrick W. and Kelli M. Heiser** | | **Midpoint Financial Services** **Attn:  Stacey Morimoto** **12526 High Bluff Dr., #350** **San Diego, CA 92130** | | | | **Notice Only** |
| ACCT #: **Patty A. Gentry** **529 Kingsbridge Drive** **Garland, TX 75040** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **Paul J. Lentz** **6359 McCommas Boulevard** **Dallas, TX 75214** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **Paul Lentz** **3340 Via LaSelda** **Palos Verdes Estates, CA 90274** | | DATE INCURRED: CONSIDERATION: **Expenses** REMARKS: | | | X | **$45,739.49** |
| ACCT #: **Paul R. Anderson, IRA** **13731 S. Wingfield Circle** **Draper, UT 84020** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | | X | | **$50,000.00** |
| **Representing:** **Paul R. Anderson, IRA** | | **Wilson-Davis & Co.** **Attn:  Les V. Anderton** **236 W. Main** **Salt Lake City, UT 84101** | | | | **Notice Only** |

Sheet no.    **54**    of    **77**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$95,739.49**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 56 of 82

Case No.    10-30241-BJH-11
(if known)

*AMENDED*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pension Resources FBO Scott M. Kozak**<br>**Beneficiary IRA**<br>**9735 Caminito Majado**<br>**San Diego, CA 92131** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$75,000.00** |
| **Representing:**<br>**Pension Resources FBO Scott M. Kozak** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Peter J. Kushar IRA**<br>**8366 E. Ostero Pl.**<br>**Centennial, CO 80112** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$30,000.00** |
| **Representing:**<br>**Peter J. Kushar IRA** | | **Sunset Financial Services**<br>**Attn:  Peter Kushar**<br>**8366 E. Otero Pl.**<br>**Centennial, CO 80112** | | | | **Notice Only** |
| ACCT #:<br>**Peter R. Morris**<br>**118 N. Clinton St., Suite LL366**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | **$3,895,105.33** |
| ACCT #:<br>**Pilot Pointe Development, LLC**<br>**c/o Lyndel Anne Mason**<br>**900 Jackson St., Suite 570**<br>**Dallas, TX 75202** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee of Loan**<br>REMARKS: | X | X | | **$1,700,000.00** |

Sheet no. ____55____ of ____77____ continuation sheets attached to    Subtotal >    **$5,700,105.33**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) -- Cont
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 57 of 82    Case No.   10-30241-BJH-11
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Pilot Pointe Development, LLC | | Charles M. Cobbe/Claude D. Smith Cavazos, Hendricks, Poirot & Smitham, P.C. 900 Jackson Street, 570 Founders Square Dallas, TX 75202 | | | | **Notice Only** |
| ACCT #: Piracle, Inc. 556 Confluence Avenue Murray, UT 84123 | | DATE INCURRED: CONSIDERATION: **Accounting Software** REMARKS: | | | | $1,761.50 |
| ACCT #: Plante & Moran Attn: Karen Allen 600 E. Front St., Suite 300 Traverse City, MI 49686 | | DATE INCURRED: CONSIDERATION: **Consulting Services** REMARKS: | | | X | $177,463.00 |
| ACCT #: PMP II, LLC 118 N. Clinton St., Suite LL366 Chicago, IL 60661 | | DATE INCURRED: CONSIDERATION: **Payments Made on Behalf of Debtor** REMARKS: | | | | $711,113.71 |
| ACCT #: Prime Residential Management Company 118 N. Clinton St., Suite LL366 Chicago, IL 60661 | | DATE INCURRED: CONSIDERATION: **Payments Made on Beahlf of Debtor** REMARKS: | | | | $597,003.89 |
| ACCT #: Principal Finanical Group PLIC-SBD Grand Island P.O. Box 10372 Des Moines, IA 50306 | | DATE INCURRED: CONSIDERATION: **Dental/Life Insurance** REMARKS: | | | | $7,020.00 |

Sheet no. ____56____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,494,362.10

