Hugh M. Ray, III
State Bar No. 24004246
Ruth Van Meter
State Bar No. 20661570
MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

ATTORNEYS FOR SPCP GROUP, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| **PETER R. MORRIS,** § | | Case No. 10-30240-HDH-11 |
| § | | |
| Debtor. § | | Chapter 11 |

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| **PRM REALTY GROUP, LLC,** § | | Case No. 10-30241-HDH-11 |
| § | | |
| Debtor. § | | Chapter 11 |

### SPCP GROUP, LLC'S OBJECTION TO MOTION TO CONTINUE
(Refers to Docket Nos. 278 - Morris Case, and 233 - PRM Realty Case)

TO THE HONORABLE HARLIN D. HALE:

SPCP Group, LLC ("SPCP"), a creditor and party-in-interest in the above-referenced Chapter 11 cases (the "Cases"), files this Objection to the above-captioned Debtors' *Emergency Motion to Continue*, and would respectfully show the Court as follows:

### Summary

1. SPCP has sought the appointment of a Trustee in the above-captioned cases. MR. Morris runs his entire empire and so his testimony is critical to an explanation of unexplained and undisclosed transactions and breaches of duty. In November, Mr. Morris' doctor said Mr. Morris needed 90 days to convalesce from this illness. But according to his Monthly Operating

Reports ("MOR") during that same period, Mr. Morris has spent every day but six dining in restaurants and hotels, including some of the most prestigious in the world, such as the Waldorf Astoria, Beverly Hills Hotel, the Park Hyatt, and the Peninsula.

2. Now, the day before his court-ordered deposition, Mr. Morris produced a note from the same doctor that he remains unable to testify. SPCP requests that the Court fashion a remedy. Mr. Morris' condition may be accommodated. He should be required to testify, as he is able. The March 1, 2011 hearing need not be continued.

**Factual Background**

3. On May 25, 2010, Counsel requested to take Mr. Morris' deposition. Counsel asked repeatedly for deposition dates thereafter, as shown by the several emails attached as Exhibit "A". Mr. Morris was not ever agreeable to a date, claiming (among other things) that his health prevented his attendance at a deposition, or that treatments for medical conditions conflicted with proposed dates.

4. Eventually, Mr. Morris was to be deposed around November 8-13, 2010. Mr. Morris notified SPCP's counsel that he would not attend that deposition and enclosed a doctor's letter that he would not be ready to testify for 90 days. Mr. Morris' counsel filed a motion based on that allegation and sought a 90 day continuance of the Motion to Appoint a Chapter 11 Trustee.

5. The Court accepted this allegation that Morris was too ill to testify for 90 days and granted a 90 day continuance of the trial so that Mr. Morris could convalesce. Yet, Mr. Morris was able to, during that time, travel and attend highbrow restaurants and hotels on the following dates and times (according to the MOR's). (Broadway shows, airlines, luxury hotels

and fine dining are listed in bold):

| | | |
|---|---|---|
| **11/7/2010** | **Polo Ralph Lauren** | **61.62** |
| **11/8/2010** | **Trattoria Gianni** | **213.71** |
| **11/9/2010** | **Boka** | **190.39** |
| 11/9/2010 | Girl and the Goat | 195.00 |
| 11/12/2010 | Gene & Georgettti | 59.48 |
| 11/12/2010 | Girl and the Goat | 195.56 |
| **11/13/2010** | **American Airlines** | |
| 11/13/2010 | Gene & Georgettti | 141.60 |
| 11/14/2010 | Gene & Georgettti | 63.55 |
| 11/15/2010 | Trattoria Gianni | 140.33 |
| **11/18/2010** | **Le Colonial** | **82.38** |
| **11/19/2010** | **MK Restaurant** | **249.47** |
| 11/20/2010 | Trattoria Gianni | 114.08 |
| 11/22/2010 | Kikis Bistro | 77.15 |
| **11/25/2010** | **Hyatt Hotels** | |
| 11/27/2010 | Joe's Stone Crab | 84.23 |
| **11/28/2010** | **Pepolino Restaurant** | **237.88** |
| **11/28/2010** | **Westside Theatre** | **(broadway show)** |
| 11/29/2010 | Tamarind Tribeca | 138.00 |
| 11/30/2010 | Bottega Del Vino | 27.95 |
| **11/30/2010** | **United Airlines** | |
| **12/1/2010** | **21 Club** | **99.02** |
| **12/1/2010** | **Aquagrill** | **197.01** |
| **12/2/2010** | **Waldorf Astoria Hotel** | |
| 12/3/2010 | Gene & Georgettti | 34.02 |
| 12/3/2010 | Girl and the Goat | 236.99 |
| 12/4/2010 | Trattoria Gianni | 131.98 |
| 12/5/2010 | Hugos Frog Bar | 192.02 |
| 12/6/2010 | Hop Haus | 60.33 |
| 12/6/2010 | Le Colonial | 63.83 |
| 12/6/2010 | Oceanique | 177.74 |
| 12/7/2010 | American Airlines | |
| 12/7/2010 | American Airlines | |
| 12/8/2010 | Oceanique | 77.33 |
| 12/9/2010 | Joe's Stone Crab | 87.75 |
| **12/10/2010** | **Park Hyatt** | **95.14** |
| **12/10/2010** | **Santorini** | **128.85** |
| **12/12/2010** | **Cort Theatre** | **(Boradway show)** |
| **12/12/2010** | **Jacobs Royal Theatre** | **(Broadway show)** |
| **12/12/2010** | **Pepolino Restaurant** | **628.69** |
| **12/13/2010** | **200 Fifth** | **31.16** |
| **12/13/2010** | **Aquagrill** | **279.37** |
| **12/13/2010** | **Harry Cipriani** | **141.83** |
| 12/13/2010 | Shun Lee Palace | 120.71 |

