Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

**COUNSEL FOR PRM REALTY GROUP, LLC**

J. Mark Chevallier
State Bar No. 04189170
James G. Rea
State Bar No. 24051234
MCGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201
(214) 954-6807 – Telephone
(214) 954-6850 – Telecopier
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com

**COUNSEL FOR PETER R. MORRIS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **CASE NO. 10-30240-HDH-11** |
| **PETER R. MORRIS,** | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |
| In re: | § | |
| | § | **CASE NO. 10-30241-HDH-11** |
| **PRM REALTY GROUP, LLC,** | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |
| | § | **Expedited Hearing** |
| | § | **Requested for 5/6/11 @ 10:00 a.m.** |

## DEBTORS' EXPEDITED MOTION TO (i) APPROVE SETTLEMENT WITH SPCP GROUP, LLC; (ii) ESTABLISH CASE MANAGEMENT DEADLINES; (iii) AUTHORIZE CONDITIONAL SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR OF INTERESTS PURSUANT TO 11 U.S.C. § 363(b) AND (f); AND, (iv) APPROVE AGREEMENT GRANTING RELIEF FROM STAY PURSUANT TO BANKRUPTCY RULE 4001(d)

TO THE HONORABLE HARLIN D. HALE,
UNITED STATES BANKRUPTCY JUDGE:

     Peter R. Morris and PRM Realty Group, LLC, debtors and debtors in possession (together,

the "Debtors"), file this Motion to (i) Approve Settlement with SPCP Group, LLC; (ii) Establish

DEBTORS' EXPEDITED MOTION TO (i) APPROVE SETTLEMENT WITH SPCP; (ii)
ESTABLISH CASE MANAGEMENT DEADLINES; (iii) AUTHORIZE CONDITIONAL
SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR AND (iv)
APPROVE AGREEMENT GRANTING RELIEF FROM STAY --        **Page 1 of 12**
913582

Case Management Deadlines; (iii) Authorize Conditional Sale of Certain Real Property Free and Clear of Interests Pursuant to 11 U.S.C. § 363(b) and (f); and, (iv) Approve Agreement Granting Relief from Stay Pursuant to Bankruptcy Rule 4011(d) (the "Motion") and respectfully state as follows:

## I.       JURISDICTION AND VENUE

1.       This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b).  This matter is a core proceeding, and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.       The basis for relief requested herein is 11 U.S.C. §§ 105, 362, 363 and Bankruptcy Rules 4001, 6004 and 9019.

## II.       BACKGROUND

3.       On January 6, 2010 (the "Petition Date"), Peter R. Morris ("Morris") filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code.  Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Morris continues to operate his business and manage his property as a debtor in possession.  No trustee or examiner has been appointed in Morris' Chapter 11 bankruptcy proceeding, nor has a creditors' committee or other official committee been appointed pursuant to 11 U.S.C. § 1102.

4.       Also on the Petition Date, PRM Realty Group, LLC ("PRM Realty") filed a voluntary petition for bankruptcy protection under Chapter 11 of the Bankruptcy Code.  Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, PRM Realty continues to operate its businesses and manage its properties as a debtor in possession.  No trustee or examiner has been appointed in PRM Realty's Chapter 11 bankruptcy proceeding, nor has a creditors' committee or other official committee been appointed pursuant to 11 U.S.C. § 1102.

5.     Morris is the President and Chief Executive Officer of PRM Realty.  His real estate activities include strategic planning and business development.  He has over thirty (30) years of experience in financing, developing, and operating high-end single family, multi-family and commercial real estate.

6.     PRM Realty is a privately held real estate firm specializing in financing, developing, and managing world-class real estate ventures both in the United States and around the world.  PRM Realty's expertise includes all fields vital to successful real estate transactions, including finance, theoretical and practical appraisals and valuations, acquisitions, urban and development planning, marketing, architecture and design, engineering, construction, leasing and property management, strategic planning, risk analysis, law, and capital market movements. Morris is the majority owner and controlling principal of PRM Realty.

7.     Morris and PRM Realty have been embroiled in litigation with SPCP Group, LLC ("SPCP") almost from the inception of these cases.  This litigation has largely centered around two secured debts owing to SPCP by Morris, PRM Realty and certain of their affiliates.

**A.     SPCP Secured Claims**

8.     Lake Valhalla Estates, LLC ("LV Estates") is (a) the maker under that certain Consolidated, Amended and Restated Note (the "LV Note"), dated June 30, 2006, by and between SPCP's predecessor-in-interest, Bridge Funding, Inc. ("Bridge"), and LV Estates, in the principal amount of Ten Million Five Hundred Thousand and 00/100 Dollars ($10,500,000.00) (the "LV Note"), and (b) party to that certain Consolidation, Modification, Extension and Spreader Agreement, dated June 30, 2006 (same as previously and subsequently modified, amended, restated, consolidated and/or extended from time to time, collectively, the "LV Mortgage"), by and between Bridge, as lender, and PRM Jackson Pond Resort Residential

Development Associates, LLC ("PRM JP"), Zoey Estates, LLC ("Zoey"), and Morris (collectively, the "PRM Group"), as mortgagors. The Valhalla Mortgage secures, in part, the LV Note and covers over 1,000 acres of land owned by Zoey and the debtor Morris, located in the towns of Phillipstown and Fishkill, respectively, in the counties of Putnam and Dutchess, respectively, State of New York (all as more specifically described pursuant to the LV Mortgage, the "LV Property").

9. Simultaneously with the assignment of the LV Note at the loan closing, the LV Mortgage was assigned from Bridge to SPCP on or about June 30, 2006.

10. PRM Realty, Zoey, and Morris, among others, are guarantors under that certain Guaranty of Payment (as amended, modified and extended from time to time, (the "LV Guaranty"), dated June 30, 2006, in the principal amount of Ten Million Five Hundred Thousand and 00/100 Dollars ($10,500,000.00) with respect to the LV Note. The LV Guaranty unconditionally guarantees payment and performance of, among other things, LV Estate's obligations under the LV Note.

11. PRM JP is (i) the maker under that certain Consolidated, Amended and Restated Note, dated June 30, 2006, by and between SPCP's predecessor-in-interest, Bridge Funding, Inc. ("Bridge"), and PRM JP, in the principal amount of TEN MILLION and 00/100 Dollars ($10,000,000.00) (the "JP Note"), and (ii) the mortgagor under that certain Consolidation, Modification, Extension and Spreader Agreement, dated June 30, 2006 (same as previously and subsequently modified, amended, restated, consolidated and/or extended from time to time, collectively, the "JP Mortgage"), by and between Bridge, as lender, and PRM JP, Zoey and Morris, as mortgagors whereby PRM JP mortgaged to Bridge the premises known as: 30

Cottage Drive, Vicki Lane and 96 Lake Walton Road, respectively, East Fishkill, Dutchess County, New York (all as more specifically described in the JP Mortgage, the "JP Property").

12.     The JP Note and JP Mortgage were assigned to SPCP on or about June 30, 2006.

13.     Morris and PRM Realty are guarantors under that certain Guaranty of Payment (as amended, modified and extended from time to time, the "JP Guaranty"), dated June 30, 2006, by and between Bridge and the Debtors and other guarantors, in the principal amount of TEN MILLION and 00/100 Dollars ($10,000,000.00).   The JP Guaranty unconditionally guarantees payment and performance of, among other things, PRM JP's obligations under the JP Note.

14.     The LV Note, Mortgage and Guaranty and the JP Note, Mortgage and Guaranty were subsequently amended by that certain Loan, Notes, and Mortgage Modification Agreement (the "First Modification Agreement"), dated April 8, 2008, by and among Bridge and SPCP, and PRM JP, PRM Realty, Zoey, Morris and Maluhia Nine, LLC ("Maluhia Nine"), which gave a secured Limited Guaranty up to $1,500,000 as additional collateral to Bridge and SPCP.

15.     The LV Note and Mortgage and the JP Note and Mortgage were further amended by that certain Second Loan, Notes and Mortgage Modification Agreement (the "Second Modification Agreement"), dated September 23, 2008, by and among Bridge and SPCP, and the PRM Group.  Pursuant to the First and Second Modification Agreements certain obligations due and owing under the JP Note were cross-collateralized with the LV Property and the LV Mortgage (as more specifically set forth in the First and Second Modification Agreements).

16.      As of the date of this Motion, SPCP asserts that the principal, interest and other fees due and owing under the LV Note and Guaranty is in excess of $15.8 million and the principal interest and other fees due and owing on the JP Note and Guaranty is in excess of $17.7 million.

**B.    SPCP Litigation with the Debtors.**

17.    There are several contested matters currently pending between SPCP and the Debtors in these cases.  In the Morris case, SPCP filed its Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 or, in the Alternative, Convert Case to Chapter 7, or, in the Alternative, to Appoint Examiner ("Trustee Motion") [Docket No. 108] on May 6, 2010.  The hearing on the Trustee Motion has commenced and it is currently set for continued hearing on May 6, 2011.

18.    In addition, SPCP has objected to the Debtors' Fourth Motion to Extend Exclusivity filed on April 1, 2011 [Docket No. 316], and it is set for hearing on May 6, 2011.

19.    In the PRM Realty case, the United States Trustee filed a Motion to Convert to Chapter 7 under 11 U.S.C. § 1112(b)(1) [Docket No. 190] on December 30, 2010 ("Motion to Convert").  SPCP joined in the Motion to Convert on January 20, 2011 [Docket No. 196].  The hearing on the Motion to Convert has commenced and has been combined with the hearing on the Trustee Motion.  The hearing on the Trustee Motion is currently set for hearing on May 6, 2011 also.

20.    In addition to the Trustee Motion and the Motion to Convert, on February 14, 2011, SPCP filed a Motion for Relief from Stay against the portion of the Valhalla Property owned by Morris ("Lake Valhalla Stay Motion") [Docket No. 271].   The Lake Valhalla Stay Motion is set for final hearing on June 2, 2011 [Docket No. 298].  In addition, there have been numerous other contested matters litigated between SPCP and the Debtors during the course of these cases.  These contested matters have included lift stay motions with respect to the JP Property, the Maluhia Nine property, plan litigation in Maluhia Nine, objections to the Debtors' request for extensions of exclusivity, and objections to various sale motions.  Outside of the

bankruptcy cases, PRM JP, Morris and PRM Realty and others and SPCP are involved in a state court foreclosure proceeding in New York with respect to the JP Property and Mortgage.

21.    The various litigation with SPCP has required a great deal of the Debtors' time and resources.  In the absence of the settlement which is the subject of this Motion, the various litigation will continue to be a strain on the Debtors' time and resources.