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**PRM Development, LLC**<br>**118 N. Clinton St., Suite LL366**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS:<br>**The claims for recovery of these funds ranks ahead of the claims of other owners of equity interest in this entity.** | | | | $226,538.91 |
| ACCT #:<br>**PRM Hans Lollick Development, LLC**<br>**118 N. Clinton St., Suite LL366**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | $309,727.76 |
| ACCT #:<br>**PRM Investment Holdings I, LLC**<br>**118 N. Clinton St., Suite LL366**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | $539,000.00 |
| ACCT #:<br>**PRM St. Thomas, LLC**<br>**118 N. Clinton St., Suite LL366**<br>**Chicago, IL 60661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payments Made on Behalf of Debtor**<br>REMARKS: | | | | $6,805.98 |
| ACCT #:<br>**Quill**<br>**c/o RMS Bankruptcy Recovery Servies**<br>**P.O. Box 5126**<br>**Timonium, MD 21094** | | DATE INCURRED:<br>CONSIDERATION:<br>**Office Supplies**<br>REMARKS: | | | | $4,505.16 |
| ACCT #:<br>**Randall C. Strider**<br>**3010 Club Drive**<br>**Gastonia, NC 28054** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $25,000.00 |

Sheet no. ___57___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,111,577.81

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Randall C. Strider** | | **Synergy Investment Group** **Attn: Philip Whitley/Mark Whiteley** **1914 J. N. Pease Place** **Charlotte, NC 98262** | | | | **Notice Only** |
| ACCT #: **RCN Telecom** **444 Highway 96 East** **P.O. Box 644317** **St. Paul, MN 55164** | | DATE INCURRED: CONSIDERATION: **Phone Services - 345 N. LaSalle** REMARKS: | | | | **$1,022.16** |
| ACCT #: **Rebecca Morrisey** **c/o Jonathan W. Young/Yeny C. Estrada** **Wildman Harrold Allen & Dixon LLP** **225 W. Wacker Dr., Suite 2800** **Chicago, IL 60606** | X | DATE INCURRED: CONSIDERATION: **Loan** REMARKS: | | | X | **$133,895.94** |
| ACCT #: **Rebecca Morrissey, Trustee of the** **Rebecca R. Morrissey Trust** **dated 1/16/96** **445 East 4th Street** **Hinsdale, IL 60521** | X | DATE INCURRED: CONSIDERATION: **Pledge of Economic Interest** REMARKS: | | | X | **$399,277.00** |
| ACCT #: **Regions Bank** **c/o Robert P. Franke** **Strasburger & Price, LLP** **901 Main St., SUite 4400** **Dallas, TX 75202** | X | DATE INCURRED: CONSIDERATION: **Guaranty on Loan** REMARKS: | X | | X | **$8,000,000.00** |
| ACCT #: **Richard Morris** **3516 Stackinghay Drive** **Naperville, IL 60564** | X | DATE INCURRED: CONSIDERATION: **Pledge of Economic Interest** REMARKS: | | | | **$100,000.00** |

Sheet no. **58** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$8,634,195.10**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ritz Carlton Club**<br>**P.O. Box 382056**<br>**Pittsburgh, PA 15250** | | DATE INCURRED:<br>CONSIDERATION:<br>**Annual Operating Club Dues**<br>REMARKS: | | | X | **$24,292.28** |
| ACCT #:<br>**Robert F. Lassandrello**<br>**307 Briargate Terrace**<br>**Hinsdale, IL 60521** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$100,000.00** |
| **Representing:**<br>**Robert F. Lassandrello** | | **National Securities**<br>**Attn:  Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oak Brook Terrace, IL 60181** | | | | **Notice Only** |
| ACCT #:<br>**Robert R. Kwong Trust**<br>**c/o Stephen T. Hutcheson**<br>**Cavazos, Hendricks, Poirot & Smitham**<br>**900 Jackson St., Suite 570**<br>**Dallas, TX 75202-4426** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$800,000.00** |
| **Representing:**<br>**Robert R. Kwong Trust** | | **Charter Pacific Securities**<br>**Attn:  Robyn Lee**<br>**146 Grand St.**<br>**Redwood City, CA 94062** | | | | **Notice Only** |
| ACCT #:<br>**Robert Simon**<br>**68 Summerhill Drive**<br>**Mundelein, IL 60060** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | **$25,000.00** |