| Date | Vendor | Amount |
|---|---|---|
| **12/13/2010** | **Ritz Carlton Hotel** | |
| **12/14/2010** | **United Airlines** | |
| **12/14/2010** | **United Airlines** | |
| **12/15/2010** | **Aquagrill** | **95.42** |
| **12/15/2010** | **Harry Cipriani** | **62.18** |
| 12/15/2010 | Harry Cipriani | 19.51 |
| 12/15/2010 | Shun Lee Palace | 77.82 |
| **12/16/2010** | **American Airlines** | |
| **12/16/2010** | **American Airlines** | |
| **12/16/2010** | **Balthazar** | **84.85** |
| **12/16/2010** | **Balthazar** | **32.50** |
| **12/16/2010** | **United Airlines** | |
| **12/16/2010** | **United Airlines** | |
| **12/17/2010** | **United Airlines** | |
| **12/17/2010** | **Boka** | **184.57** |
| **12/17/2010** | **Le Colonial** | **185.67** |
| **12/17/2010** | **Morton's of Chicago** | **86.03** |
| **12/20/2010** | **Oceanique** | **105.78** |
| 12/21/2010 | Joe's Stone Crab | 139.87 |
| 12/22/2010 | Coco Pazzo | 103.69 |
| 12/22/2010 | Joe's Stone Crab | 72.17 |
| **12/22/2010** | **Ritz Carlton Hotel** | |
| 12/24/2010 | Joe's Stone Crab | 138.82 |
| 12/24/2010 | MK Restaurant | 162.97 |
| 12/25/2010 | Pizzeria Due | 59.92 |
| 12/27/2010 | Joe's Stone Crab | 99.01 |
| 12/28/2010 | Coco Pazzo | 107.68 |
| **12/28/2010** | **Joe's Stone Crab** | **239.07** |
| 12/29/2010 | Dee's Restaurant | 49.75 |
| **12/29/2010** | **Peninsula Hotel** | |
| 12/31/2010 | **The Beverly Hills Hotel** | |

6. The creditors have not yet received the MOR for January or February. Mr. Morris, during this time when he was too ill to be deposed, appeared at court and testified during a hearing February 7.

7. At the hearing on February 7, the Court was informed that SPCP has been seeking Mr. Morris' deposition since at least June. Mr. Morris was ordered to sit for a deposition on February 23, 2011. On the afternoon before his deposition, he revealed he was in Boston and that his doctor felt he was too ill to sit for *any* deposition.

8. SPCP requests that the Court take judicial notice of (i) several of the related debtor entities are cases that only involve a single piece of real estate in each case and the exclusivity period has either expired without plans being filed and/or without plans being confirmed; (ii) the Debtors' monthly operating reports that show the above expenditures, (iii) that SPCP has filed a Motion to Appoint Trustee Pursuant to 11 U.S.C. § 1104, or, in the Alternative, Convert Case to Chapter 7, or, in the Alternative, to Appoint Examiner [Docket No. 108 - Morris Case], and (iv) the U.S. Trustee has filed the Motion to Convert in the PRM Realty Case and SPCP has filed its Joinder.

## Conclusion

9. Upon close inspection, SPCP believes that Mr. Morris' second Doctor's note (from the same doctor who wrote the note demanding a 90 day continuance of trial) may not establish sufficient cause to entirely excuse Mr. Morris from a deposition. Mr. Morris can be accommodated. His lifestyle shows that much. Alternatively, the Court can fashion a remedy forbidding his testimony at trial, or that his testimony be limited. The Court can and should continue with the hearing scheduled March 1.

WHEREFORE, PREMISES CONSIDERED, SPCP respectfully requests that this Court (i) sustain SPCP's objections to the Motion, and (iii) grant such further relief as may be just and proper.

DATED: January 20, 2011.

        Respectfully submitted,

        McKOOL SMITH P.C.

        By: */s/ Hugh M. Ray, III*
            HUGH M. RAY, III
            State Bar No. 24004246
            RUTH VAN METER
            State Bar No. 20661570
            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

        ATTORNEYS FOR SPCP GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, a true and correct copy of the foregoing document has been served via the ecf system to all creditors listed on the ecf service notice.

        */s/ Hugh M. Ray, III*
        Hugh M. Ray, III