## C.    The Settlement

22.    On their own initiative and at the direction of the Court, the Debtors and SPCP entered into settlement negotiations following the last scheduled hearing on the Trustee Motion with a goal of reaching a comprehensive settlement that would end the various litigation and put the cases on a path toward confirmation.  Those efforts have resulted in an agreement, subject to definitive documentation and this Court's approval, that will resolve all pending and threatened litigation between all of the involved affiliated Morris entities, including Morris, PRM Realty, PRM Jackson, Valhalla Estates, Maluhia Nine and Zoey and SPCP and put the case on a path toward confirmation of a plan (the "Global Settlement").  A term sheet describing the material terms of the Global Settlement (the "Term Sheet") is attached hereto as **Exhibit A**.  The parties are drafting definitive settlement documentation which will be filed with the Court at least three days prior to the hearing on this Motion.

23.    In summary, the Global Settlement accomplishes three things essential to a resolution of these very difficult cases.  First, the Global Settlement puts an end to the expensive and time consuming litigation with SPCP thereby allowing Mr. Morris and the Debtors to focus exclusively on raising the capital necessary to fund a plan of reorganization in these cases.  Second, the Global Settlement establishes case management milestones that will force the Debtors to put forth a plan in relatively short order.  Third, the Global Settlement provides an

agreed restructure of the LV Note (the "Modified LV Note") with favorable terms which the Debtor can shop to potential investors in order to meet the plan funding milestones and ensures SPCP's support of a plan incorporating the terms of the Global Settlement.

24.     The initial step in consummation of the Global Settlement is for PRM JP and Zoey to initiate their own Chapter 11 Cases for the purpose of affecting transfers of the LV Property and the JP Property to SPCP as described in the Term Sheet.

25.     The transfer of the JP Property to SPCP or its designee will be free and clear of all liens and interests and will be in partial satisfaction of the JP Note.  The unsatisfied portion of the JP Note will be included in the proposed Modified LV Note.  Once this transfer is completed, the Debtors will have no further liability for any amounts due and owing under the JP Note other than such unsatisfied portion that will be included in the Modified LV Note.

26.     If the case management milestones are not met, the LV Property will also be conveyed to SPCP or its designee free and clear of all liens and interests in full and complete satisfaction of all claims of SPCP against the Debtors, including Zoey, Valhalla Estates, and PRM JP.  However, after such transfer of the LV Property to SPCP, the Debtors will retain the right to receive 50% of the net proceeds from SPCP's ultimate sale of the LV Property after SPCP has received a full recovery as defined in the Term Sheet and the definitive settlement agreement.  SPCP will have full control of the sale process if it obtains title to the LV Property as set forth in the Term Sheet.

27.     In order to effectuate this potential transfer, Morris seeks approval pursuant to 11 U.S.C. § 363(b) and (f) to convey title to the LV Property into escrow pending either the Debtors' failure to meet, or satisfaction of, the case management deadlines.

28.     The case management deadlines will work as follows:

(a)     From the date of entry of this Court's order approving the settlement, Morris will have 90 days to obtain a binding Letter of Intent ("LOI") from an investor for the purpose of funding a plan of reorganization, including the pay down of $10,000,000.00 on account of the Modified LV Note.  Should there be a dispute between SPCP and the Debtors over whether the LOI is binding and sufficient to support the plan process, the matter will be presented to the Court for determination on an expedited basis.  If it is determined that there is not a binding LOI by day 90, either by agreement of the parties or Court Order, then the escrow shall be released and the LV Property will be immediately transferred to SPCP free and clear of liens and interests as described above and in the Term Sheet.

(b)     If a binding LOI is obtained, then the Debtor will have an additional 90 days to obtain confirmation and consummation of a plan of reorganization, including the payment of $10,000,000.00 to SPCP.  The plan must contain the terms of treatment of the LV Note as described in the Term Sheet.  Should the Debtors fail to meet this confirmation deadline in 180 days, then on the 181st day, the escrow shall be released and title to the LV Property will be released from escrow as described above and transfer of the LV Property to SPCP will be free and clear of all liens and interests as described above and in the Term Sheet.  If the Debtors meet the case management deadlines and a plan is confirmed and consummated, title to the LV Property will be released from escrow back to the Reorganized Debtors consistent with the terms of the plan.

## III. RELIEF REQUESTED

29.     Bankruptcy Rule 9019(a) provides, "on motion by the trustee and after a hearing on notice to creditors . . . the court may approve a compromise or settlement."  Approval of the

compromise is specifically "committed to the sound discretion of the Bankruptcy Court." *River City v. Herpel, (In re Jackson Brewing Co.)*, 624 F.2d 599, 602-603 (5th Cir. 1980).

30.     The compromise contained in the Global Settlement between the Debtors and SPCP meets the standard set forth in *Protective Comm. For Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, *reh'g* denied, 391 U.S. 909 (1968).   In *TMT Trailer* Ferry, the United States Supreme Court stated that the following factors are to be considered in determining the appropriateness of a compromise:

    a.    The probabilities of ultimate success should the claim be litigated;

    b.    An educated estimate of (i) the complexity, expense, and likely duration of such litigation, (ii) the possible difficulties of collecting on any judgment which might be obtained; and (iii) all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise.

    c.    The comparison of the terms of the compromise with likely rewards of litigation.

*TMT Trailer Ferry*, 390 U.S. at 424-25.   Further, in *In re Jackson Brewing*, 624 F.2d at 602, the Fifth Circuit specified other considerations, *e.g.*, (i) uncertainties of fact and law which impact the probability of success and litigation, and (ii) delay and inconvenience which impacts the complexity/duration of the litigation.

31.     The Global Settlement clearly meets the standards established by the United States Supreme Court and Fifth Circuit because it would efficiently and fairly resolve two of the largest claims against the Debtors' estates and, more importantly facilitates a process that creates a path to confirmation in these cases.

32.     To facilitate the Global Settlement, Morris seeks, by this Motion, authority to convey the LV Property into escrow as described herein with such transfer to be free and clear of liens and interests in accordance with 11 U.S.C. §363(f).

33.     Also, integral to the settlement is the establishment of the case management deadlines. The Debtors request the Court to approve the case management deadlines as described herein pursuant to 11 U.S.C. §105(d)(2).

34.     Finally, the Debtors' request that the provisions of 11 U.S.C. §362 be modified as necessary to permit the parties to implement the settlement described herein.

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that this Motion be granted as set forth herein and that the Debtor's have such other and further relief to which they may be justly entitled.

Dated:  April 28, 2011                              Respectfully submitted,


/s/Gerrit M. Pronske          (04/28/2011)          /s/J. Mark Chevallier          (04/28/2011)
Gerrit M. Pronske                                   J. Mark Chevallier
State Bar No. 16351640                              State Bar No. 04189170
Rakhee V. Patel                                     James G. Rea
State Bar No. 00797213                              State Bar No. 24051234
Melanie P. Goolsby                                  MCGUIRE, CRADDOCK & STROTHER, P.C.
State Bar No. 24059841                              2501 N. Harwood, Suite 1800
PRONSKE & PATEL, P.C.                               Dallas, TX  75201
2200 Ross Avenue, Suite 5350                        (214) 954-6807 – Telephone
Dallas, Texas 75201                                 (214) 954-6850 – Telecopier
(214) 658-6500 - Telephone                          Email: mchevallier@mcslaw.com
(214) 658-6509 – Telecopier                         Email: jrea@mcslaw.com
Email: gpronske@pronskepatel.com                    **COUNSEL FOR PETER R. MORRIS**
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com
**COUNSEL FOR PRM REALTY GROUP,
LLC**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on April 28, 2011, I caused to be served the foregoing pleading upon the attached service list via the Court's electronic transmission facilities and/or United States mail, first class delivery.

/s/ Yewande Akinwolemiwa    (04/28/2011)
Yewande Akinwolemiwa

**DEBTORS' EXPEDITED MOTION TO (i) APPROVE SETTLEMENT WITH SPCP; (ii) ESTABLISH CASE MANAGEMENT DEADLINES; (iii) AUTHORIZE CONDITIONAL SALE OF CERTAIN REAL PROPERTY FREE AND CLEAR AND (iv) APPROVE AGREEMENT GRANTING RELIEF FROM STAY --** 913582

**Page 12 of** 12

**EXHIBIT A**

**THE AGREEMENT**
**(TERM SHEET)**

The following sets forth the understanding of the material terms of the global settlement reached between SPCP Group, LLC ("SPCP") and Peter R. Morris ("Morris"), PRM Realty Group, LLC ("PRM Realty"), Zoey Estates, LLC ("Zoey"), PRM Jackson Pond Resort Residential Development Associates, LLC ("PRM JP"), Lake Valhalla Estates, LLC ("LV Estates") and any other necessary Morris affiliated party (collectively, referred to herein as the "Morris Entities").

This agreement remains subject to definitive and more extensive documentation with a Compromise Settlement Agreement (collectively, the "Agreement") and supporting documentation to implement the terms contained herein, all of which must be acceptable to both SPCP and the Morris Entities and approved by the U.S. Bankruptcy Court presiding over the Morris cases (the "Bankruptcy Court") at the hearing on May 6, 2011 (the "May 6th Hearing") and all other hearings necessary to carry out the terms in this Agreement (the "Future Hearings").

1.      No later than Thursday, April 28, 2011, Morris and PRM Realty will file, *inter alia*, a (i) 9019 Motion seeking to approve the terms contained in this Agreement; (ii) Section 363 Motion to transfer Mr. Morris' interest in the LV Property to SPCP, and (iii) Rule 4001 Agreement lifting the stay on the LV Property, as defined herein, pursuant to the terms contained herein at the May 6th Hearing (collectively, the "Motions to Settle").

2.      On or before Friday, May 6, 2011, Zoey will file Chapter 11 Bankruptcy in the Northern District of Texas, Dallas Division.

3.      On or before Friday, May 6, 2011, PRM JP will file Chapter 11 Bankruptcy in the Northern District of Texas, Dallas Division.

4.      Upon filing the Chapter 11 bankruptcies, Zoey and PRM JP will immediately seek to have their cases transferred to Judge Hale's Courtroom where the other bankruptcy Morris cases are pending.

5.      Upon filing the Chapter 11 bankruptcies, Zoey, LV Estates and PRM JP will enter Notices of Appearances in the Morris and PRM Realty bankruptcy cases and will appear at the May 6th Hearing and support the Motions to Settle.

6.      At the May 6th Hearing, the Morris Entities that have not already done so will agree to lift the stay as to SPCP on the Jackson Pond Property (the "JP Property) and as to the Lake Valhalla Property (the "LV Property") consistent with the terms of this agreement. The LV Property includes all property subject to the current LV Note owned by Morris and Zoey or any other entities.