Sheet no. ___59___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$949,292.28**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Robert Simon | | National Securities Attn: Michael V. Jordan 200 E. Ohio, 4th Floor Chicago, IL 60611 | | | | Notice Only |
| ACCT #: Robert Simon 68 Summerhill Mundelein, IL 60060 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $30,000.00 |
| Representing: Robert Simon | | National Securities Attn: Michael V. Jordan 200 East Ohio, 4th Floor Chicago, IL 60611 | | | | Notice Only |
| ACCT #: Robert W. and Mary L. Bradshaw 10000 W. Courtst Pasco, WA 99301 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $50,000.00 |
| Representing: Robert W. and Mary L. Bradshaw | | Newbridge Securities Corp. Attn: John Hughes 38 Park Ave. Rutherford, NJ 07070 | | | | Notice Only |
| ACCT #: Robert W. Harte 5337 Meadow Lane Downers Grove, IL 60515 | | DATE INCURRED: CONSIDERATION: Payments made on behalf of Debtor REMARKS: | | | X | $63,500.00 |

Sheet no. __60__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $143,500.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert W. Harte**<br>**5337 Meadow Lane**<br>**Downers Grove, IL 60515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Planned Buyout of Interest**<br>REMARKS:<br>**10% interest subject to a buyout which is not yet legally binding.  Substantial funds were provided by Peter Morris to support the** | | | X | **Unknown** |
| | | **operations of this entity.  The claims for recovery of Peter Morris' funds rank above the claim of any other equity owner, including but not limited to Mr. Harte.** | | | | |
| ACCT #:<br>**Roger Sperry**<br>**P.O. Box 487**<br>**Louisiana, MO 63353** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$80,000.00** |
| **Representing:**<br>**Roger Sperry** | | **Charter Pacific Securities**<br>**Attn:  Robert Setser**<br>**146 Grand St.**<br>**Redwood City, CA 94062** | | | | **Notice Only** |
| ACCT #:<br>**Ross Security Consultants, Inc.**<br>**Suite 68 Central Sqauare**<br>**Central Avenue and Route 9**<br>**Linwood, NJ 08221** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investigative Services**<br>REMARKS: | | | | **$30,631.15** |
| ACCT #:<br>**Rubenstein Associates**<br>**1345 Avenue of the Americas**<br>**New York, NY 10105-0109** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting - PR**<br>REMARKS: | | | | **$35,000.00** |

Sheet no. ____**61**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$145,631.15** |
|---|---|---|
|  | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) -- Cont.
In re **PRM Realty Group, LLC**

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 63 of 82

Case No. **10-30241-BJH-11**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ryan Stahl**<br>**1627 N. Burling**<br>**Rear Coach**<br>**Chicago, IL 60614** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | | **$3,744.18** |
| ACCT #:<br>**Ryann McCarthy**<br>**336 Cantitoe Road**<br>**Bedford Hills, NY 10507** | | DATE INCURRED:<br>CONSIDERATION:<br>**Expenses**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Sage Software, Inc.**<br>**P.O. Box 404927**<br>**Atlanta, GA 30384-4927** | | DATE INCURRED:<br>CONSIDERATION:<br>**Software**<br>REMARKS: | | | | **$5,692.88** |
| ACCT #:<br>**Salans**<br>**Rockefeller Center**<br>**620 Fifth Avenue**<br>**New York, NY 10020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **$6,313.55** |
| ACCT #:<br>**Sandstone Venture, Inc.**<br>**1005 E. Las Tunas Dr., #116**<br>**San Gabriel, CA 91776** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Sandstone Venture, Inc.** | | **Direct Capital Securities, Inc.**<br>**Attn:  Cindy Chiu**<br>**244 Calle Concordia**<br>**San Dimas, CA 91773** | | | | **Notice Only** |

Sheet no. ____**62**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$40,750.61**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.
In re    **PRM Realty Group, LLC**

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 64 of 82
Case No.    **10-30241-BJH-11**
(if known)