7.     Promptly after the filing of ther respective Chaper 11 Petitions, Zoey and PRM JP will file identical motions (with the exception of the necessary modifications to correspond with each debtor's case) as the Motions to Settle (the "Additional Motions to Settle") requesting, *inter alia*, sections 9019 and 363 and Rule 4001 relief as to the JP Property and LV Property and each debtor will request an expedited hearing on them (the "Additional Motions Hearing").

8.     Within 11 days after Bankruptcy Court approval of this Agreement at the May 6th Hearing (the "May 6th Bankruptcy Approval"), Morris, PRM Realty and LV Estates shall execute all documents necessary to transfer the LV Property free and clear of all liens and encumbrances to SPCP (the "First LV Transfer Documents") pursuant to the terms contained herein. The First LV Transfer Documents shall be held in escrow with _____ pursuant to release to SPCP as provided herein. Morris and PRM Realty will also execute all necessary documents to withdraw any defenses in the New York foreclosure litigation of the JP Property.

9.     Within 11 days after Bankruptcy Court approval of this Agreement at the hearing on the Additional Motions to Settle (the "Additional Motions to Settle Bankruptcy Approval"), Zoey and PRM JP shall execute all documents necessary to transfer the LV Property free and clear of all liens to SPCP (the "Second LV Transfer Documents") pursuant to the terms contained herein. The Second LV Transfer Documents shall be held in escrow with _____ pursuant to release to SPCP as provided herein. Zoey and PRM JP will also execute all necessary documents to withdraw any defenses in the New York foreclosure litigation of the JP Property.

10.     Within 11 days after the Additional Motions to Settle Bankruptcy Approval, the Morris Entities, as necessary, shall execute all documents necessary to convey title of the JP Property to SPCP free and clear of all liens and encumbrances and will work in good faith to assist SPCP in maximizing its recovery from a sale of the JP Property to such third party as SPCP chooses.

11.     The JP Property will be transferred free and clear of all liens and encumbrances immediately, completely, indefensibly, and irrevocably to SPCP by all Morris Entities through documents, as decided necessary by SPCP, signed by the Morris Entities, as necessary, and ordered by the Court.

12.     $7.5 million of the existing debt on the JP Property, plus an additional amount equal to the lesser of (i) $1.5mm in expenses, but not including the current taxes owing on the LV Property, or (ii) the actual out of pocket expenses incurred or to be incurred by SPCP for attorneys' fees, taxes, spillway costs and any other out of pocket costs and expenses incurred or to be incurred to protect SPCP's interest in the JP Property and the LV Property will be rolled into a new Lake Valhalla Estates Note (the "Modified LV Note") in the amounts as described below.

13.     The Morris Entities will be makers of the Modified LV Note.

14.     Following a paydown of $10 million on the existing LV Property debt, a Modified LV Note will be issued containing the following terms:

(i)     The amounts are as follows as of April 19, 2011:

$10,530,698.01 (LV UPB) + $5,482,979.26 (781 days of interest *7,020.46 - from 3/1/09 thru 4/19/11) = $16,013,677.27

Less principal paydown - $10,000,000.00

Plus JP Note transfer - $9,000,000.00

_____

New Note Balance = $15,013,677.27

Following the delivery of the JP Property to SPCP, interest on the LV Property debt will accrue at 17% interest to the Effective Date of the Plan of Reorganization and issuance of the Modified LV Note, and, therefore, the amount of the Modified LV Note will correspondingly increase from the $15,013,677.27 listed herein.

Other than as described in this provision, the Morris Entities will have no further liability for any JP Property indebtedness nor any right to any excess proceeds from a subsequent sale of the JP Property by SPCP.

(ii)     4 year term at 7% interest with an option for a 5th year contingent on 3% cash option fee, principal paydown of 10% and adjusted interest of greater of 7% or prime plus 3% on date of option exercise.

(iii)     interest paid monthly in arrears, the Morris Entities to pay current all taxes and other charges.

(iv)     secured by the LV Property but subordinate to the Merrill Lynch ("ML") debt as modified pursuant to the Morris Plan of Reorganization (the "Plan") provided that the Modified LV Note will be cross defaulted to the ML note and provided that modified terms of the ML debt must be reasonably acceptable to SPCP and the Morris Entities.

(v)     the Modified LV Note to be full recourse to the Morris Entities, including, but not limited to, Morris, individually, PRM Realty, and all parties that signed on the current loan documents.

15.     The foregoing modification of the current LV Note is contingent on the Morris Entities or any combination thereof raising funds to fund payments described above and to otherwise confirm a Plan of Reorganization in the Morris cases, which funding requirement shall be subject to the following terms:

(i)     Morris and PRM Realty have 90 days from the Bankruptcy Approval to obtain a binding LOI.  If no binding LOI is obtained in 90 days, as determined by agreement of the parties or Court Order, the Drop Dead Provisions as described in paragraph 4(iv) herein are

activated and the First and Second LV Property Transfer Documents shall be immediately, completely, indefensibly, and irrevocably released to SPCP without further Court Order.

(ii)     If it is determined that Morris and PRM Realty have a binding LOI, they shall have an additional 90 days from the expiration of the first 90 days (180 days in total from the Bankruptcy Approval) to obtain confirmation and fund the Plan.  If the $10mm is not paid to SPCP to paydown the LV Note by the 180th day from the Bankruptcy Approval, the Drop Dead Provisions as described in paragraph 4(iv) herein are activated and the First and Second LV Property Transfer Documents shall be immediately, completely, indefensibly, and irrevocably released to SPCP without further Court Order.

(iii)    Subject to execution of a reasonable NDA and Non-Circumvention Agreement by SPCP, Morris will agree to provide information on any investor who submits a LOI to Morris and PRM Realty within three business days of submission of LOI;

(iv)    If Morris and PRM Realty fail to meet milestones as provided in paragraph 4(i)-(ii), then drop dead provisions (the "Drop Dead Provisions") will kick in and the entire LV Property/collateral will be conveyed to SPCP subject to the ML first lien debt.  In that event, the Morris Entities will have no further liability of any kind on account of the LV Property to SPCP. SPCP will be given sole discretion to market and sale the LV property as SPCP chooses after it is transferred to SPCP by the Morris Entities ("Post Acquisition").

16.     Morris will receive 50% of proceeds from a sale of the LV Property by SPCP after full recovery to ML and SPCP with full recovery to SPCP defined as the Modified LV Note as described in paragraph 3(a) above plus interest accrual from date of the May 6th Bankruptcy Approval of the Agreement at 17% interest until Plan Confirmation and 7% interest  during the Post Acquisition period to the date of sale of the LV Property by SPCP, and (b) all costs and expenses SPCP incurs on the LV Property Post Acquisition, including, but not limited to, current or delinquent real estate taxes, insurance, development costs, and legal fees.

17.     The transfer of the LV Property from the Morris Entities to SPCP in the Drop Dead Provisions shall be free and clear of all liens and encumbrances, and immediate, complete, indefensible, and irrevocable to SPCP without further Court Order.

18.     All transfer documents will be exhibits at the May 6th Hearing and the Additional Motions Hearing.

19.     SPCP will support and vote in favor of a Plan of Reorganization in the Morris Entities' cases containing the terms for treatment of the LV and JP indebtedness as set forth herein and provided that the other terms of the Agreement are performed as set forth herein and in the definitive documentation and none of the terms of the Plan are in conflict with the provisions herein.

20.     Upon Court approval of the Agreement at the May 6th Agreement, Morris agrees to provide to SPCP all offers/counter-offers by the conservation group Scenic Hudson with respect to any of the LV Property and will consent to SPCP contacting Scenic Hudson representatives provided that Morris representatives be included in any contact or discussions

between SPCP and Scenic Hudson and until such time as the LV Property is transferred.  Unless and until such time as the LV Property is transferred in accordance with the provisions herein, Morris shall retain full discretion to approve or reject any offers from/to Scenic Hudson.

21.     This Agreement is subject to a complete agreement and documentation on how the JP Property and LV Property will be fully and immediately transferred to SPCP (by all parties to the original loan documents) in the event that any of the contingencies are not met. This condition must be met at least 3 days before the May 6th Hearing.  All transfer documents will be exhibits at the May 6th Hearing and Additional Documents Hearing and presented for Court approval/order.

22.     The parties agree to use their best efforts to fully document this Agreement, including agreement on the process of transferring clear and completely indefensible titles by the Morris Entities to SPCP as provided herein and to request an expedited hearing for May 6th. SPCP will not agree at this time to continue the Trustee Hearing pending Bankruptcy Approval.

23.     In the event that the Agreement is not approved by the Bankruptcy Court, each party reserves all of their rights, claims and defenses in connection will all litigation and other disputes existing between the parties.

24.     At the May 6th Hearing, Zoey, PRM JP, and LV Estates will agree to be ordered to attend the Additional Motions Hearing and execute all necessary documents to transfer the JP Property and LV Estates Property to SPCP at the Additional Motions Hearing subject to the terms contained in this Agreement.

25.     All of the Morris Entities agree to submit to an order from the Bankruptcy Court that they cannot re-file bankruptcy for 2 years if any of the bankruptcy cases are dismissed.