*AMENDED*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Scott and Elaine McElmury Trust**<br>**749 Gough Avenue**<br>**Templeton, CA 93465** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$500,000.00** |
| **Representing:**<br>**Scott and Elaine McElmury Trust** | | **WFP Securities**<br>**Attn:  Elaine McElury**<br>**6020 Cornerstone Ct. West, #240**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Shane Hackett**<br>**171 English Landing Drive**<br>**Kansas City, MO 64152** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Expenses and all other claims**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Sharyn A. Roebuck**<br>**450 Nome St.**<br>**Aurora, CO 80010** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**Sharyn A. Roebuck** | | **Sunset Financial Services**<br>**Attn:  Peter Kushar**<br>**450 Nome Street**<br>**Aurora, CO 80010** | | | | **Notice Only** |
| ACCT #:<br>**Shearwater Time Share Owners Association**<br>**P.O. Box 29350**<br>**Honolulu, HI 96820-1750** | | DATE INCURRED:<br>CONSIDERATION:<br>**Annual Maintenance Fee Unit 310**<br>REMARKS: | | | X | **$11,947.38** |

Sheet no. _____**63**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$536,947.38**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Shelly Lynn Noyce**<br>**905 48th Street**<br>**West Des Moines, IA 50266** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| Representing:<br>**Shelly Lynn Noyce** | | **National Securities**<br>**Attn:  Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oak Brook Terrace, IL 60181** | | | | **Notice Only** |
| ACCT #:<br>**Solid Foundations Asset Management**<br>**13 Country Glen Road**<br>**Fallbrook, CA 92028** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$125,000.00** |
| Representing:<br>**Solid Foundations Asset Management** | | **WFP Securities**<br>**Attn:  Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**Solomon & Tanenbaum**<br>**707 Westchester Avenue, Suite 205**<br>**White Plains, NY 10604**<br>**Attn:  Steven R. Tanenbaum** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$9,312.20** |
| ACCT #:<br>**SPCP Group, LLC**<br>**c/o McKool Smith, P.C.**<br>**600 Travis, Suite 7000**<br>**Houston, TX 77002** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee on Loan**<br>REMARKS: | | | X | **$26,789,212.00** |

Sheet no. _____64_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$26,948,524.20**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re    PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 66 of 82

Case No.    10-30241-BJH-11
(if known)

*AMENDED*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing:<br>SPCP Group, LLC | | Mahadeva, PLLC<br>445 Hamilton Avenue, Suite 1102<br>White Plains, NY 10601 | | | | **Notice Only** |
| ACCT #:<br>Spencer S. Hall<br>6244 Route 82<br>Standfordville, NY 12581 | | DATE INCURRED:<br>CONSIDERATION:<br>**Survey**<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>Spire Consulting Group, LLC<br>c/o Kiester Lockwood & Ciccone, LLP<br>Attn:  Tony Ciccone<br>611 West 14th St.<br>Austin, TX 78701 | | DATE INCURRED:<br>CONSIDERATION:<br>**Expert Witness**<br>REMARKS: | | | X | $59,324.63 |
| ACCT #:<br>Sprint<br>P.O. Box 219100<br>Kansas City, MO 64121-9100 | | DATE INCURRED:<br>CONSIDERATION:<br>**Cellular Service**<br>REMARKS: | | | | $10,048.67 |
| ACCT #:<br>Stein, Ray & Harris, LLP<br>222 West Adams Street<br>Suite 1800<br>Chicago, IL 60606 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $9,593.50 |
| ACCT #:<br>Sterling Trust Company FBO Paul Dana<br>528 N. Idaho St.<br>San Mateo, CA 94401 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $75,000.00 |

Sheet no. ____65____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $154,216.80

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: Sterling Trust Company FBO Paul Dana | | Charter Pacific Securities Attn: Robyn Lee 146 Grand St. Redwood City, CA 94062 | | | | Notice Only |
| ACCT #: Sterling Trust Company, Custodian FBO, Lloyd S. Jones 929 Jasmine Circle Costa Mesa, CA 92626 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $75,000.00 |
| Representing: Sterling Trust Company, | | Grant Bettingen, Inc. Attn: Robert Edward Schultz 4100 Newport Place, Suite 630 Newport Beach, CA 92660 | | | | Notice Only |
| ACCT #: Sterling Trust Company, Custodian FBO Roger Sperry A/C 116087 7901 Fish Pond Road Waco, TX 76710 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $10,000.00 |
| ACCT #: Sterne Insurance Group Inc. Defined Benefit Pension Plan 11445 E. Via Linda, #2611 Scottsdale, AZ 85269 | X | DATE INCURRED: CONSIDERATION: Guaranty REMARKS: | X | | | $50,000.00 |
| Representing: Sterne Insurance Group Inc. | | Sunset Financial Services Attn: Angelo Piciucco 9943 E. Bell Road Scottsdale, AZ 85260 | | | | Notice Only |