26.     LV Estates agrees not to file bankruptcy for 1 year after the Additional Motions Hearing.

Label Matrix for local noticing
0539-3
Case 10-30241-hdh11
Northern District of Texas
Dallas
Thu Apr 28 13:42:12 CDT 2011

Pronske & Patel, P.C.
2200 Ross Avenue, Ste. 5350
Dallas, TX 75201-7903

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AT & T Attorney: James Grudus, Esq.
AT & T Inc.
One AT & T Way, Room 3A218
Bedminster, NJ 07921

1st Metropolitan Translations
30 South Wacker Dr., Suite 2200
Chicago, IL 60606-7452

A-America Self-Storage
115 Lipoa Street
Kihei, HI 96753-8182

AKM Assoc., Inc.
635 Mariners Blvd., Suite 205
San Mateo, CA 94404-1060

APEX Printer Repair LLC
333 N. Michigan Avenue, Suite 832
Chicago, IL 60601-3961

APPLE FINANCIAL SERVICES
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

ARFUND
CO Susan R. Shapiro
250 South Wacker Dr., Suite 800
Chicago, IL 60606-5888

AT & T
P.O. Box 100635
Atlanta, GA 30384-0635

AT & T
P.O. Box 78152
Phoenix, AZ 85062-8152

AT & T
P.O. Box 8212
Aurora, IL 60572-8212

AT & T
P.O. Box 9001309
Louisville, IL 40290-1309

AT & T
P.O. Box 9001310
Louisville, KY 40290-1310

AT & T Mobility
P.O. Box 9001
Minnetonka, MN 55345-9001

Abrams, Fensterman, Eisman
1111 Marcus Avenue, No. 107
Lake Success, NY 11042-1034

Advance Messenger Service
485 North Milwaukee Avenue
Chicago, IL 60654-8356

Agostino and Elizabeth Von Hassel
399 Park Avenue, 26th Floor
New York, NY 10022-4692

Ajilon Professional Staffing
Dept. CH 14031
Palatine, IL 60055-4031

Alabama Department of Revenue
P.O. Box 327469
Montgomery, AL 36132-7469

Alan Statman
441 Vine Street
Suite 3700
Cincinnati, OH 45202-3009

Alexander Rorke
920 Edgemere Court
Evanston, IL 60202-1429

Amalie Parrott
CO Sunkist Property
P.O. Box 8055
St. Thomas, USVI  00801-1055

Angelo M. and Nancy Piciucco
8040 E. Aster Drive
Scottsdale, AZ 85260-5217

Anita Kessler
27 W 145 Carrel
Winfield, IL 60190-1007

Ann M. Hanson Trust
6928 Tangelwood Road
San Diego, CA 92111-4123

Anthony Zac
7101 N. Cicero Avenue, No. 104
Lincolnwood, IL 60712-2112

Apple Financial Services
548 Corporate Dr., Suite 320
Troy, MI 48098

Apptix Acq. - ASP One, Inc.
13461 Sunrise Valley Dr.
Herndon, VA 20171-3283

Asil Consulting, LLC
The Naamans Buildings, Suite 206
3501 Silverside Road
Wilmingon, DE 19810-4910

Atlas Stationers, Inc.
227 West Lake Street
Chicago, IL 60606-1831

Audi FInancial Services
P.O. Box 17497
Baltimore, MD 21297-1497

Aura Amar
4122 N. Claremont
Chicago, IL 60618-2920

Auto Art
3124 West Lake Avenue
Glenview, IL 60026-1207

BFI Capital, LLC
50 Main Street, No. 1000
White Plains, NY 10606-1900

BFI Capital, LLC
CO Kane Russell Coleman & Logan PC
Attn: George H. Barber-John J. Kane
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4701

BT Conferencing Video, Inc.
P.O. Box 951842
Dallas, TX 75395-1842

Bagelpipe, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Baker Hostetler
666 Fifth Avenue
New York, NY 10103-0001

Baker and Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111-0230
Attn:  Andrew M. Drogen

Bank of America
LaSalle Bank NA
135 South LaSalle Street, Suite 1225
Chicago, IL 60603-4177

Bank of America
Portfolio & Special SVCS-RELLC4
P.O. Box 515351
Los Angeles, CA 90051-6651

Bank of America N.A., Trustee
Attn:  Thomas Popovics
135 South LaSalle Street
Chicago, IL 60603-4157

Bank of America, N.A.
135 S. LaSalle Street
Chicago, IL 60603-4157

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A., as successor by merge
to LaSalle Bank, N.A. -as Trustee
CO Jarrett L. Hale-nton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Bank of New York Mellan Trust Company
Two North LaSalle Street, Suite 1020
Chicago, IL 60602-3802

Bank of New York Mellon Trust Company, N.A.
CO Ira L. Herman and
Demetra L. Liggins
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3902

Bar Pilot Land, LLC
CO Lyndel Anne Mason
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson St, Ste 570
Dallas, TX 75202-2413

Baxter Smith IV
2411 S. Hesperides St.
Tampa, FL 33629-5540

Baxter Smith IV IRA
2411 S. Hesperides St.
Tampa, FL 33629-5540

Belinda B. Stone, Trustee UTD
6-27-07 FBO Belinda
B. Stone Trust
32452 Searaven Dr.
Rancho Palos Verdes, CA 90275-6121

Benefit Services Group, Inc.
680 Lake Shore Dr.
Suite 2050
Chicago, IL 60611-4546

Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604-3508

Benowich Law, LLP
CO Leonard Benowich
1025 Westchester Avenue
White Plains, NY 10604-3508

Berta M. McKay
738 Lakewood Dr.
Sunnyvale, CA 94089-2505

Binnys Beverage Depot
Gold Standard Enterprises
8935 N. Milwaukee Avenue
Niles, IL 60714-1736

Blue Cross Blue Shield
Healthcare Services Corporation
CO Michelle A. Mendez-Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Bon Secour Partners, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Bosse & Pharis Associates, Inc.
606 Blanco Street
Austin, TX 78703-5308

Brian Cave, LLP
1290 Avenue Of The Americas
New York, NY 10104-0101

Brian Thomas
1730 N. Clark St., No. 2607
Chicago, IL 60614-5892

Bridge Funding, Inc.
CO Kane Russell Coleman & Logan PC
Attn: George H. Barber-John J. Kane
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4701

Bridge Funding, Inc.
CO Nolan & Heller, LLP
Attn: Francis J. Brennan
39 N. Pearl St.
Albany, NY 12207-2785

Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131-1806

Brookstone Securities
Attn: John Roberts
31 Bowling Dr., Suite H
Jackson, TN 38305-6100

Bruce Tizes
9011 West Sahara Avenue, Suite 105-113
Las Vega, NV 89117-4800

CO John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm Street
Suite 3700
Dallas, TX 75201-7207

CPRA Studio, LLC
7921 Southpark Plaza, Suite 106
Littljohn, CO 80120-4506

CT Corporations System
111 8th Avenue
13th Floor
New York, NY 10011-5213

Candace Wells
55 East Superior Street, 3rd Floor
Chicago, IL 60611-3926

Carol Billie Oshana
Oshana Law
180 N. LaSalle Street, Suite 1450
Chicago, IL 60601-2614

Cemetery Planning Resource Alliance
7921 Southpark Plaza, Suite 106
Littleton, CO 80120-4506

Cemetery Planning Resource Alliance, LLC
Huzjak Law Office, LLC
4582 S. Ulster Street
Suite 650
Denver, CO 80237-2562

Chancellor Financial Co., Ltd.
6223 Shenandoah Park Avenue
Salt Lake City, UT 84121-6547

Charles Adair
103 East George Street
Wheaton, IL 60189-6447

Charles E. Church
39673 Lahana Way
Fremont, CA 94538-1838

Charles M. Cobbe-Claude D. Smith
Cavazos, Hendricks, Poirot & Smitham, PC
900 Jackson Street
570 Founders Square
Dallas, TX 75202

Charlie H. Sehorn
305 Sycamore Ridge Road NE
Concord, NC 28025-7806

Charter Pacific Securities
Attn: Robert Sester
1065 E. Hillsdale Blvd., Suite 105
Foster City, CA 94404-1688

Chicago Office Technology Group
Attn: Ann Marie
4 Territorial Court
Bolingbrook, IL 60440-3558

Chicago Records Management
10545 Waveland Avenue
Franklin Park, IL 60131-1219

Cindy Chiu
244 Calle Concoroia
San Dimas, CA 91773-3987

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197-6428

Clovis Tobias
Nasareth Estate No. 8
St. Thomas, VI 00802

Cohen, Seglias, Pallas, Greenhall
& Furman, P.C.-Attn: Steven D. Usdin
30 South 17th Street, 19th Floor
Philadelphia, PA 19103-4010

Cohen, Seglias, Pallas, Greenhall & Furman,
CO Joseph F. Postnikoff
Goodrich Postnikoff & Albertson, LLP
777 Main Street, Suite 1360
Fort Worth, TX 76102-5360

Cohen, Seglias, Pallas, Greenhall & Furman,
CO Joseph F. Postnikoff
Goodrich Postnikoff & Albertson, LLP
777 Main Street, Suite 1360
Fort Worth, Texas 76102-5360

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Compass Bank
8080 N. Central Expressway
Suite 400
Dallas, TX 75206-1811

Compass Bank
CO Kenneth Stohner, Jr.
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797

Connie Wimer Trust of 12.24.97
300 Walnut S., No. 109
Des Moines, IA 50309-2242

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808-1646

Crisscross LLC
925 Bethel St. Ste No. 500
Honolulu, HI 96813-4393

Cypress Communications
P.O. Box 536796
Atlanta, GA 30353-6796

D.B. Zwim Real Estate Credit Partners, LLC
1345 Avenue of the Americas
New York, NY 10105-0302

D.B. Zwirn Real Estate Credit
Partners, LLC-Attn:  Mark Rambler
1345 Avenue of the Americas
New York, NY 10105-0302

D.S. Guccione, LLC
850 West Jackson Boulevard
Suite 400
Chicago, IL 60607-3025

D.S.A. Services
P.O. Box 60547
Staten Island, NY 10306-0547

DAgostino, Levine, Landesman
3345 Seventh Avenue
23rd Floor
New York, NY 10001

DS Guccione, LLC
850 West Jackson Blvd, Ste 400
Chicago, IL 60607-3025

Dallas County
Linebarger Goggan Blair & Sampson, LLP
CO Laurie Spindler Huffman
2323 Bryan Street Suite 1600
Dallas, TX 75201-2637

Daniel Ochlynski
2829 Westown Parkway, Suite 105
West Des Moines, IA 50266-1314

Daniel Wade
223 N. Western Avenue
Park Ridge, IL 60068-3133

Darrell and Sylvia Gilbaugh
JTWROS
8392 SE 168th Trinity Pl.
The Villages, FL 32162-2838

David L. Horney and Margo J. Voltz
1332 S. Country Club Dr.
Gallup, NM 87301-5665

David N. Hardy Revocable Trust
26 NE 109 St.
Miami, FL 33161-7040

Debra Bush
730 Neighborhood Road
Lake Katrine, NY 12449-5306

Dell Financial
P.O. Box 81577
Austin, TX 78708-1577
Attn:  Correspondence

Denis S. Moss
22702 LaVina Dr.
Mission Viejo, CA 92691-1971

Derek Kim
55 S. Judd Street, No. 1101
Honolulu, HI 96817-2610

Derrick Hoffman
212 South Morgan Ave.
Wheaton, IL 60187-4638

Digital Printing Services, Inc.
9201 Bond
Overland Park, KS 66214-1728

Direct Capital Securities, Inc.
Attn:  Cindy Chiu
244 Calle Concordia
San Dimas, CA 91773-3987

Donald K. Sherwood
330 Stevens Road
Binghampton, NY 13903-6214

Donald L. Horney and Margo J. Voltz
1332 S. Country Club Dr.
Gallup, NM 87301-5665

Douglas M. Todd, DDS,
Profit Sharing Plan
5223 Shenandoah Park Ave.
Salt Lake City, UT 84121