Sheet no. ___66___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $135,000.00

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Stetler & Duffy, Ltd.**<br>**11 South LaSalle Street, Suite 1200**<br>**Chicago, IL 60603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $381.48 |
| ACCT #:<br>**Straggas & Associates**<br>**5000 Birch Street, Suite 420**<br>**Newport, CA 92660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $959.50 |
| ACCT #:<br>**Stryker, Duensing, Casner & Dollison**<br>**P.O. Box 6785**<br>**St. Thomas, USVI 00804** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $10,563.62 |
| ACCT #:<br>**Stutman, Treister & Glatt**<br>**1901 Avenue of the Stars**<br>**12th Floor**<br>**Los Angeles, CA 90067** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $14,063.64 |
| ACCT #:<br>**Suzanne L. Halko Crumb & Duane E. Crumb**<br>**JWTROS**<br>**217 Quark Ct.**<br>**Batavia, IL 60510** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $50,000.00 |
| **Representing:**<br>**Suzanne L. Halko Crumb & Duane E. Crumb** | | **National Securities**<br>**Attn:  Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oak Brook Terrace, IL 60181** | | | | **Notice Only** |

Sheet no. ____**67**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $75,968.24

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Suzanne L. Halko-Crumb and Duane E. Crumb**<br>**JWTROS**<br>**217 Quark Court**<br>**Batavia, IL 60510** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | $100,000.00 |
| **Representing:**<br>**Suzanne L. Halko-Crumb and** | | **National Securities**<br>**Attn: Larry Bishop**<br>**17 West 220 22nd Street, #410**<br>**Oak Brook Terrace, IL 60181** | | | | Notice Only |
| ACCT #:<br>**SVF North Wacker Chicago, LLC**<br>**c/o Howard Marc Spector**<br>**Spector & Johnson, PLLC**<br>**12770 Coit Road, Suite 1100**<br>**Dallas, TX 75251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Rent**<br>REMARKS: | | | X | $231,156.96 |
| **Representing:**<br>**SVF North Wacker Chicago, LLC** | | **Gerald B. Lurie**<br>**Chen Nelson Roberts Ltd.**<br>**203 North LaSalle Street, 15th Floor**<br>**Chicago, IL 60606** | | | | Notice Only |
| ACCT #:<br>**SVF North Wacker Chicago, LLC**<br>**c/o CT Corporation System**<br>**208 S. LaSalle St., Suite 814**<br>**Chicago, IL 60604-1101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Tabet DiVito Rothstein**<br>**The Rookery Building**<br>**209 South LaSalle Street, 7th Floor**<br>**Chicago, Il 60604-1219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $9,411.40 |

Sheet no. ___68___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$340,568.36**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The B.C. and Julie McMakin Inter Vivos Trust**<br>**269 Del Mar Avenue**<br>**Costa Mesa, CA 92627** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**The B.C. and Julie McMakin** | | **Empire Securities**<br>**Attn: Robert J. Maguire**<br>**237 Birtcher Dr.**<br>**Lake Forest, CA 92630** | | | | **Notice Only** |
| ACCT #:<br>**The Bank of New York Trust Company, N.A.**<br>**Tee 12% Coll. Profit Participation Debt**<br>**2 North LaSalle Street, Suite 1020**<br>**Chicago, IL 60602**<br>**Attn: Richard Tarnas** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guarantee of Debt**<br>REMARKS: | X | | | **$2,435,000.00** |
| ACCT #:<br>**The Christopher and Michelle A. Asterino Family Trust dt 4/25/06**<br>**8334 E. Nighingale Star Dr.**<br>**Scottsdale, AZ 85266** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$15,000.00** |
| **Representing:**<br>**The Christopher and Michelle A. Asterino** | | **Sunset Financial Services**<br>**Attn: Angelo Piciucco**<br>**9943 E. Bell Road**<br>**Scottsdale, AZ 85260** | | | | **Notice Only** |
| ACCT #:<br>**The Christopher and Michelle A. Asterino Family Trust dt 4/25/06**<br>**8334 E. Nightingale Star Dr.**<br>**Scottsdale, AZ 85266** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$10,000.00** |