Douglas M. Todd, DDS,
Profit Sharing Plan
6223 Shenandoah Park Ave.
Salt Lake City, UT 84121-6547

Douglas Shane Hackett
8109 Clearwater Dr.
Parkville, MO 64152-2575

Edison Construction Company
6959 Milwaukee Avenue
Niles, IL 60714-4421

Edward B. Reynolds, Jr.
Dudley Clark & Chan-Solomon Pearl
Blum Heymann & Stich
9720 Estate Thomas -Havensight, Suite 1
St. Thomas, VI 00802

Elkins, P.L.C.
201 St. Charles Avenue, Suite 4400
New Orleans, LA 70170-4400

Ellen M. Walker
Granoff, Walker & Forlenza, P.C.
747 Third Avenue, Suite 4C
New York, NY 10017-2877

Ellen Shannon
155 North Harbor Dr., Unit 4601
Chicago, IL 60601-7376

Emerald Maintenance Services
1244-A Hala Drive
Honolulu, HI 96817-2022

Emerald Plant Services
4943 Butterfield Road
Hillside, IL 60162-1437

Empire Securities
Attn:  Miki Hashimoto
3625 Del Amo Boulevard, Suite 185
Torrance, CA 90503-1691

Empire Securities
Attn: Robert J. Maguire
237 Birtcher Dr.
Lake Forest, CA 92630

Empire Securities
CO Phillip J. Rodriguez
310 Escondido Avenue
Vista, CA 92084-6142

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

Eng-land, Inc.
171 English Lending Dr. Ste 200
Parkville, MO 64152-5030

Ernie Erenio Bello Revocable Living Trus
3325 Ala Akulikuli St.
Honolullu, HI 96818-2215

Estate of Donal S. Shannon
CO Ellen Shannon
155 North Harbor Drive, Unit 4601
Chicago, IL 60601-7376

FedEx Customer Inf. Serv.
Attn: Revenue Recovery-Bankruptcy
3965 Airways Blvd., Module G, 3rd Flr.
Memphis, TN 38116-5017

FedEx Customer Information Services
as Assignee of FedEx-FedEx Ground
Attn:  Revenue Recovery-Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017

FirstBank Puerto Rico
Attn:  Commercial Loan Department
P.O. Box 309600
St. Thomas, VI 00803-9600

Foley & Lardner
321 North Clark Street, ste 2800
Chicago, IL 60654-5313

Foley & Lardner
Attn:  Jay Erens
321 North Clark Street, Suite 2800
Chicago, Il 60654-5313

Forrest Parry Dixon
5890 Hemitage Lane
Argenta, IL 62501-7582

Forrest Parry Dixon
5890 Hermitage Lane
Oakley, IL 62501-7582

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0002

GE Capital
P.O. Box 740420
Atlanta, GA 30374-0420

GE Capital Pasadena
P.O. Box 31001-0273
Pasadena, CA 91110-0273

Gary T. Lark
4911 S. Greenwood Avenue
Chicago, IL 60615-2815

Gellert & Klein, P.C.
Attn:  Scott L. Volkman
75 Washington St.
Poughkeepsie, NY 12601-2303

Gene Washington Lin
14639 LaPlata
San Diego, CA 92127-3637

Gene and Pauline Anderson Revocable Trust
3544 Custer St. No. 3
Oakland, CA 94601-3738

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

George H.T. Dudley
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804-0756

Gerald B. Lurie
Chen Nelson Roberts Ltd.
203 North LaSalle Street, 15th Floor
Chicago, IL 60601-1228

Gerhard R. Perthel IRA
CO Legent Cleaning and-or Legent Cleari
FBO Gerhard R. Perthel
1451 W. Cypress Creek Rd., Ste 204
Fort Lauderdale, FL 33309-1914

Giovanni Rizza
2040 N. Evergreen
Arlington Hts, IL 60004-3174

Girard Securities
Attn:  Kevin Dalzell
12526 High Bluff, No. 350
San Diego, CA 92130-3074

Granoff, Walker & Forlenza
757 Third Avenue
New York, NY 10017-2013

Grant Lee
7032 N. Sioux Avenue
Chicago, IL 60646-1214

Greenberg Traurig
Attn: Mark Levinson
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524

Group 70 International
925 Bethel Street
5th Floor
Honolulu, HI 96813-4398

Guy Ackermann
Plante & Moran
225 West Washington Avenue, Suite 400
Chicago, IL 60606-3814

Gwen R. Alter Living Trust
1638 Colonial Dr.
Green Cove Springs, FL 32043-8001

H.M. Ray, III
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, TX 77002-3018

HKM Architects & Planners
43 South Vail Avenue
Arlington Heights, IL 60005-1840

Ha Thi Vuong Living Trust as of 2-28-07
5355 Via Cartagena
Yorba Linda, CA 92886-4572

Hancock Bank
CO Robert P. Franke, Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3729

Hand Arendall LLC
PO Box 123
Mobile, AL 36601-0123

Hand Arendall LLC
Attn:  Jennifer S. Morgan
P. O. Box 123
Mobile, AL 36601-0123

Harold R.  Nichol
2135 N. Dakota
Ames, IA 50014-9016

Harris Bank
201 S. Grove Ave.
Barrington, IL 60010-4493

Hawaii Construction Management
1015 Aoloa Place, No. 463
Kailua, HI 96734-5214

Hawaii Department of Labor
and Industrial Relations
830 Punchbowl Street
Honolulu, HI 96813-5095

Hawaii Department of Taxation
Income Tax Division
P.O. Box 3559
Honolulu, HI 96811-3559

Hawaii Department of Taxation
P.O. Box 3559
Honolulu, HI 96811-3559

Hawaii Employers Mutual Insurance
Company, Inc.
P.O. Box 3376
Honolulu,  HI 96801-3376

Hawaii National Bank
45 N. King Street
Honolulu, HI 96817-5182

Hawaii National Bank
45 North King Street
Honolulu, HI 96817-5182

Hawaii National Bank
P.O. Box 3740
Honolulu, HI 96812-3740

Hawaii Registered Legal Agent
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813-4920

Hawaii Unemployment Insurance Division
P.O. Box 1200
Honolulu, HI 96807-1200

Hawaiian Telecom
P.O. Box 30770
Honolulu, HI 96820-0770

Heartsill Ragon
Gill Elrod Owen & Sherman, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock, AR 72201-3460

Helen T. Robinson Trust
34431 Calle Naranja
Capistrano Beach, CA 92624-1035

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016-9302

Hunton & Williams, LLP
1445 Ross Ave. Ste. 3700
Dallas, TX 75202-2755

Huzjak Law Office
4582 South Ulster Street Parkway
Denver, CO 80237-2632

IDES
P.O. Box 19300
Springfield, IL 62794-9300

IPFS Corp dba Imperial Credit Corp fka Premi
co Imperial Credit Corporation
101 Hudson St., 34th Fl
Jersey City, New Jersey 07302-3905

IRA Resources FBO Istvan Szinai
12527 Montellano Terrace
San Diego, CA 92130-2281

IRA Resources FBO James C. Boore
13327 Bronco Way
Poway, CA 92064-1913

IRA Resources FBO Linda D. Hong
5821 Chaumont Dr.
San Diego, CA 92114-1322

IRA Resources FBO Marc Muchnick
3325 Windbreak Ct.
San Diego, CA 92130-1820

IRA Resources FBO Tomasz Jagielinski
7936 Represa Circle
Carlsbad, CA 92009-9147

IRA Resources FBO:  William Hernon
6978 Carnatation Dr.
Carlsbad, CA 92011-3814

Illinois Department of Employment Security
Bankruptcy Unit - 10th Floor
33 S. State St.
Chicago, IL 60603-2804

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447

Independent Financial Group
Attn:  Richard Drisko
P.O. Box 4318
El Dorado Hills, CA 95762-0016

Infinisource
15 East Washington Street
Coldwater, MI 49036-1981

Interact Capial Equities
636 Rolling Hills Road
Vista, CA 92081-7502

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Interpark
91144 Collection Center Dr.
Chicago, IL 60693-0911

JGA Consultants
3 Woolen Court
North Salem, NY 10560-3417

JGA Consultants
CO Nolan & Heller, LLP
Attn:  Francis J. Brennan
39 N. Pearl St.
Albany, NY 12207-2785

Jack Murphy
6235 Squiredell Dr.
San Jose, CA 95129-4749

Jacqueline Cosby Trustee for the
Amended and Restated J. Cosby Living
Trust dtd 2-18-05
1118 3rd St., Apt. No. 407
Santa Monica, CA 90403-5087

James Ascott
566 West Lake Street, Suite 100
Chicago, IL 60661-1412

James B. Estes
925 W. Paul Bond Dr.
Nogales, AZ 85621-1071

James Brownlow
Stonehill-PRM Realty, L.P.
14785 Preston Road, Suite 565
Dallas, TX 75254-6839

James C. Brownlow
9305 Westpark
Dallas, TX 75231-2612

James Carafagno, Jr.
1765 Bowling Green
Lake Forest, IL 60045-3559

James Carfagno, Jr. and Cynthia Flannery
1765 Bowling Green Dr.
Lake Forest, IL 60045-3559

James Joseph Platz & Company
1133 Broadway, Suite 1215
New York, NY 10010-7970

James L. Macfarlane
2681 Sherwood Dr.
Salt Lake City, UT 84108-2466

Janet I. Coe IRA
19766 W. County Rd. 8
Hudson, CO 80642-9033

Jeanette Nguyen Living Trust
as of 10-25-06
4835 E. Ridgemont Ct.
Orange, CA 92869

Jeff and Julie Sawyer
4486 Barfield Road
Memphis, TN 38117-2418

Jeffrey B. Chick
439 Florence Ae.
Oneida, NY 13421-2228

Jeffrey Glazer
459 W Roslyn, 1st Floor
Chicago, IL 60614-2712

Jen-Hsun and Lori Huang
24905 LaLuma Court
Los Altos Hills, CA 94022-4564

Jen-Hsun and Lori Huang
CO Christopher J. Muzzi
Moseley Biehl Tsugawa Lau & Muzzi
1100 Alakea St., 23rd Floor
Honolulu, HI 96813-2826

Jennifer Huang
30780 Oxford Way
Union City, CA 94587-2542

Jennifer L. Roselius
Hand Arendall
11 N. Water Street, Suite 30200
Mobile, AL 36602-3809

Jennifer Urquhart
2112 Whalen Dr.
Point Roberts, WA 98281-9543

Jerry R. and Eiko Davidson
315 E. Broadway St., No. 219
San Graviel, CA 91776-6827