Sheet no. ____69____ of ____77____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$2,510,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **The Christopher and Michelle A. Asterino** | | **Sunset Financial Services** **Attn:  Angelo Piciucco** **9943 E. Bell Road** **Scottsdale, AZ 85260** | | | | **Notice Only** |
| ACCT #: **The Dickerman Family Trust,** **Dated 8/20, 2007** **650 Buena Vista Way** **Laguna Beach, VA 92651** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$25,000.00** |
| **Representing:** **The Dickerman Family Trust,** | | **Private Asset Group, Inc.** **Attn:  John Hannan** **62 E. Genesee St., 3rd Floor** **Skanatakes, NY 13152** | | | | **Notice Only** |
| ACCT #: **The Galter Foundation** **c/o Theodore Netzky** **55 East Superior Street** **Chicago, IL 60611** | X | DATE INCURRED: CONSIDERATION: **Guarantee on Investment** REMARKS: | | | | **Unknown** |
| ACCT #: **The Lavarone Law Firm** **11 South LaSalle Street, Suite 1600** **Chicago, IL 60603** | | DATE INCURRED: CONSIDERATION: **Attorney Fees** REMARKS: | | | | **$480.00** |
| ACCT #: **The Luke Family Trust** **2119 Packard Place** **El Cajon, 92019** | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$25,000.00** |

Sheet no. _____70_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$50,480.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/03) - Cont.
In re    PRM Realty Group, LLC
Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 72 of 82
Case No.    10-30241-BJH-11
(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** The Luke Family Trust | | **WFP Securities** Attn:  Tom English 5186 Carroll Canyon Road San Diego, CA 92121 | | | | **Notice Only** |
| ACCT #: **The Maat Family Trust** 10034 Lake Canyon Ct. Santee, CA 92071 | X | DATE INCURRED: CONSIDERATION: **Guaranty** REMARKS: | X | | | **$50,000.00** |
| **Representing:** The Maat Family Trust | | **WFP Securities** Attn:  Kristopher Field 5186 Carroll Canyon Raod San Diego, CA 92121 | | | | **Notice Only** |
| ACCT #: **The Repton Group, LLC** c/o Bingham Dana 399 Park Avenue, 20th Floor New York, NY 10022 | | DATE INCURRED: CONSIDERATION: **Alleged Loan/Consulting** REMARKS: | | | X | **Unknown** |
| ACCT #: **The Ritz Carlton Dev. Co., Inc.** P.O. Box 382056 Pittsburgh, PA 15250 | | DATE INCURRED: CONSIDERATION: **Annual Operating Club Dues** REMARKS: | | | X | **$24,292.00** |
| ACCT #: **The Schechtman Group** 100 Deer Run Kalispell, MT 59901 | | DATE INCURRED: CONSIDERATION: **Consulting Fees** REMARKS: | | | X | **$48,849.96** |

Sheet no. ____71____ of ____77____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$123,141.96**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re PRM Realty Group, LLC

Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc
Main Document    Page 73 of 82

Case No. 10-30241-BJH-11
(if known)

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Silby Family Trust**<br>**12146 San Tomas Place**<br>**San Diego, CA 92128** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**The Silby Family Trust** | | **WFP Securities**<br>**Attn: Tom English**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**The Staci Cummings Trust**<br>**174 Allegheny Way**<br>**Alpine, UT 84004** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$50,000.00** |
| **Representing:**<br>**The Staci Cummings Trust** | | **Wilson-Davis & Co.**<br>**Attn: Les V. Anderton**<br>**236 W. Main**<br>**Salt Lake City, UT 84101** | | | | **Notice Only** |
| ACCT #:<br>**The Swan Revocable Trust U/A 10.28.92**<br>**14909 Morningside Dr.**<br>**Poway, CA 92064** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| **Representing:**<br>**The Swan Revocable Trust U/A 10.28.92** | | **WFP Securities**<br>**Attn: Kenneth Cortlett**<br>**5186 Carroll Canyon Road**<br>**San Diego, CA 92121** | | | | **Notice Only** |