John Avis
4 Cashman Dr.
Hopewell Junction, NY 12533-5127

John D. Taylor
917 NE Arleta GDNS
Bentonville, AR 72712-8586

John H. Davenport
8615 Blazyk Drive
Austin, TX 78737-3518

John Henry Felix
P.O. Box 240778
Honolulu, HI 96824-0778

John M. Papzian
2016 Greenwich St.
San Francisco, CA 94123-3519

John M. Zarcone, Jr.
11 Peekskill Hollow Rd.
Putnam Valley, NY 10579-3200

John Max and Joyce D. Price
1205 South Mildred
Salem, MD 65560-9661

John Meyer Consulting, P.C.
CO Welby, Brady & Greenblatt, LLP
Attn:  Thomas H. Elby
11 Martine Avenue
White Plains, NY 10606-1934

John and Virginia Tricarico
1686 Rosebury Loop
Lady Lake, FL 32162-1648

Johny Henry Felix
P.O. Box 240778
Honolulu, HI 96824-0778

Jones Lang LaSalle Americas, Inc.
CO Joseph D. Frank
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654-6465

Kansas City Power & Light
P.O. Box 219330
Kansas CIty, MO 64121-9330

Karen Dea
305 Lynnbrook Dr.
San Ramon, CA 94582-2329

Kenneth C. McGrail
13 Forrest Hill Dr.
Salem, MO 65560-2008

Kenneth Miller
N9202 Woodfield Ct.
Mukwonago, WI 53149-1804

Kurt and Mary Schaubel
1727 Eucalyptus Avenue
Encinitas, CA 92024-1105

Kusaka Consulting LLC
5151 Nonou Road
Kapaa, HI 96746-1261

LaSalle Bank, N.A.
Attn: Thomas Popovics
135 South LaSalle Street
Chicago, IL 60603-4177

LaSalle Global Trust Services
Accounts Receivable
3474 Paysphere Circle
Chicago, IL 60674-0034

Lake Valhalla Civic Association
Valhalla Highlands
P.O. Box 311
Cold Spring, NY 10516-0311

Lake Valhalla Estates, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Lance Gotthoffer-Panos Katsambas
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022-6030

Laser App Software
3190 Shelby Street
Building D-100
Ontario, CA 91764-6562

Legent Clearing BO Gerhard Perthel IRA
CO Newbridge Securities No. 3398-0145
1451 W. Cypress Creek Rd., Suite 204
Ft. Lauderdale, FL 33309-1914

Leslie Kopshimabuku
3243 Hinano St.
Honolulu, HI 96815-4360

Leslie Reed
10040 Heyfield Dr.
Las Vegas, NV 89134-7534

Letitia Vela
1301 Lusitana
Apartment 301
Honolulu, HI 96813-2464

Lewis F. & Koleen T. Bingham
183 S. Ridgeview Dr.
Bountiful, UT 84010-2927

Linda S. Oshima
3227 Palai St.
Lihue, HI 96766-1227

Listmart Inc.
171 English Landing Dr, Suite 200
Parkville, MO 64152-5030

Long Bay Partners, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Long Bay Partners, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606-1602

Lonnie Nafzgar
P.O. Box 262
Graeagle, CA 96103-0262

Lori Huang
CO Christopher J. Muzzi
Moseley Biehl Tsugawa Lau & Muzzi LLLC
Aleakea Corporate Tower
1100 Alakea St., 23rd Floor
Honolulu, HI 96813-2826

M-35, LLC
150 N. Wacker Dr., Sutie 1120
Chicago, IL 60606-1611

Macke Water Systems
P.O. Box 545
Wheeling, IL 60090-0545

Madison Deposition Services
70 West Madison
Chicago, IL 60602-4318

Madison Strategies
111 Marcus Avenue, Suite 107
Lake Success, NY 11040-3406

Mahadeva, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601-1832

Maluhia Development Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Maluhia Eight, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Maluhia Nine, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Maluhia One, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Manuel Hernan Barron
P.O. Box 6052
Albany, CA 94706-0052

Marilyn M. Moellers IRA
1074 Tamarack Lane
Libertyville, IL 60048-3617

Mark and Sandra Johnson
8 Flossmoor
Dove Canyon, CA 92679-3716

Marks Paneth & Schron
622 Third Avenue, 7th Floor
New York, NY 10017-6701

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Mass Department of Revenue
P.O. Box 7001
Boston, MA 02204-7001

Matsui Chung
1400 Mauka Tower
737 Bishop Street
Honolulu, HI 96813-3201

Matt and Melissa Bryant
8506 Kentucky Derby Dr.
Odessa, FL 33556-2445

Matti Vikkila
1543 West School Street
Chicago, IL 60657-2121

Maureen A. Walsh
9 Dwight Ave.
Clinton, CA 13323-1613

Maywood Printing Company
10211 East 18th Street
Independence, MO 64052-1913

McCorriston Miller Mukai LLP
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813-4920

Merchants Commercial Bank
9100 Port of Sale Mall
Suite 15
St. Thomas, USVI  00802-3602
Attn:  Jimmy Bethea

Metropolitan National Bank
111 Center St., Ste 2200
Little Rock, AR 72201-4424

Michael D. Hirsbrunner
4335 Woodcrest Lane
Dallas, TX 75206-5445

Michael D. McCormick
708 Romlin Drive
Burr Ridge, IL 60527-4841

Michael Deitch - IRA
830 Bonnie Brae
River Forest, IL 60305-1510

Michael Meyer
2075 N. Oakley Avenue, No. 4
Chicago, IL 60647-4100

Michael S. Baim
Chaet Kaplan
30 North LaSalle Street, Suite 1520
Chicago, IL 60602-3387

Michaels Personal Computing
P.O. Box 130
Alea, HI 96701-0130

Michele Cook
3677 Caminito Cielo Del Mar
San Diego, CA 92130-2325

Midpoint Financial
Attn:  Christopher Miller
2522 Chambers Road, Suite 100
Tustin, CA 92780-6962

Midpoint Financial Services
Attn:  Stacey Morimoto
12526 High Bluff Dr., No. 350
San Diego, CA 92130-3074

Missouri Department of Revenue
Bankruptcy Unit
P.O Box 475
Jefferson City, MO 65105-0475

Missouri Department of Revenue
P.O Box 475
Jefferson City, MO 65105-0475

Missouri Department of Revenue
P.O. Box 999
Jefferson City, MO 65108-0999

NRFC WA Holdings II, LLC
433 East Colinas Boulevard
Suite 100
Irving, TX 75039-5516

NTC & Co. FBO Barbara J. Freyburger
4218 Tonawanda Creek Rd.
North Tonawanda, NY 14120-9543

NTC & Co. FBO William E. Davis
Profit Share Plan
1130 Wagon Wheel Drive
Skaneateles, NY 13152

NTC & Co. FBO:  Marina Bodlik
1074 Elfstone Court
Westlake Village, CA 91361-1812

NTC & Co. FBO:  Richard P. Raczkowski
31241 Monterey St.
Laguna Beach, CA 92651-6962

NTC & Co. FBO: Gillan Dorner
P.O. Box 5508
Denver, CO 80217-5508

NTC & Co. FBO: Patsy Dickerman
650 Buena Vista Way
Laguna Beach, CA 92651-2603

NTC & Co. FBO: Thomas W. Didio
53 Leitech Ave.
Skaneateles, NY 13152-1221

```
NTC FBO Donald K. Sherwood IRA          NTC FBO James C. Dickerman IRA          NTC and Co. FBO Anthony Scaringe SEP-IRA
330 Stevens Road                        P.O. Box 173859                        6898 Page Hollow Road
Binghampton, NY 13903-6214              Denver, CO 80217-3859                  Fayette, NY 13065


NTC and Co. FBO Charles R.              Nancy Cass                             National Securities
Brickell SEP-IRA                        1131 Sand Drift Way                    Attn:  Gordon Yee
16 Belcrest                             West Palm Beach, FL 33411-5140         3156 Ulua St.
Laguna Niguel, CA 92677-2939                                                   Lihue, HI 96766


National Securities                     National Securities                    National Securities
Attn:  Larry Bishop                     Attn:  Larry Bishop                    Attn:  Michael V. Jordan
17 West 220 22nd Street, No. 410        17 West 220 22nd Street, No. 410       200 E. Ohio, 4th Floor
Oak Brook Terrace, IL 60181             Oakbrook Terrace, IL 60181             Chicago, IL 60611-7270


National Securities                     Neil Garofano                          Neopost, Inc.
Attn:  Michael V. Jordan                3 Ivy Road                             P.O. Box 45800
200 East Ohio, 4th Floor                Tuxedo Park, NY 10987-3908             San Francisco, CA 94145-0800
Chicago, IL 60611-7270


New York Department of Taxation         New York State Department of Taxation and Fi    New York Unemployment Insurance Div.
and Finance                             P.O. Box 5300                          W.A. Harriman State Campus
Income Tax Bureau                       Albany, NY 12205-0300                  Bldg. 12
Withholding Tax Unit                                                           Albany, NY 12240-0339
Albany, NY 12227-0125


Newbridge Securities                    Newbridge Securities                   Newbridge Securities Corp.
Attn:  Gerald Weigel                    Attn:  Saverio M. Martindonna          Attn:  John Hughes
3725 Williston Rd., No. 382             22W481 Cherry Lane                     38 Park Ave.
Curtice, OH 43412                       Glen Ellyn, IL 60137-3789              Rutherford, NJ 07070-1777


Newman & Newman, P.C.                   Newport Coast Securities, Inc.         Nick Dreher-Keith Yamada-Keoni Schulz
One McKinley Square                     f/k/a Grant Bettingen, Inc.            Cades Schutte LLLP
Boston, MA 02109-2630                   18872 Mac Arthur Blvd., 1st Floor      1000 Bishop Street, Suite 1200
                                        Irvine, CA 92612-1408                  Honolulu, HI 96813-4298


Norman D. Black                         OCBB Custodian fbo:  Kathy Larson      OfficeMax
8088 Graham Rd.                         IRA - D311013                          P.O. Box 79515
Denver, NC 28037-8603                   13738 Old El Camino Real               City of Industry, CA 91716-9515
                                        San Diego, CA 92130-3026


Orange County Business Bank             Orange County Business Bank            Orange County Business Bank
As custodian for Arthur P. Bergquist    a custodian for Michael L. Coleman     a custodian for Ric E. Sorenson
1350 Calle Colnett                      16912 Arena Dr.                        8909 Renato St.
San Marcos, CA 92069-3111               Ramona, CA 92065-4113                  San Diego, CA 92129-2113


Orange County Business Bank as          PACER Service Center                   PMP II, LLC
custodian for David H. Jones            P.O. Box 70951                         co PRM Realty Group, LLC
847 Sandcastel Dr.                      Charlotte, NC 28272-0951               150 North Wacker Dr., Suite 1120
Cardiff, CA 92007-1124                                                         Chicago, IL 60606-1602
```