Sheet no. __72__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$100,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Tamara Family Trust,**<br>**Dated Dec. 12, 2005**<br>**5568 Elden Ave.**<br>**Costa Mesa, CA 92627** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$200,000.00** |
| Representing:<br>The Tamara Family Trust, | | **Private Asset Group, Inc.**<br>**Attn:  Edwin Suzuki**<br>**2041 SW Birch, #100**<br>**Newport Beach, CA 92660** | | | | **Notice Only** |
| ACCT #:<br>**Thomas A. Stansell**<br>**6642 Velasco Avenue**<br>**Dallas, TX 75214** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Thomas and Joan Truman Living Trust**<br>**22660 Deerfield Ct.**<br>**Custice, OH 43412** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | X | | | **$25,000.00** |
| Representing:<br>**Thomas and Joan Truman Living Trust** | | **Newbridge Securities**<br>**Attn:  Gerald Weigel**<br>**3725 Williston Rd., #382**<br>**Curtice, OH 43412** | | | | **Notice Only** |
| ACCT #:<br>**Thomas D. McDaniel**<br>**1209 Somerset Boulevard**<br>**Colleyville, TX 76034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____73_____ of _____77_____ continuation sheets attached to     **Subtotal >**   **$225,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Thomas LaPerch**<br>**18 Baltic Place**<br>**Brewster, NY 10509** | | DATE INCURRED:<br>CONSIDERATION:<br>**Consulting Services**<br>REMARKS: | | | X | $16,500.00 |
| ACCT #:<br>**Thompson Print & Mailing Solutions**<br>**5818 Rocky Point Drive**<br>**San Antonio, TX 78249** | | DATE INCURRED:<br>CONSIDERATION:<br>**Printing Services**<br>REMARKS: | | | | $325.00 |
| ACCT #:<br>**Thomson West**<br>**P.O. Box 6292**<br>**Carol Stream, IL 60197-6292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Research Software**<br>REMARKS: | | | | $7,393.48 |
| ACCT #:<br>**Time Warner Cable of NYC**<br>**P.O. Box 9227**<br>**Uniondale, KY 11555** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cable Services - NY**<br>REMARKS: | | | | $149.71 |
| ACCT #:<br>**Tishler & Wald**<br>**200 South Wacker Drive, Suite 300**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | $2,114.75 |
| ACCT #:<br>**Toshiba**<br>**P.O. Box 740423**<br>**Atlanta, GA 30374** | | DATE INCURRED:<br>CONSIDERATION:<br>**Copier**<br>REMARKS: | | | X | $1,103.43 |

Sheet no. ___74___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $27,586.37

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Trovato Group**<br>**2307 Parmenter, Suite 200**<br>**Middleton, WI 53562** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employment Services**<br>REMARKS: | | | X | **$88,560.00** |
| **Representing:**<br>**Trovato Group** | | **Anthony Zac**<br>**7101 N. Cicero Avenue, #104**<br>**Lincolnwood, IL 60712** | | | | **Notice Only** |
| ACCT #:<br>**TXU Energy**<br>**P.O. Box 650638**<br>**Dallas, TX 75265-0638** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | **$200.88** |
| ACCT #:<br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wireless Cards**<br>REMARKS: | | | X | **$6,169.02** |
| ACCT #:<br>**Verizon Wireless NYC**<br>**P.O. Box 1100**<br>**Albany, NY 12250-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wireless Cards**<br>REMARKS: | | | X | **$292.75** |
| ACCT #:<br>**Virgil J. Jordan**<br>**P.O. Box 8591**<br>**Jacksonville, TX 75766** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____75_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$95,222.65**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) Cont.    Case 10-30241-bjh11    Doc 174    Filed 08/06/10    Entered 08/06/10 12:43:29    Desc

In re    **PRM Realty Group, LLC**      Main Document      Page 77 of 82 Case No.   __10-30241-BJH-11__

(if known)