PMP II, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PR Global Hotel Ventures, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Caribbean, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Development, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Hans Lollick Development, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Investment Holdings I, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Jackson Pond Development
Company, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Kauai, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRM Smith Bay, LLP
118 N. Clinton St., Suite LL366
Chicago, Il 60661-2330

PRM St. Thomas, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

PRS II, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Pacific Guaradian Center
737 Bishop Street
Suite 1130
Honolulu, HI 96813-3213

Pahio Marketing, Inc.
3970 Wyllie Rd
Princeville, HI 96722-5506

Pahio Marketing, Inc.
3970 Wylie Road
Princeville, Kauai, HI 96722-5506

Pahio Resorts
3970 Wyllie Road
Princeville, Kuai, HI 96722-5506

Paschal Investment Co.
1769 Wasatch Dr.
Salt Lake City, UT 84108-3360

Patrick Ouimet
10520 Bull Valley Dr.
Woodstock, IL 60098-8088

Patrick W. and Kelli M. Heiser
1266 Stonebridge Dr.
Lodi, CA 95242-9178

Patty A. Gentry
529 Kingsbridge Drive
Garland, TX 75040-3634

Paul J. Lentz
6359 McCommas Boulevard
Dallas, TX 75214-3035

Paul Lentz
3340 Via LaSelda
Palos Verdes Estates, CA 90274-1002

Paul M. Dana
528 No Idaho St.
San Mateo, CA 94401-1119

Paul R. Anderson, IRA
13731 S. Wingfield Circle
Draper, UT 84020-8533

Pension Resources FBO Scott M. Kozak
Beneficiary IRA
9735 Caminito Majado
San Diego, CA 92131-2107

Peter J. Kushar IRA
8366 E. Ostero Pl.
Centennial, CO 80112-3316

Peter Morris
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Peter Morris
CO PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Peter R. Morris
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Peter R. Morris
CO J. Mark Chevallier,Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

Peter R. Morris
CO PRM Realty Group, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Pilots Pointe Development, LLC
CO Lyndel Anne Mason
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson St, Ste 570
Dallas, TX 75202-2413

Piracle, Inc.
556 Confluence Ave.
Murray, UT 84123-1385

Plante & Moran, PLLC
CO Karen Allen
600 E. Front Street Ste. 300
Traverse City, MI 49686-2892

Portfolio Advisors Alliance, Inc.
Attn:  Marcelle Long
2333 State Street, Suite 102
Carlsbad, CA 92008-1691

Premium Finance Specialist
Imperial Credit Corporation
101 Hudson Street, 24th Floor
Jersey City, NJ 07302-3915

Prime Residential Management Company
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Principal Finanical Group
PLIC-SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Principal Life Insurance Company
CO Michelle Mendez & John Alexander
Hunton & William LLP
1445 Ross Avenue, Suite 3700
Dallas, Tx 75202-2755

Private Asset Group, Inc.
Attn:  Edwin Suzuki
2041 SW Birch, No. 100
Newport Beach, CA 92660

Private Asset Group, Inc.
Attn:  John Hannan
62 E. Genesee St., 3rd Floor
Skanatakes, NY 13152-1358

Private Asset Group, Inc.
Attn:  Ray Kim and Edwin Suzuki
20241 SW Birth, No. 100
Newport Beach, CA 92660-1783

Private Bank & Trust Company, as
Custodian for Phillip Rootberg IRA
10 North Dearborn Street
Chicago, IL 60602-4276

Quill
CO RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

R.K. Hagan
Hagan & Associates
200 East Randolph Dr., Suite 4322
Chicago, IL 60601-6436

RCCI Management, LLC
677 Ahua St.
Honolulu, HI 96819-2002

RCN Telecom
444 Highway 96 East
P.O. Box 644317
St. Paul, MN 55127-2557

Randall C. Strider
3010 Club Drive
Gastonia, NC 28054-3941

Rangeline Properties, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Rebecca Morrisey
455 East 4th Street
Hinsdale, IL 60521

Rebecca Morrissey
Widlman Harrold Allen and Dixon, LLP
225 W. Wacher Dr, Ste 2800
Chicago, IL 60606-1228

Rebecca Morrissey, Trustee of the
Rebecca R. Morrissey Trust
dated 1-16-96
445 East 4th Street
Hinsdale, IL 60521-4659

Regions Bank
CO Robert P. Franke, Esq.
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3729

Reuben Feder
6328 N. Kedzie Avenue
Chicago, IL 60659-1336

Richard A. Wright-Kirkland E. Reid
Jones, Walker, Waechter, Poitevant,
Carrerre & Denegre, L.P.P.
254 State Street
Mobile, AL 36603-6474

Richard D. Rahn
1212 Nuuanu Ave., unit 3605
Honolulu, HI 96817-4040

Richard Morris
3516 Stackinghay Drive
Naperville, IL 60564-8336

Ritz Carlton Club
P.O. Box 382056
Pittsburgh, PA 15250-8056

Robert F. Lassandrello
307 Briargate Terrace
Hinsdale, IL 60521-2819

Robert Harte
5337 Meadow Lane
Downers Grove, IL 60515-4535

Robert R. Kwong Trust
822 Seal Point Drive
Redwood City, CA 94065-1777

Robert Simon
68 Summerhill
Mundelein, IL 60060-4556

Robert Simon
68 Summerhill Drive
Mundelein, IL 60060-4556

Robert W. Harte
5337 Meadow Lane
Downers Grove, IL 60515-4535

Robert W. and Mary L. Bradshaw
10000 W. Courtst
Pasco, WA 99301-6505

Robyn Lee Financial Services
1777 Borel Place, Suite 415
San Mateo, CA 94402-3533

Roger Sperry
P.O. Box 487
Louisiana, MO 63353-0487

Ronald Signoretto
315 Sunset Dr.
Wilmette, IL 60091-3028

Ross Security Consultants, Inc.
Suite 68 Central Sqauare
Central Avenue and Route 9
Linwood, NJ 08221-2025

Rubenstein Associates
1345 Avenue of the Americas
New York, NY 10105-0109

Ryan Stahl
1627 N. Burling
Rear Coach
Chicago, Il 60614-7551

Ryann McCarthy
336 Cantitoe Road
Bedford Hills, NY 10507-2512

SPCP Group, L.L.C.
Silver Point Capital
2 Greenwich Plaza
Greenwich, CT 06830-6353

SPCP Group, LLC
CO McKool Smith, P.C.
600 Travis, Ste 7000
Houston, TX 77002-3018

SPRM Killeen Phase II, L.P.
5495 Belt Line Road, Suite 300
Dallas, TX 75254-1504

SPRM Riverfront Developers, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75254-1504

SPRM-CS Townhomes, LLC
5495 Beltline Road, Suite 300
Dallas, TX 75254-1504

SVF North Wacker Chicago, LLC
c/o Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251-1329

SVF North Wacker Chicago, LLC
CO CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1135

SVF North Wacker Chicago, LLC
CO Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX 75251-1329

SVF North Wacker Chicago, LLC
CO Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Stern, LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA  90067-6049

SVF North Wacker Chicago, LLC
CO Transwestern Commercial
Services, LLC
150 N. Wacker Dr.
Chicago, IL 60606-1611

Sage Software, Inc.
P.O. Box 404927
Atlanta, GA 30384-4927

Salans
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2402

Sandstone Venture, Inc.
1005 E. Las Tunas Dr., No. 116
San Gabriel, CA 91776-1614

Sawyer, Jeffrey and Julie
4486 Barfield Road
Memphis, TN 38117-2418

Scott E. Jensen
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Dr., Suite 101
Chicago, IL 60606-1714

Scott and Elaine McElmury Trust
749 Gough Avenue
Templeton, CA 93465-5018

Shane Hackett
171 English Landing Drive
Kansas City, MO 64152-5003

Sharyn A. Roebuck
450 Nome St.
Aurora, CO 80010-4738

Shearwater Time Share Owners Association
P.O. Box 29350
Honolulu, HI 96820-1750

Shelly Lynn Noyce
905 40th Street
West Des Moines, IA 50266

Solid Foundations Asset Management
13 Country Glen Road
Fallbrook, CA 92028-9231

Solomon & Tanenbaum
707 Westchester Avenue, Suite 205
White Plains, NY 10604-3154

Sovereign Bank
P.O. Box 13098
Reading, PA 19612-3098

Spencer S. Hall
6244 Route 82
Standfordville, NY 12581-5803

Spire Consulting Group, LLC
Kiester Lickwood and Ciccone, LLP
611 West 14th Street
Austin, TX 78701-1700

Sprint
P.O. Box 219100
Kansas City, MO 64121-9100

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn Bankruptcy Dept
PO Box 3326
Englewood CO 80155-3326

State Processing Center
P.O. Box 61000
Albany, NY 12261-0001

State of California
Employment Development Department
P.O.Box 826880-MIC 4
Sacramento, CA 94280-0001

State of Hawaii
Tax Collector
P.O. Box 259
Honolulu, HI 96809-0259

State of New York
Umemployment Insurance Division
Governor W. Averell harriman State Offic
Building 12 Room 256
Albany, NY 12240-0001

State of Wisconsin
Department of Workforce Development
P.O. Box 7948
Madison, WI 53707-7948

Stein, Ray & Harris, LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606-5305

Sterling Trust Company FBO Paul Dana
528 N. Idaho St.
San Mateo, CA 94401-1119

Sterling Trust Company,
Custodian FBO, Lloyd S. Jones
929 Jasmine Circle
Costa Mesa, CA 92626-1721

Sterling Trust Company, Custodian
FBO Roger Sperry A-C 116087
7901 Fish Pond Road
Waco, TX 76710-1013

Sterne Insurance Group Inc.
Defined Benefit Pension Plan
11445 E. Via Linda, No. 2611
Scottsdale, AZ 85259-2655

Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603

Stonehill Waters Edge Townhomes, LLC
5495 Belt Line Road, Suite 300
Dallas, TX 75254-1504

Stonehill-PRM Highfill, LP
5495 Belt Line Road, Suite 300
Dallas, TX 75254-1504

Stonehill-PRM Realty, L.P.
5495 Belt Line Road, Suite 300
Dallas, TX 75254-1504

Straggas & Associates
5000 Birch Street, Suite 420
Newport, CA 92660-8127

Stryker, Duensing, Casner & Dollison
P.O. Box 6785
St. Thomas, USVI  00804-6785

Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-6001

Sunset Financial Services
Attn:  Angelo Piciucco
9943 E. Bell Road
Scottsdale, AZ 85260-2530