*AMENDED*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vision Service Plan**<br>**File 74619**<br>**P.O. Box 60000**<br>**San Francisco, CA 94160-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Vision Plan**<br>REMARKS: | | | | $620.00 |
| ACCT #:<br>**Western Associates Inc.**<br>**124 East Main Street**<br>**P.O. Box 297**<br>**Marion, KA 66861-0297** | | DATE INCURRED:<br>CONSIDERATION:<br>**Employee Rewards**<br>REMARKS: | | | | $500.04 |
| ACCT #:<br>**WFP Holding Ret Savings Plan**<br>**401 K John Schooler TTEE**<br>**6020 Cornerstone Ct. West, #240**<br>**San Diego, CA 92121** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $30,000.00 |
| **Representing:**<br>**WFP Holding Ret Savings Plan** | | **WFP Securities**<br>**Attn: John Schooler**<br>**6020 Cornerstone Ct. West, #240**<br>**San Diego, CA 92121** | | | | **Notice Only** |
| ACCT #:<br>**William Deitch**<br>**600 W. Roosevelt Road, Suite A-1**<br>**Wheaton, IL 60187** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty**<br>REMARKS: | | X | | $25,000.00 |
| **Representing:**<br>**William Deitch** | | **National Securities**<br>**Attn: Michael V. Jordan**<br>**200 E. Ohio, 4th Floor**<br>**Chicago, IL 60611** | | | | **Notice Only** |

Sheet no. ____76____ of ____77____ continuation sheets attached to          **Subtotal >**    $56,120.04
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **William J. Harte, Ltd.** <br> **111 West Washington St., Suite 1100** <br> **Chicago, IL 60602-2705** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$520,000.00** |
| ACCT #: <br> **William Vigneault** <br> **181 Sunset Terrace** <br> **Lunguna Beach, CA 92651** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Guaranty** <br> REMARKS: | | X | | **$50,000.00** |
| **Representing:** <br> **William Vigneault** | | **Private Asset Group, Inc.** <br> **Attn:  John Hannan** <br> **62 E. Genesee St., 3rd Floor** <br> **Skanatakes, NY 13152** | | | | **Notice Only** |
| ACCT #: <br> **Zieman, Speegle, Jackson & Hoffman, LLC** <br> **Attn:  Jerome E. Speegle** <br> **P.O. Box 11** <br> **Mobile, AL 36601** | | DATE INCURRED: <br> CONSIDERATION: <br> **Legal Fees** <br> REMARKS: | | | X | **$7,268.62** |
| | | | | | | |
| | | | | | | |

Sheet no. ___77___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$577,268.62** |
| Total > | **$225,005,775.50** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **PRM Realty Group, LLC**                     Case No.    **10-30241-BJH-11**
                                                                     (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President of PRM Mgmt of Illinois, Mgr**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**79**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **06/14/2010**_____          Signature **/s/ Peter R. Morris**_____

                                                                     **Peter R. Morris**
                                                                     **President of PRM Mgmt of Illinois, Mgr**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:   **PRM Realty Group, LLC**                              CASE NO   **10-30241-BJH-11**

                                                         CHAPTER   **11**

*AMENDED*
**VERIFICATION OF CREDITOR MATRIX**

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/14/2010 _____              Signature  **/s/ Peter R. Morris** _____

                                                         **Peter R. Morris**
                                                         **President of PRM Mgmt of Illinois, Mgr**

Date _____              Signature _____

Empire Securities
Attn:  Miki Hashimoto
3625 Del Amo Boulevard, Suite 185
Torrance, CA 90503


James B. Estes
925 W. Paul Bond Dr.
Nogales, AZ 85621


John D. Taylor
917 NE Arleta GDNS
Bentonville, AR 72712


Virgil J. Jordan
P.O. Box 8591
Jacksonville, TX 75766

SPRM Killeen Phase II, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75242


SPRM Riverfront Developers, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75242


SPRM-CS Townhomes, LLC
5495 Belt Line Road, Suite 300
Dallas, TX 75242


Stonehill Waters Edge, Ltd.
5495 Belt Line Road, Suite 300
Dallas, TX 75242


Stonehill-PRM Highfill, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75242


Stonehill-PRM Realty, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75242