Sunset Financial Services
Attn: Jeffrey L. Lipscomb
559 Davidson Dateway Dr., No. 210
Davidson, NC 28036-7033

Sunset Financial Services
Attn:  Jerry Hurt
P.O. Box 279
Salem, MO 65560-0279

```
Sunset Financial Services              Sunset Financial Services              Suzanne L. Halko Crumb & Duane E. Crumb
Attn:  Peter Kushar                    Attn:  Peter Kushar                    JWTROS
450 Nome Street                        8366 E. Otero Pl.                      217 Quark Ct.
Aurora, CO 80010-4738                  Centennial, CO 80112-3316              Batavia, IL 60510-8649


Suzanne L. Halko-Crumb and             Synergy Investment Group               Synergy Investment Group
Duane E. Crumb                         Attn:  Jonathan L. Mayo                 Attn:  Philip Whitley-Mark Whiteley
JWTROS                                 10935 SE 177th Place, Suite 201         1914 J. N. Pease Place
217 Quark Court                        Summerfield, FL 34491-8971             Charlotte, NC 28262-4504
Batavia, IL 60510-8649


Synergy Investment Group               (p)TXU ENERGY RETAIL COMPANY LP         Tabet DiVito Rothstein
Attn: Terri Sandefer                   CO BANKRUPTCY DEPARTMENT                The Rookery Building
108 S. Old Dixie Hwy                   PO BOX 650393                          209 South LaSalle Street, 7th Floor
Lady Lake, FL 32159-4349               DALLAS TX 75265-0393                   Chicago, IL 60604-1219


The B.C. and Julie McMakin             The Bank of New York Mellon Trust Company N.   The Bank of New York Trust Company, N.A.
Inter Vivos Trust                      CO Demetra L. Liggins                  Tee 12 Coll. Profit Participation Debt
269 Del Mar Avenue                     Thompson & Knight, LLP                 2 North LaSalle Street, Suite 1020
Costa Mesa, CA 92627-1355              333 Clay St., Suite 3300               Chicago, IL 60602-3802
                                       Houston, TX 77002-4499                 Attn:  Richard Tarnas


The Christopher and Michelle A. Asterino   The Dickerman Family Trust,         The Galter Foundation
Family Trust dt 4-25-06                Dated 8-20, 2007                       CO Theodore Netzky
8334 E. Nighingale Star Dr.            650 Buena Vista Way                    55 East Superior Street
Scottsdale, AZ 85266-1351             Laguna Beach, VA 92651-2603             Chicago, IL 60611-3880


The Galter Foundation                  The Lavarone Law Firm                  The Luke Family Trust
PO Box 480752                          11 South LaSalle Street, Suite 1600    2119 Packard Place
Niles, IL 60714-0752                   Chicago, IL 60603                      El Cajon,  92019-4236


The Maat Family Trust                  The Repton Group, LLC                  The Repton Group, LLC
10034 Lake Canyon Ct.                  CO Bingham Dana                        CO Bingham Dana
Santee, CA 92071-1049                  215 East 58th St., Suite 3B            399 Park Avenue, 20th Floor
                                       New York, NY 10022-1214                New York, NY 10022-4614


The Ritz Carlton Dev. Co. Inc.         The Ritz-Carlton Development            The Schechtman Group
P.O. Box 382028                        P.O. Box 382056                        888 West Sixth Street, 2nd Floor
Pittsburgh, PA 15250-8028              Pittsburgh, PA 15250-8056              Los Angeles, CA 90017-2703


The Silby Family Trust                 The Staci Cummings Trust               The Swan Revocable Trust U-A 10.28.92
12146 San Tomas Place                  174 Allegheny Way                      14909 Morningside Dr.
San Diego, CA 92128-2709               Alpine, UT 84004-1595                  Poway, CA 92064-2861


The Tamara Family Trust,               The Tamara Family Trust, Dated 12-12-05   Thomas A. Stansell
Dated Dec. 12, 2005                    Dated Dec. 12, 2005                    6642 Velasco Avenue
5568 Elden Ave.                        5568 Elden Ave.                        Dallas, TX 75214-3759
Costa Mesa, CA 92627                   Costa Mesa, CA 92627
```

Thomas D. McDaniel
1209 Somerset Boulevard
Colleyville, TX 76034-4279

Thomas J. Huzjak, Esq.
Huzjak Law Office, LLC
4582 S. Ulster Street
Suite 650
Denver, CO 80237-2562

Thomas J. Langan
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Thomas LaPerch
18 Baltic Place
Brewster, NY 10509-4313

Thomas West
CO Tom M. Caneff
610 Opperman Dr., D6-11-3710
Eagan, MN 55123-1340

Thomas and Joan Truman Living Trust
22660 Deerfield Ct.
Custice, OH 43412-9310

Thompson Print & Mailing Solutions
5818 Rocky Point Drive
San Antonio, TX 78249-3406

Thomson West
P.O. Box 6292
Carol Stream, IL 60197-6292

Time Warner Cable of NYC
P.O. Box 9227
Uniondale, KY 11555-9227

Tishler & Wald
200 South Wacker Drive, Suite 300
Chicago, IL 60606-5845

Toshiba
P.O. Box 740423
Atlanta, GA 30374-0423

(c)TROVATO GROUP
2307 PARMENTER ST STE 100
MIDDLETON WI  53562-2646

UPS Corporation
CO Michael A. Steuer
130 Robin Hill Road No. 100
Goleta, CA 93117-3153

Ulander L. Pang
416 Pimlico Drive
Walnut Creek, CA 94597-3672

Ulander Pang-Pang Trust 4-1-2003
416 Pimlico Dr.
Walnut Creek, CA 94597-3672

Verizon Wireless
2401 Mall Drive
North Charleston, SC 29406-6516

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless NYC
P.O. Box 1100
Albany, NY 12250-0001

Vicky Gunning
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

Virgil J. Jordan
P.O. Box 8591
Jacksonville, TX 75766-8591

Vision Service Plan
File 74619
P.O. Box 60000
San Francisco, CA 94160-0001

WFP Holding Ret Savings Plan
401 K John Schooler TTEE
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

WFP Securities
Attn:  Elaine McElury
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

WFP Securities
Attn:  John Schooler
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

WFP Securities
Attn:  Kenneth Cortlett
5186 Carroll Canyon Road
San Diego, CA 92121-1729

WFP Securities
Attn:  Kristopher Field
5186 Carroll Canyon Raod
San Diego, CA 92121-1729

WFP Securities
Attn:  Matthew Deline
5186 Carroll Canyon Road
San Diego, CA 92121-1729

WFP Securities
Attn:  Tom English
5186 Carroll Canyon Road
San Diego, CA 92121-1729

WFP Securities
Attn:  Warren Horney
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

WFP Securities
Attn: Matt Deline & Jon Good
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

WFP Securities
Attn: William F. Frioli
6020 Cornerstone Ct. West, No. 240
San Diego, CA 92121-3729

Warren H. Smith & Associates, P.C.
325 N. St Paul Street
Republic Center, Suite 1250
Dallas, TX 75201-3801

Western Associates Inc.
124 East Main Street
P.O. Box 297
Marion, KS 66861-0297

William Deitch
600 W. Roosevelt Road, Suite A-1
Wheaton, IL 60187-5088

William J. Harte, Ltd.
111 West Washington St., Suite 1100
Chicago, IL 60602-2705

William Vigneault
181 Sunset Terrace
Lunguna Beach, CA 92651-3966

Wilson-Davis & Co.
Attn: Les V. Anderton
236 W. Main
Salt Lake City, UT 84101

Winnie Yu
2680 BIshop Dr., No. 150
San Ramon, CA 94583-4363

Wisconsin Department of Revenue
Box 939331
Milwaukee, WI 53293-0931

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI 53708-8901

Workman Securities Corp.
Attn: David Treece
6500 City West Parkway, Suite 350
Eden Prairie, MN 55344-7715

Zieman, Speegle, Jackson
Five Dauphin Street, Suite 301
P.O. Box 11
Mobile, AL 36601-0011

Zieman, Speegle, Jackson and Hoffman, LLC
P.O. Box 11
Mobile, AL 36601-0011

Zoey Estates, LLC
118 N. Clinton St., Suite LL366
Chicago, IL 60661-2330

Gerrit M. Pronske
Pronske & Patel, P.C.
2200 Ross Avenue
Suite 5350
Dallas, TX 75201-7903

Jen-Hsun Huang

Lori Huang

Melanie Pearce Goolsby
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201-7903

Peter R. Morris
c/o J. Mark Chevallier, Esq.
CO James G. Rea, Esq.
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201-1613

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Illinois Department of Revenue
P.O. Box 1040
Galesburg, IL 61402-1040

Internal Revenue Service
1100 Commerce Street
MAIL CODE 5027 DAL
Dallas, TX 75242

(d)Internal Revenue Service
Department of Treasury
Kansas City, MO 64999-0002

(d)Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

(d)Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280-4522

TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Trovato Group
2307 Parmenter, Suite 200
Middleton, WI 53562


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AICCO, Inc.                              (u)BFI Capital, LLC                       (u)Bank of America, N.A.


(u)Bank of New York Mellon Trust Company, N.A   (u)Bar Pilot Land, LLC                    (u)Benowich Law, LLP


(u)Blue Cross and Blue Shield of Illinois   (u)Bridge Funding Inc.                    (d)Cemetery Planning Resource Alliance, LLC
                                                                                     7921 Southpark Plaza
                                                                                     Suite 106
                                                                                     Littleton, CO 80120-4506


(u)Dallas County                            (u)Hancock Bank                          (u)JGA Consulting


(d)Jack Murphy                              (u)Jones Lang LaSalle Americas, Inc.     (d)Maluhia Development Group, LLC
6235 Squiredell Dr.                                                                  118 N. Clinton St., Suite LL366
San Jose, CA 95129-4749                                                             Chicago, IL 60661-2330


(d)Pahio Marketing, Inc.                    (u)Pilots Pointe Development, LLC         (d)Piracle, Inc.
3970 Wyllie Road                                                                     556 Confluence Avenue
Princeville, HI 96722-5506                                                          Murray, UT 84123-1385

(u)Principal Life Insurance Company        (u)Stonehill Realty Capital, Inc.        (d)Brian Thomas
                                                                                     1730 N. Clark St.,  No. 2607
                                                                                     Chicago, IL 60614-5892


End of Label Matrix
Mailable recipients   529
Bypassed recipients    21
Total                 550